CRIMINAL DOCKET - U.S. District Court

| PO | 0975 | 1 | 7509 7511 7509 | WRIT / JUVENILE / ALIAS | CENTER ART GALLERIES-HAWAII, INC. | Mo. 01 | Day 26 | Yr. 39 | Docket No. 89 00125 | Def. HMF |

Felony ☒ District   Off   Judge/Magistr.   OFFENSE ON INDEX CARD

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM NG | GUILTY NOLO |
|---|---|---|---|---|
| 18:1341 & 18:2 | Mail fraud; aid/abet    CTS 1-77 | 77 | | |
| 18:1343 & 18:2 | Wire fraud; aid/abet    CTS 78-84 | 7 | | |
| 15:77(q)(a) & 77(x) & 18:2 | Securities fraud scheme to defraud; aid/abet CTS 85-93 [1984 - 1988] | 9 | | |
| 18:1341 & 18:2 | Mail Fraud    CTS 1 - 92 | 92 | | |
| 18:1341 & 18:2 | Mail Fraud    CTS 93 - 97 | 5 | | |
| 18:1343 & 18:2 | Wire Fraud    CTS 98-104 | 7 | | |

NOT GUILTY - CTS 3,12,18,75,77,93 & 97

GUILTY - CTS 1,2,4-8,11,13-17,19-40,43-45,55,59-64,67-74,76,78-84,86,90-92,94,95,
98-100,102,104

DISMISSED - 9,10,41,42,45-54,56-58,65,66,85,87-89,101,103

## II. KEY DATE

| INTERVAL ONE | | | END ONE AND/OR BEGIN TWO | | END INTERVAL TWO | |
|---|---|---|---|---|---|---|
| KEY DATE | arrest / sum'ns / custody / appears - on complaint | KEY DATE 01-26-89 APPLICABLE | indictment ☒ filed/unsealed / consent to Magr. trial on complaint / information / Felony Waiver | KEY DATE 02-10-89 APPLICABLE | a) ☒ 1st appears on pending charge / R40 / Receive file R20/21 / Supsdg ☐ ind ☐ inf / Order New trial / Remand / JG/P Withdrawn | KEY DATE 11-28-89 APPLICABLE | Dismissal / Pled guilty / Nolo / ☒ Trial (voir dire) began ☒ Jury ☐ N.J. After N.G. / After nolo |

| 1st appears with or waives counsel 02-10-89 | ARRAIGNMENT 02-10-89 | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 05-04-90 | SENTENCE DATE 11-05-90 | FINAL CHARGES DISMISSED |

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL NO. | INITIAL APPEARANCE | INITIAL NO. | OUTCOME: |
|---|---|---|---|---|---|---|
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING / WAIVED / NOT WAIVED / INTERVENING INDICTMENT | | HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT / HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW / DISMISSED |
| Arrest Warrant Issued | | | | | | |
| COMPLAINT | | | | | | |
| Date of Arrest | OFFENSE (In Complaint) | | | | | |

(01) Center Art Galleries-Hawaii, Inc., (02) Mett, (03) Wiseman

RULE ☐ 20 ☐ 21 ☐ 40 ☐ In ☐ Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS
U.S. Attorney or Asst.
DANIEL A. BENT
by Leslie E. Osborne, Ass't U.S. atty

Defense: 1 ☐ CJA   2 ☒ Ret   3 ☐ Waived   4 ☐ Self.   5 ☐ Non / Other.   6 ☐ PD.   7 ☐ CD

BROOK HART
333 Queen St., Suite 610
Honolulu, Hawaii  96813
PH: 526-0811

LAWRENCE I. FOX & ROBERT A. WEINER / Nancy Adelson
MCDERMOTT, WILL & EMERY
1211 Avenue of the Americas
New York, NY 10022
ph: (212) 768-5400

Local Counsel:
BENJAMIN B. CASSIDAY, III
333 Queen St.
Melim Bldg, Suite 610
Honolulu, Hawaii  96813
PH: 526-9127

**9CCA - Appeal**
**deft pro se**
**WILLIAM D. METT**
**Center Art Galleries-Hawaii, Inc.**
**2301 Kalakaua Ave.**
**Honolulu, Hawaii 96815**
**ph: 926-2727**

28:2255
ELTON JOHN BAIN
220 S. King St. 19th Floor
Honolulu, Hawaii 96813
ph: 536-1900

BAIL & RELEASE
PRE-INDICTMENT

| Release Date | | |
| Bail Denied | | Fugitive |
| | | Pers. Rec |
| AMOUNT SET | | PSA |
| $ | | Conditions |
| Date Set | | 10% Dep. |
| | | Surety Bnd |
| Bail Not Made | | Collateral |
| Date Bond Made | | 3rd Prty |
| | | Other |

POST - INDICTMENT

| Release Date | | |
| Bail Denied | | Fugitive |
| | | Pers. Rec |
| AMOUNT SET | | PSA |
| $ | | Conditions |
| Date Set | | 10% Dep. |
| | | Surety Bnd |
| Bail Not Made | | Collateral |
| Date Bond Made | | 3rd Prty |
| | | Other |

### FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| 11-15-90 | 130432 Center Art | NA:$5.00;DP:$100.00 | | | |

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

| DATE (DOCUMENT NO.) | | | MASTER DOCKET MULTIPLE DEFENDANT CASE PAGE [ 1 ] OF [ ] | VI EXCLUDABLE DELAY |
|---|---|---|---|---|
| 89 | 00125 DAB 01 HMF | | X PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | |

V. PROCEEDINGS

<u>1989</u>
Jan 26 | 1 | EP:  INDICTMENT - PS ordered & issued; retn 02-10-89 at 1:30 (C)
                          (Judith Powers)  <u>KING</u>

27 | 2 | ORDER of Recusal  <u>EZRA</u>
              [Judge Ezra recused; case assigned to Judge Fong]
              cc: Osborne, Hart

31 | 3 | Return on PS - exec by USM via certified mail - 01-27-89 - RRR - rec'd by Leona
              Awai 01-30-89

Feb 10 | 4 | Statement Concerning Bail    - by government

EP:  A&P - Defts Mett & Wiseman present with counsel John R. Wing
            (for Mett) and Brook Hart (for Wiseman). Defts have rec'd
            copies of Indictment. Arrn waived. Pleas of NOT GUILTY entered:
            JT: 07-18-89 at 9:00 (F)
            JS: 07-17-89 at 9:30 (T)
            Final PT: 06-27-89 at 10:00 (C)
            Defts' motions due: 05-03-89
            Govt's response due: 05-24-89
            Pursuant to 18:3161 et seq (h)(8)(b)(ii) time is excluded
            because of complexity of case.
            Bail as to Mett: $1,000,000 sign.  secured by property with equity
            in the amount of $230,000 to be filed with the court by 02-17-89.
            Bail as to Wiseman: $250,000 signature.
            Travel as to both defts; travel between District of Hawaii
            and continental U.S.A. Surrender passport to Clerk of Court,
            U.S.D.C. Defts given cautionary advice; and authorize their
            attys to waive their presence at future hearings, except
            for JS & JT and certain circumstances; defts also warned of
            trial proceeding in absentia. Re: Notice of Appearance - will
            be filed by 02-24-89 by Mr. John Wing, who made a special
            appearance for corp. Appearance of Counsel will be filed as
            to who will be representing the corporate deft. (ESR) <u>CONKLIN</u>

28 | 5 | Ex Parte Application for Admission Pro Hac Vice; Affidavit of
            Benjamin B. Cassiday, III; ORDER Granting Ex Parte Application
            for Admission Pro Hac Vice and Certificate of Service <u>CONKLIN</u>
            [Lawrence I. Fox admitted in this case; local counsel is
            Benjamin B. Cassiday, III]

Mar 31 | 6 | Ex Parte Application for Admisison Pro Hac Vice; Affidavit of
              Robert A. Weiner; ORDER Granting Ex Parte Application for
              Admission Pro Hac Vice and Certificate of Service  <u>CONKLIN</u>
              [Robert A. Weiner admitted in this case (same office as
              Lawrence I. Fox); local counsel is Benjamin B. Cassiday III]

May 3 | 7 | Notice of Motions [06-27-89 at 9:00 a.m.(F)] and Motions to Dismiss
              Indictment, to Suppress Government's Trial Evidence, to Suppress
              and Return Artwork, to Grant All Defense Discovery Requests,
              for Bill of Particulars, for Disclosure of Grand Juror Selection
              Records, to Produce Grand Jury Transcript, and for Specification
              of Tangible Evidence Government Intends to Use at Trial;
              Memorandum of Law; Affidavit of Brook Hart and Certificate
              of Service

| 8 | Exhibits A-Z and Certificate of Service (by deft)

| 9 | Exhibits AA-XXX and Certificate of Service (be deft)

SEE PAGE 2

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET       *U. S. vs*

CENTER ART GALLERIES-HAWAII, INC.

**HG**

CR 89-00125 HMF 0
page 2

Yr. | Docket No. | Def

AO 256A ⊕

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------|------|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| **1989** | | | | | | |
| May 5 | 10 | Table of Contents and Table of Authorities for Memorandum of Law in Support of Motions to Dismiss Indictment, to Suppress Government's Trial Evidence, to Suppress and Return Artwork, to Grant All Defense Discovery Requests, for Bill of Particulars, for Disclosure of Grand Juror Selection Records, to Produce Grand Jury Transcript, and for Specification of Tangible Evidence Government Intends to Use at Trial Filed on May 3, 1989 and Certificate of Service | | | | |
| 8 | 11 | Exhibit List for Memorandum of Law in Support of Motions to Dismiss Indictment, to Suppress Government's Trial Evidence, to Suppress and Return Artwork, to Grant All Defense Discovery Requests, for Bill of Particulars, for Disclosure of Grand Juror Selection Records, to Produce Grand Jury Transcript, and for Specification of Tangible Evidence Government Intends to Use at Trial Filed on May 3, 1989 and Certificate of Service | | | | |
| 15 | 12 | Notice of Significant Errata and Certificate of Service | | | | |
| | 13 | Notice of Filing Of Corrected Version of Center Art Galleries-Hawaii, Inc., William D. Mett and Marvin L. Wiseman's Pretrial Motion Pleading Filed May 3, 1989; Corrected Version of Center Art Galleries-Hawaii, Inc., William D. Mett and Marvin L. Wiseman's Pretrial Motion Pleading Filed May 3, 1989 and Certificate of Service | | | | |
| | 14 | Corrected Notice of Motions - 06-27-89 @ 9:00 a.m. (F) - and Corrected Motions To Dismiss Indictment, To Suppress Government's Trial Evidence, To Suppress And Return Artwork, To Grant ALl Defense Discovery Requests, For Bill of Particulars, For Disclosure of Grand Juror Selection Records, To Produce Grand Jury Trnascript, And For Specification of Tangible Evidence Government Intends To Use At Trial; Corrected Memorandum of Law; Corrected Affidavit of Brook Hart and Certificate of Service | | | | |
| 22 | 15 | Ex Parte Petition for Limited Disclosure of Grand Jury Material; Memorandum of Points and Authorities **SEALED** | | | | |
| 23 | 16 | ORDER   FONG   **SEALED** | | | | |
| | 17 | Opposition and Reply to Defendant's Various Motions Filed on May 3, 1989 | | | | |
| | 18 | Exhibit List for Opposition and Reply to Defendant's Various Motions Filed on May 3, 1989 | | | | |
| Jun 9 | 19 | Ex Parte Motion for Order Shortening Time for Service and for Hearing on Defendants' Motion to Continue Trial; Affidavit of Anthony K. Bartholomew; ORDER Shortening Time for Service and for Hearing on Defendants' Motion to Continue Trial   FONG   [06-09-89 at 9:00 (F)] | | | | |
| | 20 | Notice of Motion [06-09-89 at 9:00 (F)]; Motion to Continue Trial; Affidavit of Anthony K. Bartholomew and Certificate of Service | | | | |

Interval
(per Section II)

Start Date.
End Date

Ltr.
Code

Total
Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET                      CENTER ART GALLERIES-HAWAII, INC.   CR 89-00125 HMF 01   page 3      **HG**

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |

1989
Jun 9

EP: Motion to Continue Trial - [Osborne, Hart, Cassiday present]
Motion to Continue Trial - GRANTED.
JS: Monday, 10-30-89 at 9:30 (C)
JT: Tuesday, 10-31-89 at 9:00 (F)
Mr. Osborne to prepare order for excludable time.
(YI)  FONG

20   21   Defendants' Response To Government's Opposition And Reply To
Defendants' Various Motions Filed On May 3, 1989; Affidavit
Of Arnold J. Ross; Affidavit of Brook Hart and Certificate of Service

22   Exhibit List For Defendants' Response To Government's Opposition
And Reply To Defendants' Various Motions Filed On May 3, 1989
And Certificate of Service

23   23   Government's Further Opposition to Defendants' Motions

26   24   Defendants' Reply to Government's Further Opposition to
Defendants' Motions and Certificate of Service

27   25   Notice of Correction of the Record in Regard to the Motion
for Continuance Hearing of June 9, 1989

EP: Various Motions - [Osborne, Godbey, Fox, Wing & Hart
present]. Arguments heard.
M/Dismiss for Prejudicial Pre-Indictment Delay - DENIED.
M/Dismiss for Prejudicial Pre-Indictment Publicity - DENIED.
M/Dismiss for Failure to State Claims of Fed. Fraud - DENIED.
M/Dismiss for Failure to State Claims of Securities
Fraud - GRANTED. Counts 85 - 93 DISMISSED.
M/Dismiss for Insufficient and Defective Indictment - DENIED.
M/Dismiss for Disclosure of Grand Jury Material to Private
Party - DENIED
M/Dismiss for Violations of Due Process - DENIED.
M/Dismiss for Previously Suppressed Evidence Considered
by Grand Jury - DENIED.
Production of Records Concerning Grand Jury Selection - GRANTED.
Production of Grand Jury Transcript - DENIED.
Further hearing on various motions contd to Wed., 06-28-89
at 9:00 a.m.  (YI)  FONG

28   EP: Further Hearing on Various Motions - [Osborne, Godbey, Fox,
Wing & Hart present].
Production of Electronic Recordings - GRANTED.
Production of All Statements - GRANTED IN PART & DENIED IN PART
Production of Govt Exhibit List - GRANTED. Govt to prepare
Exhibit List in 42 days and amended list in 21 days.
M/Bill of Particulars - DENIED.
Production of "Bad Acts" EVidence - DENIED.
CST: Thomas Maxwell (further direct examination contd
to 07-19-89); John Ellis (this witness taken out of order to
accomodate schedule). Exhibits admitted: Govt's 6, 7, 1,
2, 5, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19, 20, 21,
22, 23, 25. Further hearing on various motions contd
to 07-19-89 at 1:30 p.m.  (YI)  FONG

SEE PAGE 4

Interval       Start Date     Ltr.  Total
(per Section II)   End Date    Code  Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET     *U. S. vs*

**HG**

CR 89-00125 HMF 01
page 4

CENTER ART GALLERIES-HAWAII, INC.

AO 256A *&#64;*

Yr. | Docket No. | Def.

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| **1989** | | | | | | |
| Jul 19 | EP: | Various Motions - Hart, Wing, Osborne & Godbey present. Defts' M/Produce Statement of Witnesses GRANTED. The Court will review the documents in camera before they are released to defense counsel. Govt's Witness: Robert Demuro, CST. Govt's Exhib 60-65 Admitted. Deft's Exhib A,B & C Admitted. Further hrng contd to 07-20-89 @ 10:30 a.m. (F)  (TC) FONG | | | | |
| 20 | EP: | Further Evidentiary Hrng - Hart, Wing, Osborne present. Cross Exam of Robert Demura. Defts' Exhib: D Admitted. Further hrng contd to 07-21-89 @ 9:00 a.m. (F)  (TC) FONG | | | | |
| 21 | EP: | Further Evidentiary Hrng - Hart, Wing, Osborne present. Further cross exam of Robert Demuro contd. Govt's Witness Richard Portman, CST. Defts' Exhib: E & F Admitted. Govt's Exhib: 3, 7a, 26-56, 57-1, 57-2,57-3, 58 & 59 Admitted. Govt's Exib 66 is returned to defense counsel. Further Hrng contd to 08-08-89 @ 9:00 a.m. (F)  (Steve Platt) FONG | | | | |
| Aug 4 | 26 | Notice of Motion [08-25-89 at 1:30 pm (F)]; Defendants' Motion to Strike Alleged Omissions from Indictment; Affidavit of Brook Hart; Exhibit A and Certificate of Service | | | | |
| 9 | EP: | FURTHER EVIDENTIARY HEARING - Monsignor Eugene V. Clark, CST.  Deft's Ex. J - ADMITTED.  Further Trial contd to 08-10-89 at 9:00 am.          (Steve Platt)  FONG | | | | |
| | 27 | Supplemental Affidavit of Brook Hart and Certificate of Service | | | | |
| | 28 | Supplemental Memorandum Re: Production of Materials pursuant to Rules 26.2 and 12(i), F.R. Cr. P. and Certificate of Service | | | | |
| 10 | EP: | FURTHER EVIDENTIARY HEARING - Monsignor Eugene V. Clark, recalled.  Richard A. Portmann, recalled.  Exhibits admitted: G,H,I,K,&L.  Further hearing contd to 10-11-89 at 9:00 am.          (Steven Platt)  FONG | | | | |
| 11 | EP: | FURTHER EVIDENTIARY HEARING - Examination of Richard A. Portmann resumed.  Exhibits admitted:  P-6a & P-7b; M thru MMMM.  Ordered that the government is confined to call only the 36 victim witnesses already identified and known to the defendants in its case in chief. Further hearing contd to 08-15-89 at 9:00 am.          (Steven Platt) 9:00 am to 6:00 pm          (ESR/GB) 7:00 pm to 10:00 pm  FONG | | | | |
| 15 | EP: | FURTHER EVIDENTIARY HEARING - Further Examination of Thomas Maxwell resumed.  Exhibits admitted:  NNNN, OOOO, PPPP, QQQQ, RRRR, SSSS, TTTT, & UUUU.  Ordered that further memoranda be filed no later than 09-11-89. Motions will be taken under advisement thereafter. Further ordered that the government return the crates to the defendant corporation no later than the end of next week.          (Steven Platt)  FONG | | | | |
| | EO: | Hearing on Motion to Strike Alleged Omissions from the Indictment contd from 08-25-89 and 09-25-89 to 10-10-89 at 3:45 pm.  If further motions are filed, they will be noticed for the same date.          FONG | | | | |

CONTINUED ON PAGE 5

Interval
(per Section II)

Start Date
End Date

Ltr.
Code

Total
Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

CENTER ART GALLERIES-HAWAII INC.

Cr. 89-00125HM
Pg. 5

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| **1989**<br>Aug 23 | 29 | Notice of Filing of Original Affidavit of Arthur J. Viviani and Certificate of Service | | | | |
| 25 | 30 | ORDER Granting Defendant's Motion to Review the Records of the Grand Jury Selection Process          FONG | | | | |
| | 31 | ORDER Continuing Trial and Delineating Excludable Time (Time from 06-08-89 to 10-31-89 shall be excludable time) (Title 18 U.S.C. 3161(h)(8)(B)(ii) and (iv))     FONG | | 06-09-89<br>10-30-89 | T | 144 |
| 30 | | Partial Transcript of Proceedings - 08-11-89 at 7:05 pm - V/ARS, Inc. (Patricia A. Petrilla) - Orig. - 104 pgs. | | | | |
| 31 | 32 | EP:  SUPERSEDING INDICTMENT - PS ordered & issued; retn 09-05-89 @ 9:00 a.m.  (Judy Powers)  CONKLIN | | | | |
| | 33 | ORDER GRANTING In Part And DENYING In Part Defendants' Various Motions To Dismiss, For The Production of Items, And For A Bill of Particulars          FONG<br>cc: Hart, Cassiday, Weiner thru Hart | | | | |
| Sep 5 | | EP:  A&P TO SUPERSEDING INDICTMENT - Defts Mett and Wiseman present with counsel Hart.  Cassiday present for Deft Center Art Galleries.  Copy of Superseding Indictment received by defts.  ARRN WAIVED.  Plea of NOT GUILTY entered.<br>JS w/JT to follow: 10-31-89 at 9:30 (F)<br>FPT conf.: 10-25-89 at 2:00 (C)<br>Deft's Mtns Due:  09-19-89<br>Govt's Resp Due:  10-03-89     (ESR/GB)  CONKLIN | | | | |
| 7 | 34 | Return on PS - executed by USM via certified mail - 09-01-89 - RRR - 09-05-89 | | | | |
| 8 | 35 | ORDER Modifying Order of August 31, 1989     FONG<br>cc: Hart, Weiner, Cassiday, Osborne | | | | |
| 11 | 36 | Opposition to Defendant's Motion to Strike "Surplusage"; Memorandum of Law in Support of Motion; Certificate of Service | | | | |
| | 37 | Governments Supplementary Pleading in regard to the Defendants Request for the Return on Certain Pieces of Artwork in Accordance with Rule 41(e) Federal Rules of Criminal Procedure; Declaration of Leslie E. Osborne, Jr.; Certificate of Service | | | | |
| 13 | 38 | Defendants' Supplemental Memorandum in Support of Motion to Suppress Government's Trial Evidence as Tainted Fruit of the Illegal Search and Seizure and Certificate of Service | | | | |
| | 39 | Supplementary Pleading in Regard to the Taint Question; Attachments; Certificate of Service | | | | |
| 19 | 40 | Notice of Motions [10-10-89 at 3:45 pm (F)] and Motions to Dismiss Superseding Indictment, to Suppress Government's Trial Evidence, to Suppress and Return Artwork, to Grant all Defense Discovery Requests, for Bill of Particulars, to Produce Grand Jury Transcript, to Strike Surplusage, for Leave to Take Foreign Depositions, to Dismiss the Original Indictment; Memorandum of Law; Affidavit of Brook Hart; Exhibits A-Y and Certificate of Service | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET        *U. S. vs*        CENTER ART GALLERIES- HAWAII  INC.

**HG**

Cr. 89-00125HMF-01
Pg 6

AO 256A ✝

| Yr. | Docket No. | Def. |
|-----|-----------|------|

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | |
|------|---|------------------------|---------------------|---|---|
| | (Document No.) | | (a) | (b) | (c) (d) |

**1989**

| Sep 20 | 41 | Ex Parte Application for Admission Pro Hac Vice; Affidavit of Nancy Adelson; Order Granting Ex Parte Application for Admission Pro Hac Vice and Certificate of Service |
|--------|----|----|
| | 42 | Ex Parte Application by the United States for the Issuance of an International Letter Rogatory |
| | 43 | Memorandum in Support of Ex Parte Application by the United States for the Issuance of an International Letter Rogatory |
| 22 | 44 | ORDER                                     FONG<br>Application of the US for Issuance of An International Letter Rogatory GRANTED; Letter Rogatory having been submitted to the court in duplicate, one original retained in court's files and the other original returned to the US for translation & transmittal to the appropriate judicial authorities in France |
| | 45 | International Letter Rogatory To The Republic of France [Original] |
| 27 | 46 | ORDER DENYING Defendants' Various Motions To Dismiss The Superseding Indictment, DENYING Defendants' Motion For A Bill of Particulars, GRANTING in Part and DENYING in Part Defendants' Various Motions For the Production of Items, And DEFERRING Ruling On Defendants' Various Motions To Suppress And Return Evidence          FONG<br>cc: all counsel |
| Oct 3 | 47 | Opposition of the United States to Defendants' Omnibus Motions of September 19, 1989; Affidavit of John S. Ellis; Declaration of Leslie E. Osborne, Jr.; Certificate of Service |
| 6 | 48 | Supplementary Pleading In Regard To The Taint Question And The Relation Of The Search Of April 15, 1987 To The Prosecution Of Center Art For Fraudulent Practices Relating To The Sale of So-Called "Celebrity" Art; Exhibits 1-3; Certificate of Service          - by govt |
| 10 | | EP: Deft's M/Dismiss Or Suppress Due to Stout's Ethical Violations - DENIED.<br>Deft's M/Dismiss Counts Based On Prosecutorial Vindictiveness And Abuse of Grand Jury Proceedings - DENIED.<br>Deft's M/Strike Surplusage In Superseding Indictment - DENIED<br>Deft's M/Permission To Take Depositions At The Close Of of Govt's Case In Chief - DENIED<br>Deft's M/Dismiss Original Indictment - GRANTED (TC) FONG |
| | 49 | Affidavit of Brook Hart; Exhibits A-C |
| | 50 | Affidavit Of Christopher D. Ferrara |
| 13 | 51 | ORDER GRANTING In Part And DENYING In Part Defendants' Motions To Suppress Evidence And To Return Dali Artworks FONG<br>cc: all counsel |
| 20 | | EO: Stipulation between Osborne & Center Art, case will be contd to 11-28-89 per Judge Fong |
| 25 | 52 | Notice of Proposed Order |
| 27 | 53 | ORDER DENYING Defendants' Motions To Dismiss Superseding Indictment; Suppress Evidence, Strike Surplusange, And Take Foreign Depositions And GRANTING Defendants' Motion To Dismiss Original Indictment          FONG<br>cc: all counsel |

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---------------------------|---------------------|-----------|------------|

UNITED STATES DISTRICT COURT          CENTER ART GALLERIES - HAWAII          Cr. 89-00125HMF-01
CRIMINAL DOCKET                                                              Pg. 7

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| **1989** | | | | | | |
| Nov 2 | 54 | ORDER Granting Disclosure of Master Jury Wheel        FONG | | | | |
| 14 | 55 | JURY Panel Review | | | | |
| 15 | 56 | Supplementary Statement Re: Jury Panel Review | | | | |
| | 57 | Supplemental Memorandum In Re: Government's Opposition And | | | | |
| | | Reply To Defendant's Various Motions Filed On May 3, 1989 | | | | |
| 17 | 58 | Supplementary Statement Re: Jury Panel Review and Certificate of Service | | | | |
| | 59 | Statement Of Facts Regarding Michael Ward Stout | | | | |
| | | **SEALED BY ORDER OF THE COURT** | | | | |
| | 60 | Government's Proposed Voir Dire Questions | | | | |
| | 61 | Trial Memorandum; Certificate of Service   -  [USA] | | | | |
| | 62 | Notice of Motion - 11-22-89 @ 9:00 a.m. (F) - Motion To Dismiss | | | | |
| | | Superseding Indictment And To Produce Grand Jury Transcript; | | | | |
| | | Memorandum Of Law; Affidavit of Brook Hart And Exhibit A | | | | |
| | | and Certificate of Service | | | | |
| 20 | 63 | Opposition of the United States to Defendant's Motion to Dismiss | | | | |
| | | Superseding Indictment and to Produce Grand Jury Transcript; | | | | |
| | | Declaration of Leslie E. Osborne | | | | |
| 21 | 64 | Government's Statement Concerning Jurors Designated "C.R." | | | | |
| | | In Jury Panel Review No. 2 | | | | |
| | 65 | Jury Panel Review No. 2 | | | | |
| | 66 | Notice of Motion - n/a - Motion For Change of Venue; Memorandum | | | | |
| | | of Law ; Affidavit of Brook Hart and Certificate of Service | | | | |
| 22 | 67 | EP:  M/Dismiss Superseding Indictment & To Produce Grand Jury Transcript - | | | | |
| | | Hart, Wing, Osborne present. Oral Arguments. Motion is | | | | |
| | | DENIED. M/Change of Venue - DENIED. | | | | |
| | | PT Conf - Court discussion re- Procedures at Trial and | | | | |
| | | atty Hart's Oral M/Cont Trial - GRANTED. | | | | |
| | | JS:  11-28-89 @ 9:30 a.m. (F) | | | | |
| | | JT:  12-05-89 @  9:00 a.m. (F) | | | | |
| | | Osborne to prepare order       (Stephen B. Platt)      FONG | | | | |
| | 68 | Opposition Of The United States To Defendants Motion For Change | | | | |
| | | of Venue; Affidavit of Patricia Virgilio | | | | |
| 24 | 69 | Notice of Motion - [to be heard at trial] - Motion to Compel | | | | |
| | | Discovery; Affidavit of Leslie E. Osborne, Jr.; Attachments | | | | |
| | | A&B | | | | |
| 27 | 70 | Defendants' Proposed Instructions And Questions To Be Addressed | | | | |
| | | To Prospective Jurors By The Court | | | | |
| 28 | 71 | EP:  JURY SELECTION - Osborne, Godbey, Hart, Wing, Cassiday, | | | | |
| | | Fox & Weiner present. 57 jurors present for Jury Selection; | | | | |
| | | individual voir dire for 27 jurors who read or heard about | | | | |
| | | case; 12 jurors and 4 alts selects; Parties stipulate to addit | | | | |
| | | peremptory challenges: USA 9 & 2 alt; Defts 15 & 2 alts; | | | | |
| | | Challenge sheet attached. Jurors instr to retn for tiral | | | | |
| | | on 12-05-89 @ 9:00 a.m. | | | | |
| | | Parties adv of fine sched for late attys - $100.00 for each | | | | |
| | | 10 min pd up to $500.00 after 50 min the offending party will | | | | |
| | | spend the night in the custody of the USM  (Stephen Platt) FONG | | | | |
| 30 | 72 | ORDER Setting Hearing Date And Setting Deadlines For Submissions | | | | |
| | | Regarding Defendants' Motion Re Publicity      FONG | | | | |
| | | cc: all parties | | | | |
| Dec 1 | 73 | Notice of Motion - 12-05-89 @ noon - Motion In Limine To Exclude | | | | |
| | | From Evidence Hearsay Affidavits; Memorandum of Law; Exhibts 1 - 25; | | | | |
| | | and Certificate of Service | | | | |

**CONTINUED ON PAGE 8**

Interval
(per Section II)

Start Date
End Date

Ltr.
Code

Total
Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET      *U. S. vs*      CENTER ART GALLERIES-HAWAII, INC.

**HG**

Cr. 89-00125HMF-01
Pg. 8

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | [Document No.] | (a) | (b) | (c) | (d) |
| 1989 | | | | | | |
| Dec 4 | 74 | Opposition of the United States to Defendants' Oral Motion for a Restraining Order Prohibiting Communication with the Media; Attachment "A" | | | | |
| | 75 | Gannett Pacific Corp., dba The Honolulu Star-Bulletin's, Memorandum in Opposition to Order Re: Publicity; Affidavit of Gwenda Iyechad | | | | |
| | 76 | Defendants' Memorandum of Law in Support of Oral Motion Restricting Communications with the Media; Exhibits A-D | | | | |
| | 77 | Government's Witness List | | | | |
| 5 | 78 | Order Denying Defendants' Motion to Dismiss Superseding Indictment, For Production of Grand Jury Transcripts, and for Change of Venue      FONG | | | | |
| | 79 | EP:  2nd Day of Trial | | | | |
| | | The Court convenes without the jury to voir dire Juror Sapp.  Later the jury is present and sworn.  Defeanant's Motion in Limine to preclude the parties or the Court personnel from making statements or comments to the media is DENIED. | | | | |
| | | Opeing statements.  The corporate defendant reserve it's opening.  Govt's Witness:  Dolores Bechtel CST.  Govt's Exhibits:  190, 192-195, 195a, 196, 204-209, 209a, 210-214, 214a, 217, 218, 445, 445a and 446 ADMITTED.  Defts' exhibit:  6 ADMITTED.  Further trial cont'd. to Dec. 6, 1989 at 9:00 a.m.      FONG | | | | |
| 6 | 80 | EP:  3rd Day of Trial - Govt's witnesses: Raymond Bechtel and Michael Allison CST.  Govt's Exhibits 7a,7a-1, 8,8a, 8b,8c,8c-1, 198,199,199a,199a-2,200,201,202,203,215,216, 1,1a,3,3a,135,136,136a,136b,136c,137,138,139,140,142, 142a,143,144,145,146,147,148,149,448,449,450,451,452, 453,454 & 1389 admitted.  Defendants' Exhibits 8 & 9 admitted.  Further trial continued to 12/7/89 @ 9:00 a.m. (YI) | | | | **FONG** |
| | 81 | Notice of Change of Address and Certificate of Service - as to Lawrence Fox and Robert Weiner | | | | |
| 7 | 82 | EP:  4th Day of Trial - Further cross examination of Michael Allison continued.  Govt's witnesses: William West, Sherman Nelson and Allen Wise CST.  Defendants' Exhibits 12-15 admitted.  Govt's Exhibits 2,2A,2b,71,71a,71b, 72,72a,72b,73,73a,73b,73c,74,74a,74b,494,495,845,846, 847,848,849,850,851,852,853,1402,59,60,61,61a-61c,104, 104a,486-489,637-642, 645a-645d,90,90a,91,91a,92,92a, 871-875,877,1345-1348,1385-1387 admitted.  Further trial continued to 12/8/89 @ 9:00 a.m.   (YI)   FONG | | | | |
| 8 | 83 | EP:  5th day of Trial - Further cross examination of Allen Wise continued.  Govt's witnesses: Ann Armet, Christopher Rodenhurst, Terry Rodenhurst and Nora Johnson CST.  Defendants' Exhibits 21,22 & 24 admitted.  Govt's Exhibits 464,465,1379,157a,157b,158a,1382,78,78a,79,79a,80,80a, 80b,81,81a,151,1383,82,82a,150,154,155,155a,77,743,755, 756,747,757,758,759,750,751,752,753,753a,760,761,762, 763,472,470,473,471,755,1392,1393,1394 & 1395 admitted. Further trial continued to 12/12/89 @ 9:00 a.m. (YI)   FONG | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT                                          **HG**
CRIMINAL DOCKET
                        CENTER ART GALLERIES-HAWAII, INC.   CR 89-00125 HMF 01 page 9
AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |

1989
Dec 11  84  Opposition of the United States to Defendants' Motion in Limine
                to Exclude From Evidence Hearsay Affidavits

     12  85  EP:  6th Day of Trial - Further direct examination of Nora
                Johnson continued.  Govt's witnesses - James A. Brunner
                and Dr. Juan Garcia San Miguil CST.  Govt's Exhibits
                1401,1400,1397,1398,1396,1399,268,269,279,1409,22,21,21A,
                456,455,458,457 and 1285 admitted.  Defendants' Exhibits
                26 and 27 admitted.  Interpreter Anna Maria Pruneda Smith
                sworn.  Further trial continued to 12/13/89 @ 9:00 a.m.
                                    (SP)               FONG

     13  86  EP:  7th Day of Trial - Govt's witness - A. Reynolds Morse
                CST.  Govt's Exhibits 1412,1413,1301,1418,2039,1414,
                and 1349 admitted.  Defendants' Exhibits 101,103,104,
                105,  120,121,122,126,128,133,180a,152,154 & 153 admitted.
                Further trial continued to 12/14/89 @ 9:00 a.m.
                                    (SP)               FONG

         87  Opposition of the United States to Defendants' Motion to Exclude
                Statements of Employee and Agents of Center Art
         88  Memorandum        of Law;  Exhibit "A" - On Behalf of Defendants
     14  89  EP:  8th Day of Trial - Further redirect examination of A.
                Reynolds Morse continued.  Govt's witnesses - Leilani
                Petranek and Robert Demuro CST.  Govt Exhibits 673,674,
                1356,1364,1357,62,1358,1359,712,710,710A,711 admitted.
                Defendants' Exhibits 166 admitted.  Further trial continued
                to 12/15/89 @ 9:00                     (SP)        FONG

     15  90  Notice of Motion;  Motion in Limine to Exclude Expert Testimony;
                Memorandum of Law and Certificate of Service -
                On Behalf of Defendants
         91  EP:  Further Jury Trial - 9th Day of Trial - Defendants
                present.  Jurors are present.  Govt witness - Robert
                Demuro resumes the witness stand.  Govt Exhibits
                1148,1153,1154,1155,1156,1157,1158,1159,1161,
                1162,1163a,1163,1152,1149,1150,1234,1240,1235,1164,
                1165,1166,1167,1168,1169,1170;   Defendant's Exhibits
                167,168,169 admitted in evidence.  Denise Wheeler
                CST.  Govt Exhibits 857,856,858,862,75,75a,76,76a,
                76B,865,870,870a,  1141,1410;  Defendants Exhibits
                171,173 admitted in evidence.  Request for prior
                consistent statement DENIED.  Jury will take friday
                off.  Jurors excused until 12/19/89 @ 9:00 a.m.
                                    (SP)               FONG

     18  92  Memorandum of Law in Support of Motion to Exclude Prejudicial,
                Irrelevant and Cumulative Evidence and Certificatge of
                Service - On Behalf of Defendants
     19  93  EP:  10th Day of Trial - Defendants' Motion in Limine to
                preclude the Affidavit of Dale DENIED.  Govt's witnesses:
                John Benzenberg, Edmond William Boenisch, Martin Gordon
                and Thomas Waltz CST.  Govt's Exhibits - 226,222,223,230,
                455A,229,229A,229B,219,6,6A,227A,227B,474,11,11A,11B,240,241,
                14,14A,14B,16,16A,16B,16C,15,15A,244,13,17,243,12,
                245,250,18,18A,246,247,248,508,509,510,511,512,513,
                514,1433,835,835A,836,843,69,69A,69B,1431 and 1432 admitted.
                Defendants' Exhibits 252 admitted
                                    (SP)               FONG

                                                    Interval     Start Date   Ltr.  Total
                                                (per Section II)  End Date    Code  Days
                                        See Page 10

See Page 10

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

AO 256A ⊕

Page 10  HG

CENTER ART GALLERIES-HAWAII, INC.

89-00125HMF-01
Yr. | Docket No. | Def.

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|---|---|---|
| | (Document No.) | | (a) | (b) | (c) | (d) |

**1989**

**Dec 20  94**  EP:  **11th Day of Trial** - Defendants' Motion in Limine to
Preclude the Testimony of Janet Owskey DENIED.  Govt's
witnesses:  Thomas Waltz and Martin Goldberg CST.
Govt's Exhibits 227,70,70A,841,842,839,1430,1429,515,
522,523,524,390,391,392,408,401,400,399,393,414,412,
413,403,402,424,411,417,447 admitted.  Defendants'
Exhibits 253,254,255,256 admitted  (SP)        FONG

**21  95**  EP:  **12th Day of Trial** - The court declares a recess for today
since several members of the jury are ill.  Trial
continued to 1/3/90 @ 9:00 a.m.   (SP)        FONG

**26  96**  Memorandum of the United States in Opposition to Defendants'
Oral Motion to Exclude Evidence

**97**  Opposition of the United States to Defendants' Motion in Limine
to Exclude Expert Testimony;  Attachment "A"

**28  98**  **Notice of Motion;**  [1/3/90 @ 9:00 a.m. Fong]  Motion of the
United States to Quash Subpoena Duces Tecum;  Memorandum of
Points and Authorities;  Exhibit A

**1990**

**Jan 2  99**  Reply Memorandum of Law in Further Support of Motion to
Exclude Prejudicial, Irrelevant and Cumulative Evidence

**100**  Memorandum in Support of Subpoena Seeking Production of
Documents from Peter Morse; Exhibit "A"

**3  101**  EP:  12th DAY OF TRIAL -
Deft's Motion to Exclude the other Reproductions other
that the 26 images contained in the Indictment GRANTED.
Defts' Motion to Exclude the testimony of George Albert
Field and Peter Morse DENIED.  Govt's Motion to Quash
the Subpoena Duces Tecum as to Peter Morse is GRANTED
except as to the documents relating to the 26 images.
Govt's Witnesses:  George Albert Field and Peter Morse
CST for the limited purpose as to their expertise in
authenticity and evaluation.  Deft's exhibits:  150,
394, 300, 304, 306, 307, 308, & 309 ADMITTED for the
same limited purpose.  Govt's Witnesses:  Tony Curtis
and Robert Wacloff CST.  Defts' Exhibit: 400 ADMITTED.
Govt's Exhibits:  1447, 796, 797, 798, 444, 799, 800,
801, 436, 438, 439, 802, 803, 437, 804, 805, 806, 807,
807a, 808, 809, 810, 433, 434, 435, 421, 423, 424, 420,
422, & 427 ADMITTED.  Further trial contd to Jan 4, 1990
at 9:00 am.                 (TC)     FONG

**4  102**  EP:  13th DAY OF TRIAL -
Further Cross Examination of Robert Wacloff contd.
Govt's Witness:  Gregg Scott Filippelli CST.  Deft's
Exhibit: 402 ADMITTED.  Govt's Exhibits:  814, 814a,
426,428,425,814b,430,431,815,815a,816,817,818,819,67,
429,432,344,345,346,347,348,354,338,350,352,351,349,
359,360,363,362,361,342,28,28a,28b,28c,341,355,364,
365,339,29,29a,496,497,498,340,&1448 ADMITTED.  Further
trial contd to 1-5-90 at 9:00 am.   (TC)    FONG

Interval
(per Section II)

Start Date
End Date

Ltr.
Code

Total
Days

UNITED STATES DISTRICT COURT      CENTER ART GALLERIES-HAWAII, INC.      Page 11
CRIMINAL DOCKET

AO 256A      Cr. 89-0

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| **1990** | | | | | | |
| Jan 5 | 103 | EP:   14th DAY OF TRIAL - <br> Govt's Witnesses: Robert Wacloff and George Albert <br> Field CST. Govt's Exhibits: 1436,1437,1438,1439,1440, <br> 1441,1442,1443,1444,1445,1445a,1437a ADMITTED. Defts' <br> Exhibits: 403 ADMITTED. Further trial contd to <br> Jan 9, 1990 at 9:00 am.          (TC) FONG | | | | |
| 9 | 104 | EP:   FURTHER JURY TRIAL - 15th DAY OF TRIAL - <br> Examination of George Albert Field resumed. Exhibits <br> ADMITTED - P-1146; D-151 & D-410. Oral Motion for <br> Production of Records of Payments made by the Government <br> to George Albert Field - GRANTED. Further trial contd <br> to 1-10-90 at 9:00 am.      (SP) FONG | | | | |
| 10 | 105 | EP:   FURTHER JURY TRIAL - 16th DAY OF TRIAL - <br> Examination of George Albert Field resumed. Reto <br> Gaugenrieder CST. Exhibits ADMITTED: D-109, D-116A, <br> D-116B, D-116C, D-116G, & D-150 (for a limited purpose <br> only.), & D-700. Ordered that the objections to the <br> testimony of government's witness Stout be filed in <br> writing. Hearing on Cross-Motions in Limine is set for <br> 1-11-90 at 9:00 am and further trial contd to 1-11-90 <br> at 1:30 pm.      (SP) FONG | | | | |
| 11 | 106 | EP:   FURTHER JURY TRIAL - 17th DAY OF TRIAL - <br> Cross-Motions in Limine re: Testimony of Michael Ward <br> Stout argued. Court outlined the parameters in which <br> Mr. Stout will be allowed to testify. Hearing held <br> with regards to government's witness Brigette Eitingon. <br> Parties stipulated that she may leave the jurisdiction <br> and return to testify at a later date. Minute entry of <br> 1-10-90 with regards to filing of objections to the <br> testimony of government's witness Ward is stricken. <br> Ordered that objections to the introduction of video <br> tape by the government be filed in writing. Michael <br> Stout CST. "STATEMENT OF FACTS REGARDING MICHAEL WARD <br> STOUT" filed 11-17-89 (Document #59) ordered unsealed. <br> Juror #3, Maria Vegas, discharged and substituted by <br> Alternate Juror #1, Owen Sumikawa. Exhibits ADMITTED: <br> P-1092B. Further jury trial contd to 1-12-90 at 9:00 am <br>          (TC) FONG | | | | |
| 12 | 107 | EP:   FURTHER JURY TRIAL - 18th DAY OF TRIAL - <br> Motion to Strike the Testimony of Michael Stout as it <br> related to the Moses image - GRANTED. Examination of <br> Michael Stout resumed. Clinton Adams, CST. Exhibits <br> ADMITTED: P-1451. Further trial contd to 1-17-90 at <br> 9:00 am.      (TC) FONG | | | | |
| 17 | 108 | EP:   FURTHER JURY TRIAL - 19th DAY OF TRIAL - <br> Patricia Bascom, CST. Jennifer Vorbach, CST. Exhibits <br> ADMITTED: P-1063, P-1064, P-1066 thru P-1075, P-1077 <br> thru P-1090b, P-1452, P-1453, P-1455 & P-1456. Further <br> trial contd to 1-17-90 at 12:30 pm. (TC) FONG | | | | |
| 18 | 109 | EP:   FURTHER JURY TRIAL - 20 th DAY OF TRIAL - <br> Examination of Jennifer Vorbach resumed. Further trial <br> contd to 1-19-90 at 9:00 am.      (TC) FONG | | | | |

CONTINUED ON PAGE 12

Interval    Start Date    Ltr.   Total
(per Section II)    End Date    Code Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*   CENTER ART GALLERIES-HAWAII, INC.

HG

Cr. 89-00125HMF-01
Pg. 12

Yr. | Docket No. | Def.

AO 256A ®

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
| --- | --- | --- | --- |
| | | (Document No.) | (a) \| (b) \| (c) \| (d) |

1990

**Jan 19  110  EP:**  FURTHER JURY TRIAL - 21st DAY OF TRIAL -
James L. Cox, CST.  Kenneth Nahan CST.  Video tape
deposition of J.E. Wolfenberger played.  Motion to strike
the testimony of Kenneth Nahan - GRANTED.  Exhibits
admitted:  P-25a, P-25b, P-25c, P-26a, P-26b, P-26c,
P-326 thru P-337, P-441 thru P-443 & P-1434; D-724.
Further trial contd to 1-30-90 at 9:00 am. (SP) FONG

**30  111  EP:**  FURTHER JURY TRIAL - 22nd DAY OF TRIAL -
Video deposition of J.E. Wolfenberger resumed.  Further
trial contd to 1-31-90 at 9:00 am.      (TC)  FONG

**31  112  EP:**  FURTHER JURY TRIAL - 23rd DAY OF TRIAL -
The minutes of January 26, 1990 is amended to read,
"Video Deposition of Ruedi Wolfensberger played".
Video Deposition of Ruedi Wolfensberger resumed.  Virgilia
Pancoast CST.  Robert Descharnes CST.  Dr. Henry Niedzielski,
French Interpreter, Voir Dired.  Exhibits ADMITTED: P-1435,
P-1002 thru 1038, P-1040 thru P-1051, P-1056 thru P-1061,
P-1314, P-1317, P-1991, P-468 & D-1 thru D-5.  P-1032
and P-1059 withdrawn.  Further trial contd to 2-1-90 at 9:00 am.
(TC)  FONG

**Feb 1  113  EP:**  FURTHER JURY TRIAL - 24TH DAY OF TRIAL -
Dr. Henry Niedzielski, French Interpreter for the Government,
sworn.  Magda Alexander, French Interpreter for the
defense sworn.  Examination of Robert Descharnes resumed.
Exhibit admitted: P-1266.  Further trial contd to
2-2-90 at 9:00 am.      (SP)  FONG

**2  114  EP:**  FURTHER JURY TRIAL - 25TH DAY OF TRIAL -
Examination of Robert Descharnes resumed.  Exhibits
Admitted: D-802, D-802A, D-802B, D-812, D-813, D-823,
D-824, D-826 & D-827; P-199B & P-1266A.  Further trial
contd to 2-6-90 at 9:00 am.      (SP)  FONG

**6  115  EP:**  FURTHER JURY TRIAL - 26TH DAY OF TRIAL -
Carol Cavanaugh CST.  Richard "Red" Skelton CST.  Milton
Bergthold CST.  Theodore Ray Fleming CST.  Exhibits
admitted:  P-1458, P-1461, P-1462, P-1100 thru P-1121,
P-1123, P-1124, P-1124CC, P-1124DD, P-1128, P-1130,
P-1131, P-30 thru P-35, P-367, P-368, P-515 & P-516;
D-829 thru D-838.  Further trial contd to 2-7-90 at
9:00 am.      (SP) FONG

**7  116  EP:**  FURTHER JURY TRIAL - 27TH DAY OF TRIAL -
Janet Ruth Owskey CST.  Pamela Prince CST.  Dennis Eugene
Reilly CST.  Sylvia Gomes CST. Elizabeth Harris CST.
Exhibits admitted:  P-665 thru P-672, P-1402, P-1417,
P-1422 thru P-1426, P-63, P-64, P-64A, P-714, P-714A,
P-715, P-717, P-720, P-722 thru P-725, P-728, P-730
thru P-732, P-459 thru P-463, P-1467, P-1468, P-482
thru P-484, P-734 thru P-740; D-841.  Further trial
contd to 2-8-90 at 9:00 am.      (SP) FONG

**CONTINUED ON NEXT PAGE**

Interval
(per Section II)

Start Date
End Date

Ltr. | Total
Code | Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET                    CENTER ART GALLERIES-HAWAII, INC. CR 89-00125 HMF 01 page 13

**HG**

AO 256A

| DATE | | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|---|---|-------------------------|---------------------|---|---|---|
| | | | (Document No.) | (a) | (b) | (c) | (d) |

1990
Feb 8   117  EP:  FURTHER JURY TRIAL - 28TH DAY OF TRIAL -
                  Examination of Dr. Elizabeth Harris recalled.  Frank
                  Iverson CST.  Further trial contd to 2-9-90 at 9:00 am.
                                                        (SP) FONG

     9   118  EP:  FURTHER JURY TRIAL - 29TH DAY OF TRIAL -
                  Examination of Frank Iverson resumed.  Howard Char CST.
                  Charleen M. Goetz CST.  Michael Aho CST.  Exhibits ADMITTED:
                  D-170, D-821, D-844 thru D-846, D-848, D-849 & D-852;
                  P-36 thru P-40C, P-83E, P-84, P-105 thru P-108A, P-110
                  thru P-112A, P-114, P-116 thru P-119, P-122, P-126, P-129,
                  P-132 thru P-134A, P-298 thru P-301, P-303, P-315, P-316,
                  P-319, P-322, P-323, P-369 thru P-374, P-377 thru P-383,
                  P-542 thru P-550, P-1333 thru P-1335, P-1338 thru P-1340,
                  P-1344, P-1420 and P-1470 thru P-1477.  Further Trial
                  contd to 2-13-90 at 9:00 am.                 (SP) FONG

    13  119  EP:  FURTHER JURY TRIAL - 30th DAY OF TRIAL -
                  Examination of Michael Aho resumed.  Jay Broadway CST.
                  Leroy Olson CST.  Jesse Koontz CST.  Exhibits ADMITTED:
                  P-19, P-20, P-20A thru P-20D, P-85, P-86, P-86A, P-251,
                  P-253 thru P-258, P-260 thru P-265, P-499 thru P-503,
                  P-594 thru P-597A, P-1180 thru P-1184, and P-1321 thru
                  P-1326; D-854 & D-855.  Further trial contd to 2-14-90
                  at 9:00 am.                                  (SP) FONG

    14  120  EP:  FURTHER JURY TRIAL - 31ST DAY OF TRIAL -
                  Gregory Masserang CST.  Dena Hall CST.  Exhibits ADMITTED:
                  P-55 thru P-55C, P-485, P-611, P-612, P-614, P-615, P-618
                  thru P-622; D-668, D-862, D-890, D-892 thru D-896.  Further
                  trial contd to 2-15-90 at 9:00 am.           (SP) FONG

    15  121  EP:  FURTHER JURY TRIAL - 32ND DAY OF TRIAL -
                  Examination of Dena Hall resumed.  Richard B. Inghram CST.
                  Walter Maibaum CST.  Exhibits ADMITTED:  D-141A, P-43
                  thru P-45C, P-102, P-532, P-534 thru P-538, P-572 thru
                  P-575, P-578 thru P-580B, P-1480 thru P-1489D & P-1493.
                  Further trial contd to 2-16-90 at 9:00 am. (SP) FONG

    16  122  EP:  FURTHER JURY TRIAL - 33RD DAY OF TRIAL -
                  Examination of Walter Maibaum resumed.  Further trial
                  contd to 2-21-90 at 9:00 am.                 (SP) FONG

    21  123  EP:  FURTHER JURY TRIAL - 34TH DAY OF TRIAL -
                  Brigitte Eitingon CST.  Exhibits admitted:  P-946 thru P-951,
                  P-955 thru P-958, P-960 thru P-983, P-986 thru P-991,
                  P-994 thru P-996, P-998 & P-999; D-1200 thru D-1206; A-4093.
                  Further trial contd to 2-22-90 at 9:30 am. (SP) FONG

    22  124  EP:  FURTHER JURY TRIAL - 35TH DAY OF TRIAL -
                  Eugene Hill CST, Vassilios Macheras CST, Bernard Ewell CST.
                  Exhibits admitted:  P-563 thru P-571, P-27 thru P-27E, P-1371,
                  P-1372, P-1375, P-1376, P-1206, P-1207, P-1208, P-1213,
                  P-1214, P-1222 & P-1224 thru P-1227; D-959, D-960, D-961,
                  D-965 & D-1208.  Further trial contd to 2-23-90 at 9:00 am
                                                        (SP) FONG

                              **SEE NEXT PAGE**

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*    CENTER ART GALLERIES-HAWAII, INC.

Cr. 89-00125HMF-01
Pg. 14

AO 256A ®

Yr. | Docket No. | Def.

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|--|-------------------------|---------------------|
| | | (Document No.) | (a) | (b) | (c) | (d) |

**1990**

**Feb 23**  125  EP:  FURTHER JURY TRIAL - 36TH DAY OF TRIAL -
Examination of Bernard Ewell resumed.  Exhibits Admitted:
D-819 & D-958.  Defendant Center Art Galleries-Hawaii's
Motion to Withdraw Defense Exhibits D-959, D-960 & D-961 -
GRANTED.  Further trial contd to 2-27-90 at 9:00 am.
(SP) FONG

  **27**  126  EP:  FURTHER JURY TRIAL - 37TH DAY OF TRIAL -
Examination of Bernard Ewell resumed.  Exhibits admitted:
D-951, D-952, D-963, D-970, D-980, D-988, D-989, D-1005,
& D-1006.  Further trial contd to 2-28-90 at 9:00 am.
(SP) FONG

  **28**  127  EP:  FURTHER JURY TRIAL - 38TH DAY OF TRIAL -
Examination of Bernard Ewell resumed.  Exhibits admitted:
P-1508; D-817.  Further trial contd to 3-1-90 at 9:00 am.
(SP) FONG

**Mar 1**  128  EP:  FURTHER JURY TRIAL - 39TH DAY OF TRIAL -
Hearing held without the jury with regards to Juror #2,
Daphne Kochi, who was observed throughout the trial
engaging in periodic naps.  Juror Kochi discharged and
substituted by Alternate Juror #2, Linda Gallagher.
Examination of Bernard Ewell resumed.  Monsignor Eugene
Clark CST.  Arnold J. Ross CST.  Exhibits admitted: P-93,
P-94, P-95, P-881, P-881A, P-878, P-883 thru P-889, P-893,
P-916, P-922B, P-925, P-930A, P-933A, P-936C, P-937B,
P-938B, P-943, P-943A, P-943B, P-944, P-945 & P-1099;
D-1004, D-1209 & D-1210.  Further trial contd to 3-2-90
at 9:00 am.
(SP) FONG

  **2**  129  EP:  FURTHER JURY TRIAL - 40TH DAY OF TRIAL -
Michael Crivelli CST.  James Hasse CST.  Exhibits
admitted: P-1171, P-1172, P-1132 thru P-1138, P-1140,
P-1141, P-1142, P-1143A, P-1144, P-1146 & P-1147.  P-910B
admitted on 3-1-90.  Further trial contd to 3-6-90 at
9:00 am.
(SP) FONG

  **6**  130  EP:  FURTHER JURY TRIAL - 41ST DAY OF TRIAL -
Walter Soares, CST.  Thomas F. Walker, CST.  Andrea Song Gelber,
CST.  Exhibits admitted: P-68, P-68A thru P-68G, P-1275 thru P-1281,
P-1283, P-1284, P-1509, P-526 thru P-528, P-820 thru P-834A,
P-1092, P-1092A, P-1092A-1 & P-1241C thru P-1241J.  Further
trial contd to 3-7-90 at 9:00 am.
(SP) FONG

  **7**  131  EP:  FURTHER JURY TRIAL - 42ND DAY OF TRIAL -
Norman I. Newman, CST.  Cary A. Smith, CST.  Susanne
Sixberry, CST.  Exhibits admitted: P-97, P-97A, P-97B,
P-909, P-910, P-912, P-914, P-915, P-917, P-918, P-920, P-922,
P-923, P-923A, P-924, P-926, P-926A, P-927 thru P-929C, P-931
thru P-933, P-936, P-936A, P-937, P-938, P-943B-1 thru P-943B-13,
P-939, P-939A, P-941, P-942, P-942A, P-1490, ART48, ART4114,
P-1510 & P-1511; D-1216.  Further trial contd to 3-8-90
at 9:00 am.
(SP) FONG

  **8**  132  EP:  FURTHER JURY TRIAL - 43RD DAY OF TRIAL -
James Bousman CST.  William D. Barry CST.  Exhibits
admitted: P-1301, Art 48, Art 68, Art 796, Art 870, Art 1366,

**SEE NEXT PAGE**

Interval
(per Section II)

Start Date
End Date

Ltr. | Total
Code | Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET                    CENTER ART GALLERIES-HAWAII, INC. CR 89-00125 HMF 01 page 15

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |

<u>1990</u>
Mar 8

**CONTINUED FROM PAGE 14:**

Art 1993, ART 2039,Art 1479,Art 1490,Art 4114,Art 4185,
P-164,P-164A,P-164B,P-166,P-168 thru P-171,P-173,P-175,
P-177 thru P-186, P-189, Art 1373 & Art 1374. Further
trial contd to March 13, 1990.                    (SP) <u>FONG</u>

13   133   <u>EP</u>:   FURTHER JURY TRIAL - 44TH DAY OF TRIAL -
Robert Stein CST. Joan Greengrass CST. Robert Casey CST.
Exhibits admitted: P-23A,P-23B,P-23C,P-24,P-271 thru P-273,
P-276 thru P-293,P-296,P-475 thru P-481,P-1512 thru P-1514,
P-1516 thru P-1521,P-1523 thru P-1526,P-1528,P-1529,P-1542,P-1543,
P-1544 & P-1549 thru P-1552. Further trial contd to
3-14-90 at 9:00 am.                    (SP) <u>FONG</u>

14   134   <u>EP</u>:   FURTHER JURY TRIAL - 45TH DAY OF TRIAL -
Fred Roster CST. Exhibits admitted: P-893A,P-1269,P-1269A,
P-1530,P-1531,P-5554,P-1555 & P-1556. Government's Motion
to Dismiss Counts 9, 10, 41,42,46 thru 54, 56, 57, 58, 65,
66, 85 thru 89, 96, 101, & 103 - GRANTED. Government
rested. Ordered that: Simultaneous filing of Proposed
Jury Instructions by 3-20-90; Filing of Objections to
Jury Instructions by 3-28-90. Settling of Jury Instructions
set for 4-3-90 at 9:00 am. Further jury trial contd to
4-4-90 at 9:00 am. Hearing on Rule 29 Motions set for
3-20-90 at 9:00 am.                    (SP) <u>FONG</u>

19   135   <u>EO</u>:   The following exhibits were admitted on the dates indicated:
P-1402 on 12-7-89; D-25 on 12-12-89, D-251 on 12-15-89;
P-1557 & P-1558 on 3-14-90. The following exhibits which
were inadvertently entered as having been admitted on
3-8-90 are stricken: Art 48 & Art 68. The following
exhibits were admitted on 3-8-90: Grand Jury Art 48 &
Grand Jury Art 68.                    <u>FONG</u>

20   136   Memorandum of Law in Support of Motion to Strike Testimony

137   <u>EP</u>:   MOTIONS FOR JUDGMENT OF ACQUITTAL PURSUANT TO RULE 29 -
Arguments held. Motions taken under advisement. Ordered
that written Motion for Judgment of Acquittal be filed by
March 27, 1990, and government's response by March 29,
1990. Motion to Strike Testimony of Robert Descharnes
is set for April 3, 1990 at 9:00 am.

<u>EO</u>:   Government's exhibits Art 1490 inadvertently entered as
having been admitted on 3-8-90 is stricken. (SP) <u>FONG</u>

138   Government's Proposed Jury Instructions

139   Defendants' Proposed Jury Instructions and Certificate of Service

27   140   Memorandum in Support of Motions for Judgments of Acquittal
and Dismissal and Striking Allegations of Indictment and
Certificate of Service

141   Memorandum of Law in Support of Motion for Judgments of Acquittal
on Counts 36-40 and Certificate of Service

28   142   Opposition of the United States to Defendants' Motion to Strike
Opinion Testimony of Robert Descharnes Regarding the
Authenticity of Dali's Handwriting; Attachment "A" (Transcript
Portions)

143   Objections of the United States to Defendants' Proposed Jury Instructions

**SEE NEXT PAGE**                    Interval        Start Date        Ltr.  Total
                                     (per Section II)  End Date         Code  Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*   CENTER ART GALLERIES-HAWAII, INC.

HG

Cr. 89-00125HMF-01
Pg. 16

AO 256A

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|-------------|------|
| | (Document No.) | (a) | (b) | (c) | (d) |

**1990**

Mar 28  144  Defendants' Objections to Government's Proposed Jury Instructions
and Certificate of Service

29  145  Opposition of the United States to Defendants' Memorandum in
Support of Motions for Judgments of Acquittal

30  146  Response of the United States to Defendants' Objections to
Government's Proposed Jury Instructions

Apr 2  147  Notice of Motion; Motion for Reconsideration of Certain Evidentiary
Rulings Admitting and Excluding Certain Documentary
Evidence Exhibits 701, 219, 227, 229, 200, 201, 202,
203, 215, 323, 330, 339, 594, 839 and 852; and Certificate
of Service

148  Government's Opposition to Defendants' Motion for Judgments
of Acquittal on Counts 36 to 40; Attachment "A"

149  Defendants' Reply to Government's Response to Certain
Defendants' Objections to the Government's Proposed
Jury Instructions and Certificate of Service

3  150  EP: DECISION ON RULE 29 MOTIONS; DEFENDANT'S MOTION TO STRIKE
OPINION TESTIMONY OF ROBERT DESCHARNES REGARDING THE
AUTHENTICITY OF DALI'S HANDWRITING; SETTLING OF JURY
INSTRUCTIONS - 1) M/Strike Opinion Testimony of Robert
Descharnes Regarding the Opinion Testimony of Robert
Descharnes Regarding the Authenticity of Dali's Handwriting
- DENIED IN PART AND GRANTED IN PART.  2) Defendants'
M/Judgment of Acquittal - DENIED.  3) M/Strike Allegations
of Indictment - DENIED.  4) M/Exclude the Indictment
from being sent into the Juryroom - GRANTED, but if
requested by the jury, it will be sent.  5) Defendants'
M/Reconsideration of Certain Evidentiary Rulings Admitting
and Excluding Certain Documentary  Evidence Exhibits
- a. D-701 admitted.  b. D-1211 thru D-1215 admitted.
c. P-219 excluded in part.  Government will eliminate
one sentence.  d. D-850 admitted.  Instructions settled.

4  151  EP: FURTHER JURY TRIAL - 46TH DAY -
Hearing held without the jury on Defendants' Motion
to Admit Certain Exhibits.  The following exhibits have
been admitted in evidence: D-129, D-131, D-1009, D-1010,
D-1012, D-675, D-675A, D-678, D-678A, D-1214A.  The
following exhibit have been refused: D-803.  Opening
Statement of Center Art Gallery.  Video Tape deposition
of Anthony Quinn played.  Exhibits admitted: D-1221,
D-1221A, D-1052, D-1053, D-1054 & D-1222.  Video Deposition
of Kathryn Benvin played.  Defense rested.  Further
trial contd to 4-11-90 at 9:00 am for the Government's
rebuttal or final arguments.                    (TC) FONG

11  152  EP: FURTHER JURY TRIAL - 47TH DAY -
Defendants' Motion for Judgment of Acquittal - DENIED.
Jury Preliminarily instructed.  Government's opening
argument.  Defendant Mett's closing argument.  Defendant
Center Art Gallery-Hawaii, Inc.'s closing argument (in
part).  Further jury trial contd to 4-12-90 at 9:30
am.                    (TC) FONG

Interval
(per Section II)      Start Date
End Date      Ltr.  Total
Code Days

UNITED STATES DISTRICT COURT                                              **HG**
CRIMINAL DOCKET          CENTER ART GALLERIES-HAWAII, INC.    CR 89-00125 HMF 01   page 17

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|---|-------------------------|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 1990 Apr 12 | 153 | EP:  FURTHER JURY TRIAL - 47TH DAY - Defendant Center Art Gallery-Hawaii, Inc. resumed its closing argument.  Defendant Marvin L. Wiseman's closing argument.  Government's rebuttal.  Portion of the Indictment read to the jury by Mr. Godbey.  Jury instructed.  Bailiff sworn.  Alternate jurors James Ingebrethsen and Tracy Edwards excused (not discharged) and instructed to remain sanitized.  Case continued until 4-17-90 at 9:00 am for jury deliberation.  Defense allowed to file an additional instruction.  Government allowed to file a response.  (TC) FONG | | | | |
| 16 | 154 | Defendants' Proposed Supplemental Instruction No. 1 and Certificate of Service | | | | |
| | 155 | Memorandum of Law in Support of Motion for Surrebuttal Closing Argument, or, in the Alternative, for Supplemental Instructions Concerning Prosecution's False Representations of Evidence in Final Summation; Exhibit A and Defendants' Proposed Supplemental Instructions 2-8 and Certificate of Service | | | | |
| | 156 | Motion for Surrebuttal Closing Argument, or, in the Alternative, for Supplemental Instructions Concerning Prosecution's False Representations of Evidence in Final Summation; Government Trial Exhibits 888, 943 B(1), 943 (B)(10), 942, and 978; Defendants' Proposed Court's Exhibits 10 through 14 and Certificate of Service | | | | |
| 17 | 157 | Defendants' Proposed Supplemental Instruction No. 3A and 4A and Court's Exhibit 11 and Court's Exhibit 15 and Certificate of Service | | | | |
| | 158 | EP:  JURY TRIAL - Jury deliberation - 1st day.  Jury deliberated.  No notes received from the Jury.  Further jury deliberation contd to 4-18-90 at 9:00 am.          FONG | | | | |
| 18 | 159 | Opposition to Defendant's Motion for Surrebuttal Closing Argument or in the Alternative for Supplemental Instructions; Memorandum of Law in Opposition to the Defendant's Motion for Surrebuttal Closing Argument or in the Alternative for Supplemental Instructions; Exhibits 1 through 4 | | | | |
| | 160 | Opposition to Defendants' Motion for Supplemental Jury Instruction; Memorandum of Law in Opposition to Defendants' Supplemental Jury Instruction; Exhibit 1; Certificate of Service | | | | |
| | 161 | EP:  FURTHER JURY TRIAL - Jury deliberation - 2nd day.  Jury deliberated.  2 notes from the jury received.  "Notes from the Jury" filed. A hearing was not necessary to respond to the above notes.  Further jury deliberation contd to 4-19-90 at 9:00 am.          FONG | | | | |
| | 162 | Note from the Jury - #1; with attached response | | | | |
| | 163 | Reply to Government's Opposition to Defendants' Motion for Surrebuttal Closing Argument, or, in the Alternative, for Supplemental Instructions and Certificate of Service | | | | |
| | 164 | Note from the Jury - #2 | | | | |

**SEE NEXT PAGE**

Interval       Start Date       Ltr.  Total
(per Section II)   End Date    Code  Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*    CENTER ART GALLERIES-HAWAII, INC.

Cr. 89-00125HMF-0
Pg. 18

AO 256A ⊕

| | | Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|-------------------------|---------------------|
| | (Document No.) | (a) | (b) | (c) | (d) |

| DATE | | PROCEEDINGS |
|------|------|-------------|
| **1990**<br>Apr 19 165 | EP: | FURTHER JURY TRIAL –<br>Jury deliberation - 3rd day - Jury deliberated.  Note<br>from the Jury received.  Jury requested to recess at<br>11:30 am for the remainder of the day because of illness |
| 166 | | to one of its members. "Note from the Jury" filed. Further<br>trial contd to 4-20-90 at 9:00 am.          FONG |
| 167 | | ORDER Denying Defendants' Motion for Surrebuttal Closing<br>Argument or, in the Alternative, for Supplemental Jury<br>Instructions Concerning False Representations in Government's<br>Rebuttal Argument and also Denying Defendants' Motion<br>for Supplemental Jury Instruction Regarding Cost and<br>Profit                             FONG |
| 20  168 | EP: | FURTHER JURY TRIAL –<br>Jury deliberation - 4th day - Jury returned to resume<br>deliberation.  "Note from the Jury" received and filed.<br>No hearing held.  Further deliberation contd to 4-24-90<br>at 9:00 am.                        FONG |
| 169 | | Note from the Jury - w/attached response |
| 24 170 | EP: | FURTHER JURY TRIAL –<br>Jury deliberation - 5th day - Jury returned to resume<br>deliberation.  Two (2) notes from the jury received.<br>No hearing held to respond to the notes.  "Notes from<br>the Jury" filed.  Further deliberation contd to 4-25-90<br>at 9:00 am.                        FONG |
| 171 | | Note from the Jury - #1; w/attached response |
| 172 | | Note from the Jury - #2; w/attached response |
| 25 173 | EP: | FURTHER JURY TRIAL –<br>Jury deliberation - 6th day - Jury returned to resume<br>deliberation.  "Note from the Jury" received and filed.<br>Court responded to the note by letter.  No hearing held.<br>Further jury deliberation contd to 4-26-90 at 9:00 am.<br>                                   FONG |
| 174 | | Note from the Jury - w/attached response |
| 26  175 | EP: | FURTHER JURY TRIAL –<br>Jury Deliberation - 7th Day - Jury returned to resume<br>deliberation. "Note from the Jury" received & filed.<br>Court responded to the note by letter. No hrng held.<br>Further jury deliberation contd to 04-26-90 at 9:00 a.m.<br>                                   FONG |
| 176 | | Note from the Jury - w/attached response |
| 27  177 | EP: | FURTHER JURY TRIAL –<br>Jury Deliberation - 8th Day - Jury returned to resume<br>deliberation. "Note from the Jury" received & filed.<br>Court responded to the note by letter. No hearing held.<br>Further jury deliberation contd to 05-01-90 at<br>9:00 a.m.      FONG |
| 178 | | Note from the Jury - w/attached response |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

**HG**

CENTER ART GALLERIES-HAWAII     CR 89-00125 HMF 01 page 19

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |

| DATE | | PROCEEDINGS (continued) |
|------|--|--------------------------|

1990
May 1  179  <u>EP:</u>  FURTHER JURY TRIAL -
Jury deliberation - 9th Day - Jury returned to resume
deliberation. No notes from the jury recd. No hrngs held.
Further deliberation contd to 05-02-90 at 9:00 a.m. FONG

2  180  <u>EP:</u>  FURTHER JURY TRIAL -
Further deliberation - 10th Day - "Note from the Jury"
recd & filed. Court responded to the note by letter.
No hrngs  held. Further deliberation contd to 05-03-90
at 9:00 a.m.    FONG

181  Note from the Jury - w/attached response

3  182  <u>EP:</u>  FURTHER JURY TRIAL -
Further deliberation - 11th Day - Jury returned to resume
deliberation. "Note from the Jury" recd & filed. Court
responded to the note by letter. No hrngs held. Further
deliberation contd to 05-04-90 at 9:00 a.m.   FONG

183  Note from the Jury - w/attached response

4  184  <u>EP:</u>  FURTHER JURY TRIAL -
Further deliberation - 12th Day - Jury returned to resume
deliberation. U.S. Marshal informed that the jury have
completed the verdicts but would like to return the
verdicts in open court after lunch (11:00 a.m.). Verdicts
returned. Jury found the defts as follows:

CENTER ART GALLERIES-HAWAII, INC.: GUILTY to Counts 1,
2, 4 thru 8, 11, 13 thru 17, 19 thru 40, 43 thru 45,
55, 59 thru 64, 67 thru 74, 76, 78 thru 84, 86, 90, 91,
92, 94, 95, 98, 99, 100, 102 & 104; NOT GUILTY to Counts 3, 12,
18, 75, 77, 93 & 97. ADJUDGED NOT GUILTY to Counts 3, 12,
18, 75, 77, 93 & 97.

WILLIAM D. METT:  GUILTY to Counts 1, 2, 4 thru 8, 11,
13 thru 17, 19 thru 40, 43, 44, 45, 55, 59 thru 64,
67 thru 76, 78 thru 84, 86, 90 thru 92, 94, 95, 98 thru 100,
102 & 104; NOT GUILTY to Counts 3, 12, 18, 77, 93 & 97.
ADJUDGED NOT GUILTY to Counts 3, 12, 18, 77, 93 & 97.

MARVIN L. WISEMAN:  GUILTY to Counts 1, 2, 4, 5, 11, 13,
14, 16, 17, 19 thru 26, 28, 30 thru 40, 43 thru 45, 55,
59, 60 thru 64, 67 thru 73, 76, 78 thru 83, 90, 91, 92,
94, 95, 98 thru 100, 102 & 104; NOT GUILTY to Counts 3,
6, 7, 8, 12, 15, 18, 27, 29, 74, 75, 77, 84, 86, 93 &
97; ADJUDGED NOT GUILTY to Counts 3, 6, 7, 8, 12, 15,
18, 27, 29, 74, 75, 77, 84, 86, 93 & 97.

Jury polled. Verdicts as to each of the 3 defts unanimous.
Referred for presentence investigation and report, and
SENTENCING set for 08-20-90 at 1:30 p.m.

Bail as to Deft W. Mett is modified by adding the following
additional conditions:

(1) Center Art Galleries-Hawaii, Inc. is prohibited from
    selling any Dali artwork until further order of the Court.

(2) The equity for the stocks that evidences the ownership

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET     *U. S. vs*

CENTER ART GALLERIES-HAWAII, INC.

AO 256A ⊕

CR 89-00125 HMF 0
page 20

| | | DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|---|
| | | | (Document No.) | (a) | (b) | (c) | (d) |
| 1990 | | | (Jury Deliberation, 12th Day, contd from page 19) | | | | |
| May 4 | | | of Center Art Galleries-Hawaii, Inc. shall further be encumbered so that he (Mr. Mett) cannot sell the stocks during the pendency of any sentence or appeal in this case. | | | | |
| | | | Bail as to Deft M. Wiseman: $500,000.00 signa ture bond secured by 10% cash ($50,000.00) or corporate surety, payable by the close of business on 05-11-90.  (Platt)   FONG | | | | |
| | 185 | | VERDICT (see above minutes) | | | | |
| | 186 | | JUDGMENT on Acquittal - Cts 3, 12, 18, 75, 77, 93, 97   FONG | | | | |
| 7 | 187 | | Given Jury Instructions   FONG | | | | |
| | 188 | | Refused or Withdrawn Jury Instructions   FONG | | | | |
| Jun 14 | 189 | | Stipulation To Continue Defendants Center Art Galleries-Hawaii, Inc., William D. Mett And Marvin L. Wiseman's Date For SENTENCING ; Affidavit of Brook Hart And ORDER       FONG SENTENCING contd to 09-10-90 @ 1:30 p.m. (F) | | | | |
| 20 | 190 | | EO:  The Clerk's Minutes of March 14, 1990 (45th Day Of Trial) is amended to reflect that the government did not move to dismiss Count 86                     FONG | | | | |
| Jul 11 | 191 | | Stipulation To Continue Defendants Center Art Galleries-Hawaii, Inc., William D. Mett And Marvin L. Wiseman's Date For SENTENCING; Declaration of Leslie E. Osborne, Jr., And ORDER                     **GRANTED**   FONG contd to 10-15-90 @ 1:30 p.m. (F) | | | | |
| Aug 27 | 192 | | Stipulation To Continue Defendants Center Art Galleries-Hawaii Inc. , William D. Mett And Marvin L. Wiseman's Date For SENTENCING; Affidavits of Brook Hart, John R. Wing And Robert A. Weiner and ORDER          **GRANTED**   FONG contd to 11-05-90 @ 1:30 p.m. (F) | | | | |
| 28 | 193 | | Ex Parte Motion for Order Shortening Time for Service and for Hearing of Defendant Marvin L. Wiseman's Motion to Produce Materials Supporting Claims and Conclusions contained in Proposed Pre-Sentence Report; ORDER FONG | | | | |
| | 194 | | Defendants' Motion to Produce Materials Supporting Claims and Conclusions Contained in Proposed Presentence Report; Affidavit of Brook Hart; Notice of Hearing and Certificate of Service [08-30-90 @ 10:00 a.m. (F)] | | | | |
| 30 | 195 | | EO:  Defendant Wiseman's Motion to Produce material Supporting Claims & Conclusions Contained is Proposed. Pre Sentencing Report is contd to 08-31-90 @ 10:30 a.m.          FONG | | | | |
| 31 | 196 | | EP:  Defendant Wiseman's Motion/Produce Materials, etc. - Granted. Govt. to turn over to Mr. Hart all reports (from Probation Office) additional reports, computer report and questionaires by defendants within two weeks of this date. Mr. Hart to prepare order.   (SP)   FONG | | | | |

Interval
(per Section II)

Start Date
End Date

Ltr.
Code

Total
Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET                  CENTER ART GALLERIES-HAWAII, INC    CR89-00125 HMF 01 page21

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|-------------------------|------|------|------|------|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| **1990** Sept 10 | 197 | ORDER GRANTING Defendants' Motion To Produce Materials Supporting Claims And Conclusions Contained In The Proposed Pre-Sentence Reports               FONG -- Said materials shall be produced & delivered to counsel for defts no later than 4:00 p.m., 09-14-90. At the sentencing hrng, Govt is prohibited from making use of or referring to any doc & materials in support of the concl in pre-sentence report, other than exh in evidence, that have not been delvd to the defts on or before 09-14-90 | | | | |
| Oct 1 | 198 199 | Government SENTENCING Statement; Certificate of Service Defendants' SENTENCING Memorandum And Response To Presentence Report; Exhibits A-H and Certificate of Service **SEALED BY ORDER OF THE COURT** | | | | |
| Nov 1 | 200 | Sentencing Memorandum - Govt. | | | | |
| 2 | 201 | Notice of Motion; [11-05-90 @ 1:30 p.m. (F)]; Motion to Strike Government's Sentencing Memorandum and Exhibits; Affidavit of Brook Hart and Certificate of Service | | | | |
| 5 | 202 | Defendants' Supplemental Memorandum of Law Regarding Limitations on Restitution and Certificate of Service  **SEALED** | | | | |
| ⟩ | 203 | **EP:**  SENTENCING - Fox, Weiner & Osborne present As to CTS 1,2,13-17,19,20,22,23,25,26,30,31,33-37,43,44, 68,69,71,72,94,95,98,100 & 102 - Fined $1,000.00 to run consecutively w/ each other & with all other counts As to CTS 6,8,27,64,81,82,91,92 - Fined $500,000.00 to run concurrently with each other and consecutively to CTS 1,2, 13-17,19,20,22,23,25,26,30,31,33-37,43,44,68,69,71,72, 94,95,98,100,102 but consecutively to CTS 4,5,7,21,24,28, 29,32,38-40,45,55,59-63-,67,70,73,74,76,78,79,80,83,84, 86,90 and 104. As to CTS 4,5,7,21,24,28,29,32,38-40,45,55,59-63,67,70,73, 74,76,78,79,80,83,84,86,90 and 104 - Fined $500,000.00 to run concurrently w/ each other and consecutively with CTS 1,2,13-17,19,20,22,23,25,26,30,31,33-37,43,44,68,69,71,72, 94,95,98,100,102 but consecutively to CTS 6,8,27,64,81, 82,91 & 92. Center Art Galleries Hawaii placed on 5 yrs prob w/ the usual conds & the following spec conds: 1.  That Center Art GAllieries provide the prob officer access to any financial information or records, as directed by the prob officer 2.  Notify the prob officer immed upon learning of any material change in its business or financial cond or the commencement of any bankruptcy proceeding, major civil litigation and criminal prosecution 3.  Restitution in the amt of $314,979.00 Spec Monetary Assess of 9,000.00 imposed Adv of right to appeal       (ESR)       FONG       FONG | | | | |
| | 204 | JUDGMENT In A Criminal Case | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*   CENTER ART GALLERIES-HAWAII, INC

AO 256A ⊕

Page   22   **HG**

89 00125 HMF 01

Yr. | Docket No. | Def.

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|---|------|-----|-----|-----|-----|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| **1990** | | | | | | |
| Nov 5 | | EO:  Spec Assess imposed as to the following counts: 4-8,21,22,24,26-29,32,38-40,45,55,59-64,67,70-74, 76,78-84,86,90-92,95-104 - sum of 9,000.00. Total Fine imposed $1,031,000.00 | | | | |
| 15 | 205 | Notice Of Motion - 01-14-91 @ 10:15 a.m. (HMF) - Motion For Stay Of Fines And Other Monetary Penalties Pending Appeal; Memorandum In Support Of Motion; Certificate of Service | | | | |
| | 206 | **NOTICE OF APPEAL; Certificate of Service   - by deft pro se, William D. Mett, President - for Center Art   (CA 90-10616)** | | | | |
| 16 | 207 | Presentence Report filed and returned to USPO | | | | |
| | 208 | SENTENCING Recommendation filed and returned and USPO | | | | |
| 19 | | Transcript of Proceedings - 11-05-90 - Orig - pp 147 - (V/ARS - Robin Sines, transc)       cc: USPO Deft 01,02,03 | | | | |
| 27 | 209 | **ORDER FOR TIME SCHEDULE - RT to be ordered by 12/6/90; RT to be filed by 1/7/91; Aplt's opening brief to be filed by 2/18/91; Aple's brief to be filed by 3/20/91; Reply brief (if any) to be filed by 4/3/91 - cc:  Clerk, 9th CCA, Osborne, Mett, TC, YI, SP, K. Okahashi** | | | | |
| | | Notice of Appeal sent to Clerk, 9th CCA & to all counsel | | | | |
| Dec 14 | 210 | Transcript Designation and Ordering Form - 11-28-89 SP; 12-05-89 YI; 04-03-90, 04-11-90, 04-12-90 TC; 06-27-89, 06-28-89 YI; 07-19-89, 07-20-89 TC; 07-21-89, 08-09-89, 08-10-89, 08-11-89 SP; 08-11-89 ESR; 08-15-89 SP; 10-10-89 TC; 11-22-89 SP; 01-25-88 Priscilla Gonzaga; 09-06-88 TC; 11-05-90 ESR | | | | |
| **1991** | | | | | | |
| Jan 4 | | Transcript of Proceedings - Index for Vol I to IV             pp i to xvii - (YI) - Orig       Defts 1,2,3 | | | | |
| | | Transcript of Proceedings - 06-27-89 - Orig - (YI) - pp 238 Defts 1,2,3 | | | | |
| | | Transcript of Proceedings - 06-28-89 - Orig - (YI) - pp 147 Defts 1,2,3 | | | | |
| | | Transcript of Proceedings - 12-05-89 - Orig - (YI) - pp 208 Defts 1,2,3 — Vol I | | | | |
| | | Transcript of Proceedings - 12-06-89 - Orig - (YI) - pp 229 Defts 1,2,3 — Vol II | | | | |
| | | Transcript of Proceedings - 12-07-89 - Orig - (YI) - pp 215 Defts 1,2,3 — Vol III | | | | |
| | | Transcript of Proceedings - 12-08-89 - Orig - (YI) - pp 231 Defts 1,2,3 — Vol IV | | | | |
| 10 | 211 | Government's Opposition To The Defendants' Motion To Stay Fines And Other Monetary Penalties Pending Appeal; Memorandum In Opposition To The Defendants' Motion For The Stay Of Fines And Other Monetary Penalties | | | | |

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT          CENTER ART GALLERIES-HAWAII, INC.
CRIMINAL DOCKET

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|------|------|------|------|
| | (Document No.) | (a) | (b) | (c) | (d) |
| **1991** Jan 14   212 | **EP:**  Deft's Motion to Stay the Payment of the fine pending the appeal is GRANTED.                (TC) <u>FONG</u> | | | | |
| Mar 15 | Transcript of Proceedings - Orig. - pp. 267 - July 19 & 20, 1989 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - 09-06-88 - Civ. 88-00076 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 108 - 10-10-89 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 300 - Vol. 12 - 01-03-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 232 - Vol. 13 - 01-04-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 227 - Vol. 14 - 01-05-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 231 - Vol. 47 - 04-03-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 92 - Vol 48 - 04-04-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 170 - Vol. 49 - 04-11-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 217 - Vol. 50 - 04-12-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 190 - Vol. 17 - 01-11-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 197 - Vol. 18 - 01-12-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 217 - Vol. 19 - 01-17-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 151 - Vol. 20 - 01-18-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 13 - Vol. 22 - 01-30-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 135 - vol. 23 - 01-31-90 - Terrence Chun | | | | |
| Apr 8 | Transcript of Proceedings - Orig. - pp. 223 - 07-21-89 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 116 - 08-09-89 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 205 - 08-10-89 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 246 - 08-11-89 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 272 - 08-15-89 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 111 - 11-22-89 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 350 - 11-28-89 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 231 - 12-12-89 - Vol. 5 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 225 - 12-13-89 - vol. 6 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 271 - 12-14-89 - Vol. 7 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 278 - 12-15-89 - Vol. 8 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 240 - 12-19-89 - Vol 9 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 239 - 12-20-89 - Vol. 10 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 12 - 12-21-89 - Vol. 11 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 251 - 01-09-90 - Vol. 15 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 246 - 01-10-90 - Vol. 16 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 116 - 01-19-90 - Vol. 21 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 152 - 02-01-90 - Vol. 24 - Stephen Platt | | | | |

**- see next page -**

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

HG

page 24

CR 89-00125 HMF 01

AO 256A ⊕

CENTER ART GALLERIES – HAWAII, INC.

Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|-----|-----|-----|-----|
| | (Document No.) | (a) | (b) | (c) | (d) |
| **1991**<br>Apr 8 | Transcript of Proceedings – Orig. – pp. 198 – 02-02-90 – Vol. 25 – Stephen Plat | | | | |
| | Transcript of Proceedings – Orig. – pp. 257 – 02-06-90 – Vol. 26 – Stephen Plat | | | | |
| | Transcript of Proceedings – Orig. – pp. 236 – 02-07-90 – Vol. 27 – Stephen Plat | | | | |
| | Transcript of Proceedings – Orig. – pp. 185 – 02-08-90 – Vol. 28 – Stephen Plat | | | | |
| | Transcript of Proceedings – Orig. – pp. 243 – 02-09-90 – Vol. 29 – Stephen Plat | | | | |
| | Transcript of Proceedings – Orig. – pp. 236 – 02-13-90 – Vol. 30 – Stephen Plat | | | | |
| | Transcript of Proceedings – Orig. – pp. 237 – 02-14-90 – Vol. 31 – Stephen Plat | | | | |
| | Transcript of Proceedings – Orig. – pp. 238 – 02-15-90 – Vol. 32 – Stephen Plat | | | | |
| | Transcript of Proceedings – Orig. – pp. 107 – 02-16-90 – Vol. 33 – Stephen Plat | | | | |
| | Transcript of Proceedings – Orig. – pp. 224 – 02-21-90 – Vol. 34 – Stephen Plat | | | | |
| | Transcript of Proceedings – Orig. – pp. 210 – 02-22-90 – Vol. 35 – Stephen Plat | | | | |
| | Transcript of Proceedings – Orig. – pp. 228 – 02-23-90 – Vol. 36 – Stephen Plat | | | | |
| | Transcript of Proceedings – Orig. – pp. 247 – 02-27-90 – Vol. 37 – Stephen Plat | | | | |
| | Transcript of Proceedings – Orig. – pp. 237 – 02-28-90 – Vol. 38 – Stephen Plat | | | | |
| | Transcript of Proceedings – Orig. – pp. 218 – 03-01-90 – Vol. 39 – Stephen Plat | | | | |
| | Transcript of Proceedings – Orig. – pp. 272 – 03-02-90 – Vol. 40 – Stephen Plat | | | | |
| | Transcript of Proceedings – Orig. – pp. 260 – 03-06-90 – Vol. 41 – Stephen Plat | | | | |
| | Transcript of Proceedings – Orig. – pp. 238 – 03-07-90 – Vol. 42 – Stephen Plat | | | | |
| | Transcript of Proceedings – Orig. – pp. 250 – 03-08-90 – Vol. 43 – Stephen Plat | | | | |
| | Transcript of Proceedings – Orig. – pp. 242 – 03-13-90 – Vol. 44 – Stephen Plat | | | | |
| | Transcript of Proceedings – Orig. – pp. 176 – 03-14-90 – Vol. 45 – Stephen Plat | | | | |
| | Transcript of Proceedings – Orig. – pp. 68 – 03-20-90 – Vol. 46 – Stephen Platt | | | | |
| | Transcript of Proceedings – Orig. – pp. 39 – 05-04-90 – Vol. 51 – Stephen Platt | | | | |
| 16 213 | ORDER Granting Motion to Stay Fines and Other Monetary Penalties<br>Pending Appeal – Nunc Pro Tunc: 11-15-90 – <u>FONG</u> | | | | |
| **June 24** | **Certificate of Record mailed to Clerk, 9th CCA – cc: all counsel** | | | | |
| 27 | Transcript of Proceedings – Orig. – pp. 58 – 06-28-91 – Yukie Ichikawa | | | | |
| Sep 24 214 | Partial Release of Lien; Exhibit "A" | | | | |
| **1992**<br>May 14 215 | Ex Parte Motion for Order to Shorten Time for Hearing; Affidavit<br>of Brook Hart; Exhibit A and ORDER –<br>[06-01-92 @ 11:15 a.m. (FONG)]        <u>FONG</u> | | | | |
| 216 | Notice of Motion; [06-01-92 @ 11:15 a.m. (Pong)];<br>Motion for Partial Release of Lien Pending Appeal;<br>Memorandum in Support of Motion; Affidavit of Nancy Cook;<br>Certificate of Service | | | | |
| Jun 2 217 | <u>EO:</u>  Hearing on Motion for Partial Release of Lien Pending Appeal<br>is continued from June 1, 1992 to June 15, 1992 @ 9:00<br>a.m. cc: Leslie E. Osborne, Esq., Brook Hart, Esq., Judge<br>Fong's chambers, U.S. Marshal.        <u>FONG</u> | | | | |
| 3 | **Original Record mailed Federal Express to 9th CCA – (CA 90-10616)** | | | | |
| | **see next page –** | | | | |

Interval
(per Section II)  |  Start Date / End Date  |  Ltr. Code / Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

CENTER ART GALLERIES HAWAII. INC

page 25
CR 89 00125 HMF 01

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 1992 Jun 9 | 218 | Opposition to Defendants' Motion for a Partial Release of Lien; Memorandum in Support; Declaration of Counsel; Certificate of Service | | | | |
| 15 | 219 | EP: Defts' M/For Partial Release of Lien Pending Appeal Oral Argument held. The Motion is hereby Granted. Mr. Hart & Mr. Wing to Prepare the Order. Osborne, Hart & Wing present. (Lisa Groulx) FONG | | | | |
| | 220 | Reply Memorandum in Support of Motion For a Partial Release of Lien Pending Appeal; Certificate of Service | | | | |
| 19 | 221 | Affidavit of William D. Mett | | | | |
| Oct 13 | 222 | ORDER Granting Motion for a Partial Release of the Government's Lien Pending Appeal -                    FONG | | | | |
| 1993 Jan 14 | | Transcript of Proceedings - 06/15/92 - Orig - pp 28 - (Lisa Groulx) as to defts 01,02,03 | | | | |
| 1993 Feb 25 | 223 | Notice of Motion; [04-19-93 @ 11:15 a.m. (Fong)]; Motion for Permission to Sell Specified Dali Artwork Authenticated by Albert Field; Memorandum in Support of Motion; Exhibit 1 | | | | |
| Mar 29 | 223a | Certificate of Service | | | | |
| Apr 1 | 224 | Opposition to Defendants' Motion For Permission to Sell Specified Dali Artwork Authenticated by Albert Field; Declaration of Counsel; Certificate of Service | | | | |
| 13 | 225 | Notice of Motion; [04-19-93 @ 11:15 a.m. (Fong)]; Motion to Require Posting of a Surety Bond Pending Appeal or, in the Alternative, To Lift the Stay or, In the Alternative, To Deposit Monies in the Registry of the Court or, In the Alternative, to Require an Examination of the Defendants' Assets; Memorandum in Support of Motion to Require Posting of a Surety Bond Pending Appeal or, In the Alternative, To Lift the Stay of, In the Alternative, to Deposit Monies in the Registry of the Court or, In the Alternative, To Require an Examination of the Defendants' Assets; Certificate of Service | | | | |
| 15 | 226 | Stipulation For Order Shortening Time and ORDER - Set for 04-19-93 @ 11:15 a.m. before Judge Fong - FONG | • | | | |
| 16 | 227 | Defendant's Memorandum in Opposition to the Government's Motion to Require the Posting of a Surety Bond Pending Appeal or, In the Alternative,  to Lift the Stay or, In the Alternative, to Deposit Monies in the Registry of the Court or, In the Alternative, to Require an Examination ~~of the Defendants' Assets; Exhibits A-C;~~ Certificate of Service | | | | |

**- see next page -**

| Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

CENTER ART GALLERIES HAWAII, INC.

AO 256A ⊕

page 26   **HG**
CR 89-00125 HMF 01
Yr. | Docket No. | Def.

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| **1993**<br>Apr 16 | 228 | Reply Memorandum in Support of Center Art's Motion to Sell<br>Specified Dali Art Authenticated By Albert Field; Exhibits<br>A-I; Certificate of Service | | | | |
| 19 | 229 | **EP:** Defendants' Motion for Permission to Sell Specified Dali<br>Artwork Authenticated by Albert Field; Government's Motion<br>to Require posting of a surety bond pending appeal or,<br>in the alternative, to lift the stay or, in the alternative,<br>to deposit monies in the registry of the court or, in<br>the alternative, to require an examination of the defendants'<br>assets- Arguments held. Defendants' Motion for Permission<br>to Sell Specified Dali Artwork Authenticated by Albert<br>Field- granted. Mr. Wing ordered to work with the government's<br>attorney and submit a proposed certificate. Government's<br>Motion to Lift stay - denied. Government's Motion to<br>require an Examination of the Defendants' Assets - denied.<br>Government's Motion to Deposit Monies in the Registry<br>of the Court - granted. Government's Motion to Require<br>Posting of a Surety Bond Pending Appeal - denied. Michael<br>Chun; Brook Hart & John R. Wing present. (TC) FONG | | | | |
| Jun 30 | | **ORIGINAL TRANSCRIPT (11-05-90)** sent to Judge Leavy - Portland, OR | | | | |
| Aug 12 | 230 | Center Art Galleries-Hawaii, Inc.'s Memorandum Regarding Certificate<br>of Authenticity; Exhibit A; Certificate of Service | | | | |
| | 231 | Submission of Center Art Galleries-Hawaii, Inc. Proposed Order<br>Granting Motion Permitting Sale of Dali Artwork Authenticated<br>By Albert Field; Exhibit A; Affidavit of Albert Field;<br>Certificate of Service | | | | |
| 16 | 232 | Center Art Galleries-Hawaii, Inc.'s Memorandum Regarding Certificate<br>of Authenticity; Exhibit A; Certificate of Service | | | | |
| | 233 | United States Memorandum Regarding Certificate of Authenticity,<br>Exhibit "A"; Declaration of Jack Ellis, Exhibit "B";<br>Certificate of Service | | | | |
| | 234 | Submission of Center Art Galleries-Hawaii, Inc. Proposed order<br>Granting Motion Permitting Sale of Dali Artwork Authenticated<br>by Albert Field; Exhibit A; Affidavit of Albert Field;<br>Certificate of Service | | | | |
| 24 | 235 | ORDER Granting Motion Permitting Sale of Dali Artwork<br>Authenticated by Albert Field; Exhibit A   FONG | | | | |
| **1994**<br>May 9 | 236 | JUDGMENT 9CCA - CA90-10612, CA 90-10616 , CA90-10617 -<br>Judgment of the District Court - AFFIRMED<br>filed & entered 04-15-93. Attest May 9, 1994<br>ccd: Osborne, Wing, Hart, USPO, PTS, USM, CRD, Judge HMF | | | | |

Interval<br>(per Section II) | Start Date<br>End Date | Ltr.<br>Code | Total<br>Days

UNITED STATES DISTRICT COURT          CENTER ART GALLERIES HAWAII, INC.                    page 27
CRIMINAL DOCKET

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |

**1994**
**Jun 6   237**   EP: M/Stay Execution of Sentence: Mr. Riordan's Oral M/Stay
Execution of Sentence on behalf of Center Art Galleries
GRANTED  Payments and collections of fine are STAYED to
10/4/94 at 10:00 a.m.   (Lisa Groulx-Thompson)   FONG

**Sept 19 238**   Defendant Center Art Galleries - Hawaii, Inc.'s Joinder In
Defendants William D. Mett And Marvin L. Wiseman's
Motion  For New Trial; For A Franks Hearing; And For
MOdification Of Sentences Pursuant To Fed.R.Crim.P.33
and 28 U.S.C. § 2255 And Certificate of Service
**referred to Judge FONG**

**Oct 6   239**   ORDER of Recusal - Mag. Judge Yamashita   - YAMASHITA
(cc: all counsel)

**Oct 7   240**   Memorandum of Points and Authorities in Reply to Government's
Opposition to Motion for New Trial; For a Franks Hearing;
and for Modification of Sentences Pursuant to Red.R.Crim.P.
33 and 28 U.S.C. §2255

**17   241**   ORDER Denying Defendants' Motion for Reconsideration and Denying
Motion for Bail on Appeal        FONG

**242**   NOTICE OF APPEAL - [Deft. appeal to 9CCA - Order Denying Defendants'
M/New Trial & Vacation of Convictions & Order Denying
M/Reconsider Denial of M/New Trial & Denying M/for Bail
on Appeal.        FONG

**18   243**   **ORDER FOR TIME SCHEDULE - RT to be ordered by 11/07/94;**
**RT to be filed by 12/07/94; Aplt's opening brief to be**
**filed by 01/16/95; Aple's brief to be filed by 02/15/95;**
**Reply brief (if any) to be filed by 03/01/95 -**
**cc: Clerk, 9CCA; all counsel**

**\*14 244**   ORDER DENYING Defendants' Motion For A New Trial, Franks Hearing,
And Modification of Sentence        FONG
ccd: all parties
purs to hrngs of 10-10 and 10-11-94

**\*18 245**   ORDER Modifying Order Dated October 14, 1994   FONG
ccd: all parties

**Nov 8   246**   Application For Writ Of Continuing Garnishment; Instructions To
Garnishee; Writ of Continuing Garnishment    Bank of America

**247**   Instructions To Debtor Clerk's NOtice Of Post-Judgment Garnishment
**248**   Notice of Garnishment And Instructions
**249**   Application For Writ of Continuing Garnishment; Instructions To
Garnishee; Writ of Continuing Garnishment - Hawaii National Bank
**250**   Instructions To Debtor Clerk's Notice of Post-Judgment Garnishment
**251**   Notice of Garnishment And Instructions
**252**   Application For Writ of Execution - warehouse
**253**   Application For Writ of Execution - gallery
**10   254**   Certification Of Service Of Documents On Judgment Debtor - Bank of America

**\* see next page \***

Interval        Start Date    Ltr. Total
(per Section II)   End Date    Code Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*   CENTER ART GALLERIES HAWAII, INC.

Page 28   **HG**
89 00125 HMF 01

AO 256A ⊕

| | Yr. | Docket No. | Def. |
|---|---|---|---|

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| **1994** | | | | | | |
| Nov 10 | 255 | Certification Of Service Of Documents On Judgment Debtor - Hawaii National Bank | | | | |
| | 256 | Notice of Hearing; [11/14/94 @ 2:15 p.m. (HMF)];  Defendant Center Art Galleries-Hawaii, Inc.'s Notice to Clerk of Request for Hearing and Request for Hearing Concerning Application for Writ of Execution Filed November 8, 1994 and Served on November 9, 1994; Affidavit of Paul W. Soenksen; Exhibit "A"; Certificate of Service | | | | |
| | 257 | Notive of Levy | | | | |
| | 258 | Writ of Execution | | | | |
| | 259 | Notice of Levy | | | | |
| | 260 | Writ of Execution | | | | |
| 14 | 261 | Memorandum in Support of Writs of Execution; Certificate of Service | | | | |
| | 262 | Certificate of Service | | | | |
| | 263 | Certificate of Service | | | | |
| | 264 | Certificate of Service | | | | |
| | 265 | Documentary Supplement; Exhibit | | | | |
| | 266 | Notice of Motion; [11/14/94 @ 2:15 p.m. (HMF)]; Motion to Vacate Levy, Dissolve and/or Reduce Attachment of Artworks and Bank Accourts, for Release and Return of Consigned Artworks in Which Center Art Has No Substantial Interest, For Return of Artwork Not Covered by the Government's Security Agreement But Covered by Security Agreement of Other Creditors and Exceeding Amounts Owed by Center Art, and for Protective Order; Memorandum in Support of Motion; Declaration of David A. Katz; Declaration of Ann Marie Little; Declaration of Danny Feliciano; Exhibits "A" - "H"; Certificate of Service | | | | |
| | 267 | EP:  Defendant Center Art Galleries-Hawaii, Inc.'s Request for Hearing Concerning Application for Writ of Execution Filed November 8, 1994 and Served on November 9, 1994 Arguments held. Recess taken to allow the parties time to negotiate. Court deferred ruling on the motion. Parties have reached a resulution. Order to be filed. Michael Chun, Elton John Baín, David A. Katz present. (SP) FONG | | | | |
| 15 | 268 | Process Receipt and Return of Writ of Execution by USM on 11/09/94 | | | | |
| | 269 | Process Receipt and Return of Writ of Continuing Garnishment 11/09/94 | | | | |

**- See Next Page -**

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
    AO 256A

CENTER ART GALLERIES HAWAII, INC     CR 89-00125 HMF 01

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| | | (Document No.) | | | | |
| **1994** | | | | | | |
| Nov 15 | 270 | Process Receipt and Return - Writ of Execution - 11/09/94 | | | | |
| 16 | 271 | Answer & Disclosure of Hawaii National Bank | | | | |
| 17 | 272 | Answer & Disclosure of Bank of America, FSB; Certificate of Service | | | | |
| | 273 | Answer & Disclosure of Hawaii National Bank | | | | |
| 18 | 274 | Return and Acknowledgment of Service by USA | | | | |
| | 275 | Return and Acknowledgment of Service by USA | | | | |
| 21 | 276 | Transcript Designation and Ordering Form - Terrence Chun: 10/11/94; 10/12/94 | | | | |
| 28 | 277 | **Certificate of Record mailed to Clerk, 9CCA - cc: all counsel** | | | | |
| **1996** | | | | | | |
| Jun 21 | 278 | **JUDGMENT - 9CCA - [Affirmed** - CA 94-10503; Attest: 6/19/96] cc: all parties | | | | |
| **1998** | | | | | | |
| Jun 01 | 279 | REASSIGNMENT: Case reassigned to Judge Helen Gillmor; Request by U.S. Probation Office | | | | |
| Nov 9 | | Transcript of Proceedings - pgs. 29 - 10/10/89 Terrence Chun | | | | |
| | | Transcript of Proceedings - pgs. 67 - 04/11/90 Terrence Chun | | | | |
| | | Transcript of Proceedings - pgs. 47 - 04/19/93 Terrence Chun | | | | |
| Dec 22 | | Transcript of Proceedings - pgs. 58 - 06/28/89 Yukie Ichikawa (AS TO ALL DEFENDANTS - 01 thru - 03) | | | | |
| **1999** | | | | | | |
| JAN 19 | | Transcript of Proceedings - (Vol(s).) 23 pgs.) 06-09-89 Original - Yukie Ichikawa - (AS TO ALL DEFENDANTS - 01 thru - 03) | | | | |
| **2000** | | | | | | |
| Jan 4 | 280 | Notice of Motion; Motion for Order Authorizing Sale of Artwork; Memorandum in Support of Motion for Order Authorizing Sale of Artwork; Declaration of Carole Edwards; Declaration of Erlinda Lowry; Exhibits "A" - "N"; Certificate of Service cc: HG | | | | |
| Mar 13 | 281 | EP: Government's Motion for order Authorizing Sale of Artwork - Arguments made; Carol Edwards CST; Deft Center Art Galleries Hawaii, Inc.'s Orla Motion to Continue Hearing is GRANTED; This hearing is continued until May 8, 2000 @ 9:45 a.m.; Deft Center Art Gallery, Inc., shall submit by April 10, 2000 evidence of the authenticity of any artwork the govt seeks to sell or otherwise dispose of through its Motion for Order Authorizing Sale of Art Work; Ms. Nancy Cook shall provide the government with written proof of ownership of any artwork she claims to own by April 10, 2000; cc: Mark Recktenwald, Melanie Sayuri Matsui, Judge Gillmor's chambers; USA Atty Mark Recktenwald, Carol Edwards, Melanie Matsui (Ct Rptr: Julie Peterson)          GILLMOR | | | | |

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|---|

Pg 30

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*    CENTER ART GALLERIES HAWAII, INC.

CR 89-00125 HG 01

AO 256A ⊕

| | | Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|-----|-----|-----|-----|
| | | (a) | (b) | (c) | (d) |

—(Document No.)——

**2000**

**AMENDED MINUTE ORDER**

Mar 14  282   EO:  This court's minute order of March 13, 2000 is amended to include the following:  The court requires the presence of counsel familiar with the litigation and the events that were the subject of the hearing before Judge Fong on November 14, 1994 and the Govt. 1995 sale of the artwork and subsequent developments.  The Court requires that Atty Elton John Bain be present to represent deft at the May 8, 2000 hearing in order to have continuity of counsel. David Katz, or Katz & Assoc., however, may appear on behalf of deft instead of Mr. Bain; cc: Mark Recktenwald, Melanie Matsui, Judge Gillmor's chambers

GILLMOR

Apr 10  283   Letter from Nancy Cook to Judge Gillmor
cc: USA, Bain

APR 1 8 2000   Transcript of Proceedings - (Vol(s). ▓▓▓▓ ) 3/13/00
Original ▓▓▓▓▓▓▓▓ Julie A. Peterson

26  284   Supplemental Declaration of Carole Edwards in Support of Motion for Order Authorizing Sale of Artwork; certificate of service

May 8  285   NOTICE - Hearing on govt's Motion for Order Authorizing sale of art work set for May 10, 2000 @ 11:00a.m before the Honorable Helen Gillmor; cc: Mark Recktenwald, E. John Bain, Judge Gillmor's chambers

9  286   Declaration of William Mett (Re: USA's M/Order authorizing sale of artwork)

10  287   EP: Government's Motion for Order Authorizing Sale of Art Work- Arguments made; The court ordered the Govt to return to Ms. Nancy Cook those pieces of art claimed by Ms. Cook in the letter from Ann-Marie Little to Carol Edwards, dated October 13, 1995; If the pieces identified in the Oct 13, 1995 letter are no longer available, the Govt may substitute comparable pieces; Those pieces returned to Ms. Cook may not be stamped as fraudulent.  The Govt must also locate and return the pieces of art belonging to Lt Col Richard B. Inghram.  All other artwork listed in Exhibits K,L,M and N of the Government's Motion for Order Authorizing Sale of Artwork, may be sold;  Prior to sale, the government must give no less than two weeks notice of the sale to Ms. Nancy Cook and attorney Elton John Bain; The govt is permitted to stamp as fraudulent each piece to be sold.  All artwork that is not sold may be destroyed.  Recktenwald to prepare order within 30 days; cc: Mark Recktenwald, E. John Bain, Ms. Nancy Cook USA Atty Mark Rectenwald, Les Osborne, Michael Chun, Lisa Yoshimure, Carol Edwards, E. John Bain, Nancy cook present (Ct. Rptr: Stephen Platt)  by Judge Helen Gillmor

12  288   Stipulation and Order Re: Returning Artwork to Nancy Cook

GILLMOR

**\*\*\*SEE NEXT PAGE\*\*\***

Interval
(per Section II)

Start Date
End Date

Ltr.
Code

Total
Days

UNITED STATES DISTRICT COURT     **CENTER ART GALLERIES, INC.**     CR 89-00125 HG 01
CRIMINAL DOCKET

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 2000 May 22 | 289 | Motion to Withdraw as Counsel; Memorandum; Declaration; Exhibit                 cc: HG | | | | |
| | 290 | Proposed Order Granting Motion to Withdraw as Counsel | | | | |
| 25 | 291 | Certificate of Service | | | | |
| 26 | 292 | ORDER Granting Motion to Withdraw as Counsel     GILLMOR | | | | |
| Jun 5 | 293 | ORDER Granting Motion for Order Authorizing Sale of Artwork                                   GILLMOR | | | | |
| 2004 Sept 8 | 294 | Stipulated Order Permitting Distribution of Monies Accumulated     Pursuant to "Order Granting Motion Permitting Sale     of Dali Artwork Authenticated by Albert Field," Filed     August 24, 1993                 GILLMOR | | | | |

Interval
(per Section II)

Start Date
End Date

Ltr.
Code

Total
Days