CRIMINAL DOCKET   U.S. District Court

| PO ☐ | 0975 | 1 | Assigned 7511—7509 |
| Misd. ☐ | | | Disp./Sentence 7509 |
| Felony ☒ | District | Off. | Judge/Magistr. |

U.S. ___ WRIT ___ VS. ___ METT, WILLIAM D. (LAST, FIRST MIDDLE)

☐ WRIT  ☐ JUVENILE  ☐ ALIAS

OFFENSE ON INDEX CARD

| Mo | Day | Yr |
|----|-----|-----|
| 01 | 26 | 89 |

No. of Def'ts 3

Docket No. 89 00125 BAE-02 HMF

U.S. MAG. CASE NO.

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. ☐ NG | GUILTY ☐ NOLO |
|---|---|---|---|---|
| 18:1341 & 18:2 | Mail fraud; aid/abet   CTS 1-77 | 77 | | |
| 18:1343 & 18:2 | Wire fraud; aid/abet   CTS 78-84 | 7 | | |
| 15:77(q)(a) & 77(x) & 18:2 | Securities fraud scheme to defraud; aid/abet  CTS 85-93 [1984 - 1988] | 9 | | |
| 18:1341 & 18:2 | Mail Fraud   CTS 1 - 92 | 92 | | |
| 18:1341 & 18:2 | Mail Fraud   CTS 93 - 97 | 5 | | |
| 18:1343 & 18:2 | Wire Fraud   CTS 98-104 | 7 | | |

NOT GUILTY - CTS 3,12,18,77,93 & 97

GUILTY - CTS 1,2,4-8,11,13-17,19-40,43-45,55,59-64,67-76,78-84,86,90-92,94,95, 98-100,102,104

DISMISSED - 9,10,41,42,46-54,56-58,65,66,85,87-89,96,101,103

SUPERSEDING COUNTS ☐

## II. KEY DATE

INTERVAL ONE

| KEY DATE | | KEY DATE 01-26-89 | | KEY DATE 02-10-89 | | KEY DATE 11-28-89 | |
|---|---|---|---|---|---|---|---|
| ☐ arrest | | | | | | | |
| ☐ sum'ns | | | | | | | |
| ☐ custody | | | | | | | |
| ☐ appears on complaint | | | | | | | |
| EARLIEST OF | | APPLICABLE | | APPLICABLE | | APPLICABLE | |

a) ☒ Indictment filed/unsealed
b) ☐ Information
e) ☐ Felony W/waiver

a) ☒ 1st appears on pending charge /R40
b) ☐ Receive file R20/21
c) ☐ Supsdg't ☐ Ind't ☐ Inf
d) ☐ Order New trial
e) ☐ Remand   f) ☐ JG/P Withdrawn

END INTERVAL TWO
☐ Dismissal
☐ Pled ☐ guilty ☐ Nolo   After N.G.   After nolo
☒ Trial (voir dire) began
☒ Jury  ☐ N.J.

| 1st appears with or waives counsel 02-10-89 | ARRAIGNMENT 02-10-89 | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 05-04-90 | SENTENCE DATE 11-05-90 | ☐ PTD ☐ Nolle ☐ T Prot. | FINAL CHARGES DISMISSED |
|---|---|---|---|---|---|---|---|---|

FINAL CHARGES DISMISSED: ☐ on ST grounds ☐ W.P. ☐ WOP ☐ on appeal ☐ on govt ☐ motion

## III. MAGISTRATE

| | DATE | INITIAL NO. |
|---|---|---|
| Search Warrant ☐ Issued ☐ Return | | |
| Summons ☐ Issued ☐ Served | | |
| Arrest Warrant Issued | | |
| COMPLAINT ▶ | | |
| Date of Arrest | OFFENSE (In complaint) | |

INITIAL APPEARANCE DATE ▶

PRELIMINARY EXAMINATION OR REMOVAL HEARING — ☐ Date Scheduled ▶ ☐ Date Held ▶

☐ WAIVED  ☐ NOT WAIVED
☐ INTERVENING INDICTMENT

Tape Number

INITIAL NO.

OUTCOME:
☐ DISMISSED
☐ HELD FOR GJ OR OTHER PRO-CEEDING IN THIS DISTRICT
☐ HELD FOR GJ OR OTHER PRO-CEEDING IN DISTRICT BELOW

Show last names and suffix numbers of other defendants on same indictment/information:

(01) Center Art Galleries-Hawaii, Inc., (02) Mett, (03) Wiseman

RULE  20 ☐  21 ☐  40 ☐  In ☐  Out ☐

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS

U.S. Attorney or Asst.

DANIEL A. BENT
by Leslie E. Osborne, Ass't U.S. Atty

Defense: 1 ☐ C.J.A.   2 ☒ Ret.   3 ☐ Waived   4 ☐ Self   5 ☐ Non / Other   6 ☐ P.D.   7 ☐ CD

BROOK HART
333 Queen St., Suite 610
Honolulu, Hawaii  96813
PH: 526-0811

JOHN R. WING  **w/draw 05/17/94**
Weil , Gotshal & Manges
767 Fifth Avenue
New York, New York 10153
ph: (212) 310-8364

**9CCA - Appeal**
**Deft pro se**
**WILLIAM D. METT**
**2301 Kalakaua Ave.**
**Honolulu, Hawaii 96815**
**ph: 926-2727**

DENNIS P. RIORDAN, Esq.
Riordan & Rosenthal
523 Octavia Street
San Francisco, CA 94102
Ph. (415) 431-3472

LOCAL COUNSEL
ELTON JOHN BAIN
220 S. King St. 19th Floor
Honolulu, Hawaii 96813
ph: 536-1900

BAIL ● RELEASE

PRE-INDICTMENT

| Release Date | | |
|---|---|---|
| Bail ☐ Denied | | ☐ Fugitive |
| | | ☐ Pers. Rec. |
| AMOUNT SET | | ☐ PSA |
| $ | | Conditions |
| Date Set | | ☐ 10% Dep. |
| | | ☐ Surety Bnd |
| ☐ Bail Not Made | | ☐ Collateral |
| Date Bond Made | | ☐ 3rd Prty |
| | | ☐ Other |

POST-INDICTMENT

| Release Date | | |
|---|---|---|
| Bail ☐ Denied | | ☐ Fugitive |
| | | ☐ Pers. Rec. |
| AMOUNT SET | | ☐ PSA |
| $ | | Conditions |
| Date Set | | ☐ 10% Dep. |
| | | ☐ Surety Bnd |
| ☐ Bail Not Made | | ☐ Collateral |
| Date Bond Made | | ☐ 3rd Prty |
| | | ☐ Other |

## FINE AND RESTITUTION PAYMENTS

Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| 11-15-90 | 130433 | William Mett NA: $5.00; DP: $100.00 | | | |

APPEALS FEE PAYMENTS

| | | | | | | | | | VI EXCLUDABLE DELAY |
|---|---|---|---|---|---|---|---|---|---|
| DATE | | | **HG** | | MASTER DOCKET MULTIPLE DEFENDANT CASE | PAGE [ 1 ] OF [ ] | | | |
| DOCUMENT NO. | | 89 00125 DAB 02 | HMF | X | PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | | | | |

### V. PROCEEDINGS

**1989**

**Jan 26**    1    EP:   INDICTMENT - PS ordered & issued; retn 02-10-89 at 1:30 (C)
                       (Judith Powers)   KING

**27**    2    ORDER of Recusal   EZRA
           [Judge Ezra recused; case assigned to Judge Fong]
           cc: Osborne, Hart

**31**    3    Return on PS - exec by USM via certified mail - 01-27-89 - RRR - rec'd by Leona
                                                              Awai 01-30-89

**Feb 10**    4    Statement Concerning Bail    - by government

           EP:   A&P - Defts Mett & Wiseman present with counsel John R. Wing
               (for Mett) and Brook Hart (for Wiseman). Defts have rec'd
               copies of Indictment. Arrn waived. Pleas of NOT GUILTY entered:
               JT: 07-18-89 at 9:00 (F)
               JS: 07-17-89 at 9:30 (T)
               Final PT: 06-27-89 at 10:00 (C)
               Defts' motions due: 05-03-89
               Govt's response due: 05-24-89
               Pursuant to 18:3161 et seq (h)(8)(b)(ii) time is excluded
               because of complexity of case.
               Bail as to Mett: $1,000,000 signature, secured by property with equity
               in the amount of $230,000 to be filed with the court by 02-17-89.
               Bail as to Wiseman: $250,000 signature.
               Travel as to both defts; travel between District of Hawaii
               and continental U.S.A. Surrender passport to Clerk of Court,
               U.S.D.C. Defts given cautionary advice; and authorize their
               attys to waive their presence at future hearings, except
               for JS & JT and certain circumstances; defts also warned of
               trial proceeding in absentia. Re: Notice of Appearance - will
               be filed by 02-24-89 by Mr. John Wing, who made a special
               appearance for corp. Appearance of Counsel will be filed as
               to who will be representing the corporate deft. (ESR) CONKLIN

           5    ORDER Setting Conditions of Release   CONKLIN
               $1,000,000 million signature [to be secured by property
               with equity in the amount of $230,000] ; usual conds & spec
               conds noted above

           6    Appearance Bond    CONKLIN
               11 Kailuana Place
               Kailua, HI   96734
               PH: 263-6400

           EO:   Rec'd from deft one U.S. Passport [# H030144]
               placed in vault

**16**    7    Agreement to Forfeit Property                CONKLIN
               Kaanapali Shores, Maui TMK 4-4-1-97

           8    Agreement To Forfeit Property               CONKLIN
               Hale Mahina, Maui TMK 4-3-6-41

           9    Agreement To Forfeit Property               CONKLIN
               Island Colony, Oahu TMK 2-6-21-26

           EO:   Security Mortgages for the three properties to be filed w/
               the Bureau of Conveyances by Flo Nakakuni, Asst. U.S. Atty.
               Recorded Security Mortgages will be sent to the Clerk's Office
               upon filing & recording

**May 3**    10   Waiver of Extradition and Certificate of Service

                SEE PAGE 2

HG

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET        U. S. vs

METT, WILLIAM D.

CR 89-00125 HMF 0
page 2

AO 256A ®

Yr. | Docket No. | Def.

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
| | (Document No.) | | (a) | (b) | (c) | (d) |

**1989**

| May 3 | 11 | Notice of Motions [06-27-89 at 9:00 a.m.(F)] and Motions to Dismiss Indictment, to Suppress Government's Trial Evidence, to Suppress and Return Artwork, to Grant All Defense Discovery Requests, for Bill of Particulars, for Disclosure of Grand Juror Selection Records, to Produce Grand Jury Transcript, and for Specification of Tangible Evidence Government Intends to Use at Trial; Memorandum of Law; Affidavit of Brook Hart and Certificate of Service |
| | 12 | Exhibits A-Z and Certificate of Service (by deft) |
| | 13 | Exhibits AA-XXX and Certificate of Service (be deft) |
| 5 | 14 | Table of Contents and Table of Authorities for Memorandum of Law in Support of Motions to Dismiss Indictment, to Suppress Government's Trial Evidence, to Suppress and Return Artwork, to Grant All Defense Discovery Requests, for Bill of Particulars, for Disclosure of Grand Juror Selection Records, to Produce Grand Jury Transcript, and for Specification of Tangible Evidence Government Intends to Use at Trial Filed on May 3, 1989 and Certificate of Service |
| 8 | 15 | Exhibit List for Memorandum of Law in Support of Motions to Dismiss Indictment, to Suppress Government's Trial Evidence, to Suppress and Return Artwork, to Grant All Defense Discovery Requests, for Bill of Particulars, for Disclosure of Grand Juror Selection Records, to Produce Grand Jury Transcript, and for Specification of Tangible Evidence Government Intends to Use at Trial Filed on May 3, 1989 and Certificate of Service |
| 12 | 16 | Stipulation To Permit Defendants William D. Mett and Marvin L. Wiseman To Temporarily Travel Outside The District of Hawaii and ORDER **GRANTED** CONKLIN - Clerk to return passport  and passports to be returned to the Clerk of Court w/in 24 hours of Defts' retn from Japan of 07-04-89 |
| 15 | 17 | Notice of Filing Of Corrected Version of Center Art Galleries-Hawaii, Inc., William D. Mett and Marvin L. Wiseman's Pretrial Motion Pleading Filed May 3, 1989; Corrected Version of Center Art Galleries-Hawaii, Inc., William D. Mett and Marvin L. Wiseman's Pretrial Motion Pleading Filed May 3, 1989 and Certificate of Service |
| | 18 | Notice of Significant Errata and Certificate of Service |
| | 19 | Corrected Notice of Motions - 06-27-89 @ 9:00 a.m. (F) - and Corrected Motions To Dismiss Indictment, To Suppress Government's Trial Evidence, To Suppress And Return Artwork, To Grant ALl Defense Discovery Requests, For Bill of Particulars, For Disclosure of Grand Juror Selection Records, To Produce Grand Jury Transcript, And For Specification of Tangible Evidence Government Intends To Use At Trial; Corrected Memorandum of Law; Corrected Affidavit of Brook Hart and Certificate of Service |
| 18 | | EO:  Passport released to Anthony K. Bartholomew, Esq. pursuant to travel stipulation filed on 05-12-89 |

**\*see next page\***

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET                    METT, WILLIAM D.    CR 89-00125 HMF 02   page 3

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|--------------------------|-----|-----|-----|-----|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 1989] | | | | | | |
| May 22 | 20 | Ex Parte Petition for Limited Disclosure of Grand Jury Material; Memorandum of Points and Authorities **SEALED** | | | | |
| 23 | 21 | ORDER   FONG   **SEALED** | | | | |
| | 22 | Opposition and Reply to Defendant's Various Motions Filed on May 3, 1989 | | | | |
| | 23 | Exhibit List for Opposition and Reply to Defendant's Various Motions Filed on May 3, 1989 | | | | |
| Jun 9 | 24 | Ex Parte Motion for Order Shortening Time for Service and for Hearing on Defendants' Motion to Continue Trial; Affidavit of Anthony K. Bartholomew; ORDER Shortening Time for Service and for Hearing on Defendants' Motion to Continue Trial   FONG   [06-09-89 at 9:00 (F)] | | | | |
| | 25 | Notice of Motion [06-09-89 at 9:00 (F)]; Motion to Continue Trial; Affidavit of Anthony K. Bartholomew and Certificate of Service | | | | |
| | | EP:  Motion to Continue Trial - [Osborne, Hart, Cassiday present] Motion to Continue Trial - GRANTED. JS: Monday, 10-30-89 at 9:30 (C) JT: Tuesday, 10-31-89 at 9:00 (F) Mr. Osborne to prepare order for excludable time.                          (YI)   FONG | | | | |
| 20 | 26 | Defendants' Response To Government's Opposition And Reply To Defendants' Various Motions Filed On May 3, 1989; Affidavit Of Arnold J. Ross; Affidavit of Brook Hart and Certificate of Service | | | | |
| | 27 | Exhibit List For Defendants' Response To Government's Opposition And Reply To Defendants' Various Motions Filed On May 3, 1989 And Certificate of Service | | | | |
| 23 | 28 | Government's Further Opposition to Defendants' Motions | | | | |
| 26 | 29 | Defendants' Reply to Government's Further Opposition to Defendants' Motions and Certificate of Service | | | | |
| 27 | 30 | Notice of Correction of the Record in Regard to the Motion for Continuance Hearing of June 9, 1989 | | | | |
| | | EP:  Various Motions - [Osborne, Godbey, Fox, Wing & Hart present]. Arguments heard. M/Dismiss for Prejudicial Pre-Indictment Delay - DENIED. M/Dismiss for Prejudicial Pre-Indictment Publicity - DENIED. M/Dismiss for Failure to State Claims of Fed. Fraud - DENIED. M/Dismiss for Failure to State Claims of Securities Fraud - GRANTED. Counts 85 - 93 DISMISSED. M/Dismiss for Insufficient and Defective Indictment - DENIED. M/Dismiss for Disclosure of Grand Jury Material to Private Party - DENIED M/Dismiss for Violations of Due Process - DENIED. M/Dismiss for Previously Suppressed Evidence Considered by Grand Jury - DENIED. Production of Records Concerening Grand Jury Selection - GRANTED. Production of Grand Jury Transcript - DENIED. Further hearing on various motions contd to Wed., 06-28-89 at 9:00 a.m.   (YI)   FONG | | | | |

Interval (per Section II)    Start Date / End Date    Ltr. Code / Total Days

HG

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*   METT, WILLIAM D.

AO 256A ⊕

CR 89-00125 HMF 02
page 4

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|-------------|---------------------|
| | (Document No.) | (a) \| (b) \| (c) \| (d) |

<u>1989</u>

Jun 28 | **EP:** Further Hearing on Various Motions - [Osborne, Godbey, Fox, Wing & Hart present].
Production of Electronic Recordings - GRANTED.
Production of All Statements - GRANTED IN PART & DENIED IN PART
Production of Govt Exhibit List - GRANTED. Govt to prepare Exhibit List in 42 days and amended list in 21 days.
M/Bill of Particulars - DENIED.
Production of "Bad Acts" Evidence - DENIED.
CST: Thomas Maxwell (further direct examination contd to 07-19-89); John Ellis (this witness taken out of order to accommodate schedule). Exhibits admitted: Govt's 6, 7, 1, 2, 5, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19, 20, 21, 22, 23, 25. Further hearing on various motions contd to 07-19-89 at 1:30 p.m.    (YI)  FONG

Jul 19 | **EP:** Various Motions - Hart, Wing, Osborne & Godbey present. Defts' M/Produce Statement of Witnesses GRANTED. The Court will review the documents in camera before they are released to defense counsel. Govt's Witness: Robert Demuro, CST. Govt's Exhib 60-65 Admitted. Deft's Exhib A,B & C Admitted. Further hrng contd to 07-20-89 @ 10:30 a.m. (F)  (TC) FONG

20 | **EP:** Further Evidentiary Hrng - Hart, Wing, Osborne present. Cross Exam of Robert Demura. Defts' Exhib: D Admitted. Further hrng contd to 07-21-89 @ 9:00 a.m. (F)  (TC) FONG

21 | **EP:** Further Evidentiary Hrng - Hart, Wing, Osborne present. Further cross exam of Robert Demuro contd. Govt's Witness Richard Portman, CST. Defts' Exhib: E & F Admitted. Govt's Exhib: 3, 7a, 26-56, 57-1, 57-2,57-3, 58 & 59 Admitted. Govt's Exib 66 is <u>returned</u> to defense counsel. Further Hrng contd to 08-08-89 @ 9:00 a.m. (F)  (Steve Platt) FONG

24 | **EO:** Brook Hart's office will notify mainland counsel to properly designate local counsel

Aug 4  31 | Notice of Motion [08-25-89 at 1:30 pm (F)]; Defendants' Motion to Strike Alleged Omissions from Indictment; Affidavit of Brook Hart; Exhibit A and Certificate of Service

9 | **EP:** FURTHER EVIDENTIARY HEARING - Monsignor Eugene V. Clark, CST.  Deft's Ex. J - ADMITTED.  Further Trial contd to 08-10-89 at 9:00 am.    (Steve Platt) FONG

32 | Supplemental Affidavit of Brook Hart and Certificate of Service

33 | Supplemental Memorandum Re: Production of Materials pursuant to Rules 26.2 and 12(i), F.R. Cr. P. and Certificate of Service

10 | **EP:** FURTHER EVIDENTIARY HEARING - Monsignor Eugene V. Clark recalled.  Richard A. Portmann recalled.  Exhibits admitted: G,H,I,K,&L.  Further Hearing contd to 10-11-89 at 9:00 am.              (Steve Platt)    FONG

**CONTINUED ON PAGE 5**

Interval
(per Section II)  | Start Date
End Date | Ltr. Total
Code Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

U.S.A. v. William D. Mett

Cr. 89-00125-02

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 1989 Aug 11 | | EP: FURTHER EVIDENTIARY HEARING - Examination of Richard A. Portmann resumed. Exhibits admitted: P-6a & P-7b; M thru MMMM. Ordered that the government is confined to call only the 36 victim witnesses already identified and known to the defendants in its case in chief. Further hearing contd to 08-15-89 at 9:00 am. (Steven Platt) 9:00 am to 6:00 pm (ESR/GB) 7:00 pm to 10:00 pm   FONG | | | | |
| | 15 | EP: FURTHER EVIDENTIARY HEARING - Further Examination of Thomas Maxwell resumed. Exhibits admitted: NNNN, OOOO, PPPP, QQQQ, RRRR, SSSS, TTTT, & UUUU. Ordered that further memoranda be filed no later than 09-11-89. Motions will be taken under advisement thereafter. Further ordered that the government return the crates to the defendant corporation no later than the end of next week. (Steven Platt)   FONG | | | | |
| | | EO: Hearing on Motion to Strike Alleged Omissions from the Indictment contd from 08-25-89 and 09-25-89 to 10-10-89 at 3:45 pm. If further motions are filed, they will be noticed for the same date.   FONG | | | | |
| 23 | 34 | Notice of Filing of Original Affidavit of Arthur J. Viviani and Certificate of Service | | | | |
| 25 | 35 | ORDER Granting Defendant's Motion to Review the Records of the Grand Jury Selection Process   FONG | | | | |
| | 36 | ORDER Continuing Trial and Delineating Excludable Time (Time from 06-08-89 to 10-31-89 shall be excludable time) (Title 18 U.S.C. 3161(h)(8)(B)(ii) and (iv))   FONG | 06-09-89 10-30-89 | T | 144 | |
| 30 | | Partial Transcript of Proceedings - 08-11-89 at 7:05 pm - V/ARS, Inc. (Patricia A. Petrilla) - Orig. - 104 pgs. | | | | |
| 31 | 37 | EP: SUPERSEDING INDICTMENT - PS ordered & issued; retn 09-05-89 @ 9:00 a.m. (C) (Judy Powers)   CONKLIN | | | | |
| | 38 | ORDER GRANTING In Part And DENYING In Part Defendants' Various Motions To Dismiss, For The Production of Items, And For A Bill of Particulars   FONG cc: Hart, Cassiday, Weiner thru Hart | | | | |
| Sep 5 | | EP: A&P TO SUPERSEDING INDICTMENT - Defts Mett and Wiseman present with counsel Hart. Cassiday present for Deft Center Art Galleries. Copy of Superseding Indictment received by defts. ARRN WAIVED. Plea of NOT GUILTY entered. JS w/JT to follow: 10-31-89 at 9:30 (F) FPT conf.: 10-25-89 at 2:00 (C) Deft's Mtns Due: 09-19-89 Govt's Resp Due: 10-03-89 (ESR/GB)   CONKLIN | | | | |
| 8 | 39 | ORDER Modifying Order of August 31, 1989   FONG cc: Hart, Weiner, Cassiday, Osborne | | | | |
| 11 | 40 | Opposition to Defendant's Motion to Strike "Surplusage"; Memorandum of Law in Support of Motion; Certificate of Service | | | | |

CONTINUED ON PAGE 6

Interval
(per Section II)

Start Date
End Date

Ltr.
Code

Total
Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET     *U. S. vs*     METT, WILLIAM D.

Cr. 89-00125HMF-02
Pg 6

AO 256A

| | | Yr. | Docket No | Def |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|---|------------------------|------|------|------|------|
| | | [Document No.] | (a) | (b) | (c) | (d) |
| **1989** | | | | | | |
| Sep 11 | 41 | Governments Supplementary Pleading in regard to the Defendants Request for the Return on Certain Pieces of Artwork in Accordance with Rule 41(e) Federal Rules of Criminal Procedure; Declaration of Leslie E. Osborne, Jr.; Certificate of Service | | | | |
| 13 | 42 | Defendants' Supplemental Memorandum in Support of Motion to Suppress Government's Trial Evidence as Tainted Fruit of the Illegal Search and Seizure and Certificate of Service | | | | |
| | 43 | Supplementary Pleading in Regard to the Taint Question; Attachments; Certificate of Service | | | | |
| 19 | 44 | Notice of Motions [10-10-89 at 3:45 pm (F)] and Motions to Dismiss Superseding Indictment, to Suppress Government's Trial Evidence, to Suppress and Return Artwork, to Grant all Defense Discovery Requests, for Bill of Particulars, to Produce Grand Jury Transcript, to Strike Surplusage, for Leave to Take Foreign Depositions, to Dismiss the Original Indictment; Memorandum of Law; Affidavit of Brook Hart; Exhibits A-Y and Certificate of Service | | | | |
| 20 | 45 | Ex Parte Application by the United States for the Issuance of an International Letter Rogatory | | | | |
| | 46 | Memorandum in Support of Ex Parte Application by the United States for the Issuance of an International Letter Rogatory | | | | |
| 22 | 47 | ORDER                                        FONG Application of the US for Issuance of An International Letter Rogatory GRANTED; Letter Rogatory having been submitted to the court in duplicate, one original retained in court's files and the other original returned to the US for translation & transmittal to the appropriate judicial authorities in France | | | | |
| | 48 | International Letter Rogatory To The Republic Of France | | | | |
| 27 | 49 | ORDER DENYING Defendants' Various Motions To Dismiss The Superseding Indictment, DENYING Defendants' Motion For A Bill of Particulars, GRANTING in Part and DENYING in Part Defendants' Various Motions For the Production of Items, And DEFERRING Ruling On Defendants' Various Motions To Suppress And Return Evidence            FONG cc: all counsel | | | | |
| Oct 3 | 50 | Opposition of the United States to Defendants' Omnibus Motions of September 19, 1989; Affidavit of John S. Ellis; Declaration of Leslie E. Osborne, Jr.,; Certificate of Service | | | | |
| 4 | 51 | Return on PS - executed by USM via certified mail - 9-1-89 - RRR - unexec by USM | | | | |
| 6 | 52 | Supplementary Pleading In Regard To The Taint Question And The Relation Of The Search Of April 15, 1987 To The Prosecution Of Center Art For Fraudulent Practices Relating To The Sale of So-Called "Celebrity" Art; Exhibits 1-3; Certificate of Service        - by govt | | | | |
| 10 | EP: | Deft's M/Dismiss Or To Suppress due to Stout's Ethical Violations DENIED Deft's M/Dismiss Counts based on prosecutorial vindictiveness | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET            METT, WILLIAM D.        CR89-00125 HMF      page   7

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|-------------------------|-----|-----|-----|-----|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 1989 | | **Various M/Dismiss -** | | | | |
| Oct 10 | | and ABuse Of Grand Jury Proceedings DENIED | | | | |
| | | Deft's M/Strike Surplusage in Superseding Indictment DENIED | | | | |
| | | Deft's M/Permission to take depositions at the close of | | | | |
| | | Govt's case in chief DENIED | | | | |
| | | Deft's M/Dismiss Original Indictment DENIED  (TC) FONG | | | | |
| | 53 | Affidavit of Brook Hart; Exhibits A-C | | | | |
| | 54 | Affidavit of Christopher D. Ferrara | | | | |
| 13 | 55 | ORDER GRANTING In Part And DENYING In Part Defendants' Motions | | | | |
| | | To Suppress Evidence And To Return Dali Artworks FONG | | | | |
| | | cc: all counsel | | | | |
| 20 | | EO:  Stipulation between Osborne & Center Art, case will be contd | | | | |
| | | to 11-28-89 per Judge Fong | | | | |
| 25 | 56 | Notice of Proposed Order | | | | |
| 27 | 57 | ORDER DENYING Defendants' Motions To Dismiss Superseding Indictment; | | | | |
| | | Suppress Evidence, Strike Surplusange, And Take Foreign | | | | |
| | | Depositions And GRANTING Defendants' Motion To Dismiss | | | | |
| | | Original Indictment               FONG | | | | |
| | | cc: all counsel | | | | |
| Nov 2 | 58 | ORDER Granting Disclosure of Master Jury Wheel     FONG | | | | |
| 14 | 59 | JURY Panel Review | | | | |
| 15 | 60 | Supplementary Statement Re: Jury Panel Review | | | | |
| | 61 | Supplemental Memorandum In Re: Government's Opposition And | | | | |
| | | Reply To Defendant's Various Motions Filed On May 3, 1989 | | | | |
| 17 | 62 | Supplementary Statement Re: Jury Panel Review and Certificate of Service | | | | |
| | 63 | Statement Of Facts Regarding Michael Ward Stout | | | | |
| | | **SEALED BY ORDER OF THE COURT** | | | | |
| | 64 | Government's Proposed Voir Dire Questions | | | | |
| | 65 | Trial Memorandum; Certificate of Service  -  [USA] | | | | |
| | 66 | Notice of Motion - 11-22-89 @ 9:00 a.m. (F) - Motion To Dismiss | | | | |
| | | Superseding Indictment And To Produce Grand Jury Transcript; | | | | |
| | | Memorandum Of Law; Affidavit of Brook Hart And Exhibit A | | | | |
| | | and Certificate of Service | | | | |
| 20 | 67 | Opposition of the United States to Defendant's Motion to Dismiss | | | | |
| | | Superseding Indictment and to Produce Grand Jury Transcript; | | | | |
| | | Declaration of Leslie E. Osborne | | | | |
| 21 | 68 | Government's Statement Concerning Jurors Designated "C.R." | | | | |
| | | In Jury Panel Review No. 2 | | | | |
| | 69 | Jury Panel Review No. 2 | | | | |
| | 70 | Notice of Motion - n/a - Motion For Change of Venue; Memorandum | | | | |
| | | of Law ; Affidavit of Brook Hart and Certificate of Service | | | | |
| 22 | 71 | EP:  M/Dismiss Superseding Indictment & To Produce Grand Jury Transcript - | | | | |
| | | Hart, Wing, Osborne present. Oral Arguments. Motion is | | | | |
| | | DENIED. M/Change of Venue - DENIED. | | | | |
| | | PT Conf - Court discussion re- Procedures at Trial and | | | | |
| | | atty Hart's Oral M/Cont Trial - GRANTED. | | | | |
| | | JS:  11-28-89 @ 9:30 a.m. (F) | | | | |
| | | JT:  12-05-89 @ 9:00 a.m. (F) | | | | |
| | | Osborne to prepare order       (Stephen B. Platt)     FONG | | | | |
| | 72 | Opposition Of The United States To Defendants Motion For Change | | | | |
| | | of Venue; Affidavit of Patricia Virgilio | | | | |
| 24 | 73 | Notice of Motion - [to be heard at trial] - Motion to Compel | | | | |
| | | Discovery; Affidavit of Leslie E. Osborne, Jr.; Attachments | | | | |
| | | A&B | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U.S. vs    METT, WILLIAM D.

AO 256A ⊕

Page  8
89 00125 HMF 02

| Yr. | Docket No. | Def. |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | (Document No.) | | (a) | (b) | (c) | (d) |

**1989**

| Nov 27 | 74 | Defendants' Proposed Instructions And Questions To Be Addressed To Prospective Jurors By The Court | | | | |
| 28 | 75 | EP: JURY SELECTION - Osborne, Godbey, Hart, Wing, Cassiday, Fox & Weiner present. 57 jurors present for Jury Selection; individual voir dire for 27 jurors who read or heard about case; 12 jurors and 4 alts selects; Parties stipulate to addit peremptory challengs: USA 9 & 2 alt; Defts 15 & 2 alts; Challenge sheet attached. Jurors instr to retn for tiral on 12-05-89 @ 9:00 a.m. Parties adv of fine sched for late attys - $100.00 for each 10 min pd up to $500.00 after 50 min the offending party will spend the night in the custody of the USM (Stephen Platt) FONG | | | | |
| 30 | 76 | ORDER Setting Hearing Date And Setting Deadlines For Submissions Regarding Defendants' Motion Re Publicity    FONG cc: all parties | | | | |
| Dec 1 | 77 | Notice of Motion - 12-05-89 @ noon - Motion In Limine To Exclude From Evidence Hearsay Affidavits; Memorandum of Law; Exhibts 1 - 25; and Certificate of Service | | | | |
| 4 | 78 | Opposition of the United States to Defendants' Oral Motion for a Restraining Order Prohibiting Communication with the Media; Attachment "A" | | | | |
| | 79 | Gannett Pacific Corp., dba The Honolulu Star-Bulletin's, Memorandum in Opposition to Order Re: Publicity; Affidavit of Gwenda Iyechad | | | | |
| | 80 | Defendants' Memorandum of Law in Support of Oral Motion Restricting Communications with the Media; Exhibits A-D | | | | |
| | 81 | Government's Witness List | | | | |
| 5 | 82 | Order Denying Defendants' Motion to Dismiss Superseding Indictment, For Production of Grand Jury Transcripts, and for Change of Venue    FONG | | | | |
| | 83 | EP: 2nd Day of Trial The Court convenes without the jury to voir dire Juror Sapp. Later the jury is present and sworn. Defendants Motion in Limine to preclude the parties or the Court personnel from making statements or comments to the media is DENIED. Opeing statements.  The corporate defendant reserve it's opening. Govt's Witness: Dolores Bechtel CST. Govt's Exhibits: 190, 192-195, 195a, 196, 204-209, 209a, 210-214, 214a, 217, 218, 445, 445a and 446 ADMITTED. Defts' exhibit: 6 ADMITTED.  Further trial cont'd. to Dec. 6, 1989 at 9:00 a.m.    FONG | | | | |
| 6 | 84 | EP: 3rd Day of Trial - Govt's witnesses: Raymond Bechtel and Michael Allison CST.  Govt's Exhibits 7a,7a-1, 8,8a, 8b,8c,8c-1, 198,199,199a,199a-2,200,201,202,203,215,216, 1,1a,3,3a,135,136,136a,136b,136c,137,138,139,140,142, 142a,143,144,145,146,147,148,149,448,449,450,451,452, 453,454 & 1389 admitted.  Defendants' Exhibits 8 & 9 admitted.  Further trial continued to 12/7/89 @ 9:00 a.m. (YI)                                                            **FONG** | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

HG

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 1989 Dec 7 | 85 | EP: 4th Day of Trial - Further cross examination of Michael Allison continued. Govt's witnesses: William West, Sherman Nelson and Allen Wise CST. Defendants' Exhibits 12-15 admitted. Govt's Exhibits 2,2A,2b,71,71a,71b, 72,72a,72b,73,73a,73b,73c,74,74a,74b,494,495,845,846, 847,848,849,850,851,852,853,1402,59,60,61,61a-61c,104, 104a,486-489,637-642, 645a-645d,90,90a,91,91a,92,92a, 871-875,877,1345-1348,1385-1387 admitted. Further trial continued to 12/8/89 @ 9:00 a.m.   (YI)   FONG | | | | |
| 8 | 86 | EP: 5th day of Trial - Further cross examination of Allen Wise continued. Govt's witnesses: Ann Armet, Christopher Rodenhurst, Terry Rodenhurst and Nora Johnson CST. Defendants' Exhibits 21,22 & 24 admitted. Govt's Exhibits: 464,465,1379,157a,157b,158a,1382,78,78a,79,79a,80,80a, 80b,81,81a,151,1383,82,82a,150,154,155,155a,77,743,755, 756,747,757,758,759,750,751,752,753,753a,760,761,762, 763,472,470,473,471,755,1392,1393,1394 & 1395 admitted. Further trial continued to 12/12/89 @ 9:00 a.m. (YI)   FONG | | | | |
| 11 | 87 | Opposition of the United States to Defendants' Motion in Limine to Exclude From Evidence Hearsay Affidavits | | | | |
| 12 | 88 | EP: 6th Day of Trial - Further direct examination of Nora Johnson continued. Govt's witnesses - James A. Brunner and Dr. Juan Garcia San Miguil CST. Govt's Exhibits 1401,1400,1397,1398,1396,1399,268,269,279,1409,22,21,21A, 456,455,458,457 and 1285 admitted. Defendants' Exhibits 26 and 27 admitted. Interpreter Anna Maria Pruneda Smith sworn. Further trial continued to 12/13/89 @ 9:00 a.m. (SP)   FONG | | | | |
| 13 | 89 | EP: 7th Day of Trial - Govt's witness - A. Reynolds Morse CST. Govt's Exhibits 1412,1413,1301,1418,2039,1414, and 1349 admitted. Defendants' Exhibits 101,103,104, 105, 120,121,122,126,128,133,180a,152,154 & 153 admitted. Further trial continued to 12/14/89 @ 9:00 a.m. (SP)   FONG | | | | |
| | 90 | Opposition of the United States to Defendants' Motion to Exclude Statements of Employee and Agents of Center Art | | | | |
| | 91 | Memorandum of Law;  Exhibit "A" - On Behalf of Defendants | | | | |
| 14 | 92 | EP: 8th Day of Trial - Further redirect examination of A. Reynolds Morse continued. Govt's witnesses - Leilani Petranek and Robert Demuro CST. Govt Exhibits 673,674, 1356,1364,1357,62,1358,1359,712,710,710A,711 admitted. Defendants' Exhibits 166 admitted. Further trial continued to 12/15/89 @ 9:00     (SP)   FONG | | | | |
| 15 | 93 | Notice of Motion;  Motion in Limine to Exclude Expert Testimony; Memorandum of Law and Certificate of Service - On Behalf of Defendants | | | | |

Interval (per Section II)    Start Date / End Date    Ltr. Code    Total Days

HG

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

METT, WILLIAM D.

AO 256A ⊕

Page 10

89-00125-02
Yr. | Docket No | Def.

| DATE | | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|---|---|
| | | | {Document No.} | (a) \| (b) \| (c) \| (d) |

**1989**

Dec  94  EP: <u>Further Jury Trial</u> - 9th Day of Trial - Defendants
present.  Jurors are present.  Govt witness - Robert
Demuro resumes the witness stand.  Govt Exhibits
1148,1153,1154,1155,1156,1157,1158,1159,1161,
1162,1163a,1163,1152,1149,1150,1234,1240,1235,1164,
1165,1166,1167,1168,1169,1170;  Defendant's Exhibits
167,168,169 admitted in evidence.  Denise Wheeler
CST.  Govt Exhibits 857,856,858,862,75,75a,76,76a,
76B,865,870,870a, 1141,1410;  Defendants Exhibits
171,173 admitted in evidence.  Request for prior
consistent statement DENIED.  Jury will take friday
off.  Jurors excused until 12/19/89 @ 9:00 a.m.
                              (SP)              FONG

18  95  Memorandum of Law in Support of Motion to Exclude Prejudicial,
Irrelevant and Cumulative Evidence and Certificatge of
Service - On Behalf of Defendants

19  96  EP: <u>10th Day of Trial</u> - Defendants' Motion in Limine to
preclude the Affidavit of Dale DENIED.  Govt's witnesses:
John Benzenberg, Edmond William Boenisch, Martin Gordon
and Thomas Waltz CST.  Govt's Exhibits - 226,222,223,230,
455A,229,229A,229B,219,6,6A,227A,227B,474,11,11A,11B,240,241,
14,14A,14B,16,16A,16B,16C,15,15A,244,13,17,243,12,
245,250,18,18A,246,247,248,508,509,510,511,512,513,
514,1433,835,835A,836,843,69,69A,69B,1431 and 1432 admitted.
Defendants' Exhibits 252 admitted
                              (SP)              FONG

20  97  EP: <u>11th Day of Trial</u> - Defendants' Motion in Limine to
Preclude the Testimony of Janet Owskey DENIED.  Govt's
witnesses:  Thomas Waltz and Martin Goldberg CST.
Govt's Exhibits 227,70,70A,841,842,839,1430,1429,515,
522,523,524,390,391,392,408,401,400,399,393,414,412,
413,403,402,424,411,417,447 admitted.  Defendants'
Exhibits 253,254,255,256 admitted  (SP)        FONG

21  98  EP: <u>12th Day of Trial</u> - The court declares a recess for today
since several members of the jury are ill.  Trial
continued to 1/3/90 @ 9:00 a.m.      (SP)      FONG

26  99  Memorandum of the United States in Opposition to Defendants'
Oral Motion to Exclude Evidence

   100  Opposition of the United States to Defendants' Motion in Limine
to Exclude Expert Testimony;  Attachment "A"

28  101  Notice of Motion;  [1/3/90 @ 9:00 a.m. Fong]  Motion of the
United States to Quash Subpoena Duces Tecum;  Memorandum of
Points and Authorities;  Exhibit A

**1990**

Jan 2  102  Reply Memorandum of Law in Further Support of Motion to
Exclude Prejudicial, Irrelevant and Cumulative Evidence

   103  Memorandum in Support of Subpoena Seeking Production of
Documents from Peter Morse; Exhibit "A"

<u>**CONTINUED ON PAGE 11**</u>

Interval
(per Section II)    |    Start Date
                         End Date    |    Ltr. \| Total
                                              Code \| Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET                    METT, WILLIAM D.                    Page 11

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |

<table>
<tr><td>1990<br>Jan 3</td><td>104</td><td><b>EP:</b> 12th DAY OF TRIAL -<br>Deft's Motion to Exclude the other Reproductions other<br>that the 26 images contained in the Indictment GRANTED.<br>Defts' Motion to Exclude the testimony of George Albert<br>Field and Peter Morse DENIED. Govt's Motion to Quash<br>the Subpoena Duces Tecum as to Peter Morse is GRANTED<br>except as to the documents relating to the 26 images.<br>Govt's Witnesses: George Albert Field and Peter Morse<br>CST for the limited purpose as to their expertise in<br>authenticity and evaluation. Deft's exhibits: 150,<br>394, 300, 304, 306, 307, 308, & 309 ADMITTED for the<br>same limited purpose. Govt's Witnesses: Tony Curtis<br>and Robert Wacloff CST. Defts' Exhibit: 400 ADMITTED.<br>Govt's Exhibits: 1447, 796, 797, 798, 444, 799, 800,<br>801, 436, 438, 439, 802, 803, 437, 804, 805, 806, 807,<br>807a, 808, 809, 810, 433, 434, 435, 421, 423, 424, 420,<br>422, & 427 ADMITTED. Further trial contd to Jan 4, 1990<br>at 9:00 am.                    (TC)    FONG</td></tr>
</table>

1990
Jan 3  104    **EP:** 12th DAY OF TRIAL -
Deft's Motion to Exclude the other Reproductions other
that the 26 images contained in the Indictment GRANTED.
Defts' Motion to Exclude the testimony of George Albert
Field and Peter Morse DENIED.  Govt's Motion to Quash
the Subpoena Duces Tecum as to Peter Morse is GRANTED
except as to the documents relating to the 26 images.
Govt's Witnesses:  George Albert Field and Peter Morse
CST for the limited purpose as to their expertise in
authenticity and evaluation.  Deft's exhibits: 150,
394, 300, 304, 306, 307, 308, & 309 ADMITTED for the
same limited purpose.  Govt's Witnesses:  Tony Curtis
and Robert Wacloff CST.  Defts' Exhibit: 400 ADMITTED.
Govt's Exhibits:  1447, 796, 797, 798, 444, 799, 800,
801, 436, 438, 439, 802, 803, 437, 804, 805, 806, 807,
807a, 808, 809, 810, 433, 434, 435, 421, 423, 424, 420,
422, & 427 ADMITTED.  Further trial contd to Jan 4, 1990
at 9:00 am.                    (TC)    FONG

  4  105    **EP:** 13th DAY OF TRIAL -
Further Cross Examination of Robert Wacloff contd.
Govt's Witness:  Gregg Scott Filippelli CST.  Deft's
Exhibit: 402 ADMITTED.  Govt's Exhibits: 814, 814a,
426,428,425,814b,430,431,815,815a,816,817,818,819,67,
429,432,344,345,346,347,348,354,338,350,352,351,349,
359,360,363,362,361,342,28,28a,28b,28c,341,355,364,
365,339,29,29a,496,497,498,340,&1448 ADMITTED. Further
trial contd to 1-5-90 at 9:00 am.    (TC)    FONG

  5  106    **EP:** 14th DAY OF TRIAL -
Govt's Witnesses:  Robert Wacloff and George Albert
Field CST.  Govt's Exhibits: 1436,1437,1438,1439,1440,
1441,1442,1443,1444,1445,1445a,1437a ADMITTED.  Defts'
Exhibits:  403  ADMITTED.  Further trial contd to
Jan 9, 1990 at 9:00 am.              (TC)    FONG

  9  107    **EP:** FURTHER JURY TRIAL - 15th DAY OF TRIAL -
Examination of George Albert Field resumed.  Exhibits
ADMITTED  - P-1146; D-151 & D-410.  Oral Motion for
Production of Records of Payments made by the Government
to George Albert Field - GRANTED.  Further trial contd
to 1-10-90 at 9:00 am.              (SP)    FONG

 10  108    **EP:** FURTHER JURY TRIAL - 16th DAY OF TRIAL -
Examination of George Albert Field resumed.  Reto
Gaugenrieder CST.  Exhibits ADMITTED: D-109, D-116A,
D-116B, D-116C, D-116G, & D-150 (for a limited purpose
only.), & D-700.  Ordered that the objections to the
testimony of government's witness Stout be filed in
writing.  Hearing on Cross-Motions in Limine is set for
1-11-90 at 9:00 am and further trial contd to 1-11-90
at 1:30 pm.                          (SP)    FONG

**CONTINUED ON PAGE 12**

Interval
(per Section II)    Start Date
                   End Date    Ltr.  Total
                               Code  Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*   METT, WILLIAM D.

Cr. 89-00125HMF-02
Pg. 12

AO 256A ⊕

| | Yr. | Docket No. | Def. |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
| | (Document No.) | | (a) | (b) | (c) | (d) |

1990

Jan 11 109   EP:   FURTHER JURY TRIAL - 17th DAY OF TRIAL -
Cross-Motions in Limine re:  Testimony of Michael Ward
Stout argued.  Court outlined the parameters in which
Mr. Stout will be allowed to testify.  Hearing held
with regards to government's witness Brigette Eitingon.
Parties stipulated that she may leave the jurisdiction
and return to testify at a later date.  Minute entry of
1-10-90 with regards to filing of objections to the
testimony of government's witness Ward is stricken.
Ordered that objections to the introduction of video
tape by the government be filed in writing.  Michael
Stout CST.  "STATEMENT OF FACTS REGARDING MICHAEL WARD
STOUT" filed 11-17-89 (Document #59) ordered unsealed.
Juror #3, Maria Vegas, discharged and substituted by
Alternate Juror #1, Owen Sumikawa.  Exhibits ADMITTED:
P-1092B.  Further jury trial contd to 1-12-90 at 9:00 am
                              (TC)  FONG

12 110   EP:   FURTHER JURY TRIAL - 18th DAY OF TRIAL -
Motion to Strike the Testimony of Michael Stout as it
related to the Moses image - GRANTED.  Examination of
Michael Stout resumed.  Clinton Adams, CST.  Exhibits
ADMITTED:  P-1451.  Further trial contd to 1-17-90 at
9:00 am.                       (TC)  FONG

17 111   EP:   FURTHER JURY TRIAL - 19th DAY OF TRIAL -
Patricia Bascom, CST.  Jennifer Vorbach, CST.  Exhibits
ADMITTED:  P-1063, P-1064, P-1066 thru P-1075, P-1077
thru P-1090b, P-1452, P-1453, P-1455 & P-1456.  Further
trial contd to 1-17-90 at 12:30 pm.   (TC)  FONG

18 112   EP:   FURTHER JURY TRIAL - 20 th DAY OF TRIAL -
Examination of Jennifer Vorbach resumed.  Further trial
contd to 1-19-90 at 9:00 am.        (TC)  FONG

19 113   EP:   FURTHER JURY TRIAL - 21st DAY OF TRIAL -
James L. Cox, CST.  Kenneth Nahan CST.  Video tape
deposition of J.E. Wolfenberger played.  Motion to strike
the testimony of Kenneth Nahan - GRANTED.  Exhibits
admitted:  P-25a, P-25b, P-25c, P-26a, P-26b, P-26c,
P-326 thru P-337, P-441 thru P-443 & P-1434; D-724.
Further trial contd to 1-30-90 at 9:00 am. (SP) FONG

30 114   EP:   FURTHER JURY TRIAL - 22nd DAY OF TRIAL -
Video deposition of J.E. Wolfenberger resumed.  Further
trial contd to 1-31-90 at 9:00 am.     (TC)  FONG

31 115   EP:   FURTHER JURY TRIAL - 23rd DAY OF TRIAL -
The minutes of January 26, 1990 is amended to read,
"Video Deposition of Ruedi Wolfensberger played".
Video Deposition of Ruedi Wolfenberger resumed.  Virgilia
Pancoast CST.  Robert Descharnes CST.  Dr. Henry Niedzielski,
French Interpreter, Voir Dired.  Exhibits ADMITTED: P-1435,
P-1002 thru 1038, P-1040 thru P-1051, P-1056 thru P-1061,
P-1314, P-1317, P-1991, P-468 & D-1 thru D-5.  P-1032
and P-1059 withdrawn.  Further trial contd to 2-1-90 at 9:00 am.
                              (TC)  FONG

Interval
(per Section II)   Start Date   Ltr. | Total
                   End Date   Code | Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

METT, WILLIAM D.

Cr. 89-00125HMF-02
pg. 13

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |

**1990**

Feb 1   116   EP:   FURTHER JURY TRIAL - 24TH DAY OF TRIAL -
Dr. Henry Niedzielski, French Interpreter for the Government,
sworn.  Magda Alexander, French Interpreter for the
defense sworn.  Examination of Robert Descharnes resumed.
Exhibit admitted: P-1266.  Further trial contd to
2-2-90 at 9:00 am.                              (SP)  FONG

   2   117   EP:   FURTHER JURY TRIAL - 25TH DAY OF TRIAL -
Examination of Robert Descharnes resumed.  Exhibits
Admitted: D-802, D-802A, D-802B, D-812, D-813, D-823,
D-824, D-826 & D-827; P-199B & P-1266A.  Further trial
contd to 2-6-90 at 9:00 am.                     (SP)  FONG

   6   118   EP:   FURTHER JURY TRIAL - 26TH DAY OF TRIAL -
Carol Cavanaugh CST.  Richard "Red" Skelton CST.  Milton
Bergthold CST.  Theodore Ray Fleming CST.  Exhibits
admitted:  P-1458, P-1461, P-1462, P-1100 thru P-1121,
P-1123, P-1124, P-1124CC, P-1124DD, P-1128, P-1130,
P-1131, P-30 thru P-35, P-367, P-368, P-515 & P-516;
D-829 thru D-838.  Further trial contd to 2-7-90 at
9:00 am.                                        (SP)  FONG

   7   119   EP:   FURTHER JURY TRIAL - 27TH DAY OF TRIAL -
Janet Ruth Owskey CST.  Pamela Prince CST.  Dennis Eugene
Reilly CST.  Sylvia Gomes CST.  Elizabeth Harris CST.
Exhibits admitted:  P-665 thru P-672, P-1402, P-1417,
P-1422 thru P-1426, P-63, P-64, P-64A, P-714, P-714A,
P-715, P-717, P-720, P-722 thru P-725, P-728, P-730
thru P-732, P-459 thru P-463, P-1467, P-1468, P-482
thru P-484, P-734 thru P-740; D-841.  Further trial
contd to 2-8-90 at 9:00 am.                     (SP)  FONG

   8   120   EP:   FURTHER JURY TRIAL - 28TH DAY OF TRIAL -
Examination of Dr. Elizabeth Harris recalled.  Frank
Iverson CST.  Further trial contd to 2-9-90 at 9:00 am.
                                                (SP)  FONG

   9   121   EP:   FURTHER JURY TRIAL - 29TH DAY OF TRIAL -
Examination of Frank Iverson resumed.  Howard Char CST.
Charleen M. Goetz CST.  Michael Aho CST.  Exhibits ADMITTED:
D-170, D-821, D-844 thru D-846, D-848, D-849 & D-852;
P-36 thru P-40C, P-83E, P-84, P-105 thru P-108A, P-110
thru P-112A, P-114, P-116 thru P-119, P-122, P-126, P-129,
P-132 thru P-134A, P-298 thru P-301, P-303, P-315, P-316,
P-319, P-322, P-323, P-369 thru P-374, P-377 thru P-383,
P-542 thru P-550, P-1333 thru P-1335, P-1338 thru P-1340,
P-1344, P-1420 and P-1470 thru P-1477.  Further Trial
contd to 2-13-90 at 9:00 am.                    (SP)  FONG

  13  122   EP:   FURTHER JURY TRIAL - 30th DAY OF TRIAL -
Examination of Michael Aho resumed.  Jay Broadway CST.
Leroy Olson CST.  Jesse Koontz CST.  Exhibits ADMITTED:
P-19, P-20, P-20A thru P-20D, P-85, P-86, P-86A, P-251,
P-253 thru P-258, P-260 thru P-265, P-499 thru P-503,
P-594 thru P-597A, P-1180 thru P-1184, and P-1321 thru
P-1326; D-854 & D-855.  Further trial contd to 2-14-90
at 9:00 am.                                     (SP)  FONG

CONTINUED ON PAGE 14

Interval
(per Section II)

Start Date
End Date

Ltr.
Code

Total
Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*    METT, WILLIAM D.

Cr. 89-00125HMF-02
Pg. 14

AO 256A

| Yr. | Docket No. | Def. |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|------|------|------|
| | (Document No.) | | (a) (b) (c) (d) |

**1990**

Feb 14 123   EP:   FURTHER JURY TRIAL - 31ST DAY OF TRIAL -
Gregory Masserang CST. Dena Hall CST. Exhibits ADMITTED:
P-55 thru P-55C, P-485, P-611, P-612, P-614, P-615, P-618
thru P-622; D-668, D-862, D-890, D-892 thru D-896. Further
trial contd to 2-15-90 at 9:00 am.     (SP) FONG

15 124   EP:   FURTHER JURY TRIAL - 32ND DAY OF TRIAL -
Examination of Dena Hall resumed. Richard B. Inghram CST.
Walter Maibaum CST. Exhibits ADMITTED: D-141A; P-43
thru P-45C, P-102, P-532, P-534 thru P-538, P-572 thru
P-575, P-578 thru P-580B, P-1480 thru P-1489D & P-1493.
Further trial contd to 2-16-90 at 9:00 am. (SP) FONG

16 125   EP:   FURTHER JURY TRIAL - 33RD DAY OF TRIAL -
Examination of Walter Maibaum resumed. Further trial
contd to 2-21-90 at 9:00 am.     (SP) FONG

21 126   EP:   FURTHER JURY TRIAL - 34TH DAY OF TRIAL -
Brigitte Eitingon CST. Exhibits admitted: P-946 thru P-951,
P-955 thru P-958, P-960 thru P-983, P-986 thru P-991,
P-994 thru P-996, P-998 & P-999; D-1200 thru D-1206; A-4093.
Further trial contd to 2-22-90 at 9:30 am. (SP) FONG

22 127   EP:   FURTHER JURY TRIAL - 35TH DAY OF TRIAL -
Eugene Hill CST, Vassilios Macheras CST, Bernard Ewell CST.
Exhibits admitted: P-563 thru P-571, P-27 thru P-27E, P-1371,
P-1372, P-1375, P-1376, P-1206, P-1207, P-1208, P-1213,
P-1214, P-1222 & P-1224 thru P-1227; D-959, D-960, D-961,
D-965 & D-1208. Further trial contd to 2-23-90 at 9:00 am
       (SP) FONG

23 128   EP:   FURTHER JURY TRIAL - 36TH DAY OF TRIAL -
Examination of Bernard Ewell resumed. Exhibits Admitted:
D-819 & D-958. Defendant Center Art Galleries-Hawaii's
Motion to Withdraw Defense Exhibits D-959, D-960 & D-961 -
GRANTED. Further trial contd to 2-27-90 at 9:00 am.
       (SP) FONG

27 129   EP:   FURTHER JURY TRIAL - 37TH DAY OF TRIAL -
Examination of Bernard Ewell resumed. Exhibits admitted:
D-951, D-952, D-963, D-970, D-980, D-988, D-989, D-1005,
& D-1006. Further trial contd to 2-28-90 at 9:00 am.
       (SP) FONG

28 130   EP:   FURTHER JURY TRIAL - 38TH DAY OF TRIAL -
Examination of Bernard Ewell resumed. Exhibits admitted:
P-1508; D-817. Further trial contd to 3-1-90 at 9:00 am.
       (SP) FONG

Mar 1 131   EP:   FURTHER JURY TRIAL - 39TH DAY OF TRIAL -
Hearing held without the jury with regards to Juror #2,
Daphne Kochi, who was observed throughout the trial
engaging in periodic naps. Juror Kochi discharged and
substituted by Alternate Juror #2, Linda Gallagher.
Examination of Bernard Ewell resumed. Monsignor Eugene
Clark CST. Arnold J. Ross CST. Exhibits admitted: P-93,
P-94, P-95, P-881, P-881A, P-878, P-883 thru P-889, P-893,
P-916, P-922B, P-925, P-930A, P-933A, P-936C, P-937B,
P-938B, P-943, P-943A, P-943B, P-944, P-945 & P-1099;
D-1004, D-1209 & D-1210. Further trial contd to 3-2-90
at 9:00 am.       (SP) FONG

| Interval | Start Date End Date | Ltr. Code | Total Days |
|------|------|------|------|
| (per Section II) | | | |

UNITED STATES DISTRICT COURT          **HG**
CRIMINAL DOCKET        METT, WILLIAM D.          CR 89-00125 HMF 02   page 15
   AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| | | (Document No.) | | | | |
| 1990<br>Mar 2 | 132 | EP: FURTHER JURY TRIAL - 40TH DAY OF TRIAL -<br>Michael Crivelli CST. James Hasse CST. Exhibits<br>admitted: P-1171, P-1172, P-1132 thru P-1138, P-1140,<br>P-1141, P-1142, P-1143A, P-1144, P-1146 & P-1147. P-910B<br>admitted on 3-1-90. Further trial contd to 3-6-90 at<br>9:00 am.          (SP) FONG | | | | |
| 6 | 133 | EP: FURTHER JURY TRIAL - 41ST DAY OF TRIAL -<br>Walter Soares, CST. Thomas F. Walker, CST. Andrea Song Gelber,<br>CST. Exhibits admitted: P-68, P-68A thru P-68G, P-1275 thru P-1281,<br>P-1283,P-1284,P-1509,P-526 thru P-528,P-820 thru P-834A,<br>P-1092,P-1092A,P-1092A-1 & P-1241C thru P-1241J. Further<br>trial contd to 3-7-90 at 9:00 am.          (SP) FONG | | | | |
| 7 | 134 | EP: FURTHER JURY TRIAL - 42ND DAY OF TRIAL -<br>Norman I. Newman, CST. Cary A. Smith, CST. Susanne<br>Sixberry, CST. Exhibits admitted: P-97,P-97A,P-97B,<br>P-909,P-910,P-912,P-914,P-915,P-917,P-918,P-920,P-922,<br>P-923,P-923A,P-924,P-926,P-926A,P-927 thru P-929C,P-931<br>thru P-933,P-936,P-936A,P-937,P-938,P-943B-1 thru P-943B-13,<br>P-939,P-939A,P-941,P-942,P-942A,P-1490,ART48, ART4114,<br>P-1510 & P-1511;D-1216. Further trial contd to 3-8-90<br>at 9:00 am.          (SP) FONG | | | | |
| 8 | 135 | EP: FURTHER JURY TRIAL - 43RD DAY OF TRIAL -<br>James Bousman CST. William D. Barry CST. Exhibits<br>admitted: P-1301,Art 48,Art 68,Art 796,Art 870, Art 1366,<br>Art 1993, ART 2039,Art 1479,Art 1490,Art 4114,Art 4185,<br>P-164,P-164A,P-164B,P-166,P-168 thru P-171,P-173,P-175,<br>P-177 thru P-186, P-189, Art 1373 & Art 1374. Further<br>trial contd to March 13, 1990.          (SP) FONG | | | | |
| 13 | 136 | EP: FURTHER JURY TRIAL - 44TH DAY OF TRIAL -<br>Robert Stein CST. Joan Greengrass CST. Robert Casey CST.<br>Exhibits admitted: P-23A,P-23B,P-23C,P-24,P-271 thru P-273,<br>P-276 thru P-293,P-296,P-475 thru P-481,P-1512 thru P-1514,<br>P-1516 thru 1521,P-1523 thru P-1526,P-1528,P-1529,P-1542,P-1543,<br>P-1544 & P-1549 thru P-1552. Further trial contd to<br>3-14-90 at 9:00 am.          (SP) FONG | | | | |
| 14 | 137 | EP: FURTHER JURY TRIAL - 45TH DAY OF TRIAL -<br>Fred Roster CST. Exhibits admitted: P-893A,P-1269,P-1269A,<br>P-1530,P-1531,P-5554,P-1555 & P-1556. Government's Motion<br>to Dismiss Counts 9, 10, 41,42,46 thru 54, 56, 57, 58, 65,<br>66, 85 thru 89, 96, 101, & 103 - GRANTED. Government<br>rested. Ordered that: Simultaneous filing of Proposed<br>Jury Instructions by 3-20-90; Filing of Objections to<br>Jury Instructions by 3-28-90. Settling of Jury Instructions<br>set for 4-3-90 at 9:00 am. Further jury trial contd to<br>4-4-90 at 9:00 am. Hearing on Rule 29 Motions set for<br>3-20-90 at 9:00 am.          (SP) FONG | | | | |
| 19 | 138 | EO: The following exhibits were admitted on the dates indicated:<br>P-1402 on 12-7-89; D-25 on 12-12-89, D-251 on 12-15-89;<br>P-1557 & P-1558 on 3-14-90. The following exhibits which<br>were inadvertently entered as having been admitted on<br>3-8-90 are stricken: Art 48 & Art 68. The following<br>exhibits were admitted on 3-8-90: Grand Jury Art 48 &<br>Grand Jury Art 68. | | | | |

Interval<br>(Section II)          Start Date<br>End Date          Ltr.<br>Code          Total<br>Days

FONG

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET       *U. S. vs*       METT, WILLIAM D.

AO 256A ⊕

| | | | Cr. 89-00125HMF-02 |
| Pg. 16 | | | |
| Yr. | Docket No. | Def. | |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|---|--------------------------|---------------------|
| | (Document No.) | | (a) | (b) | (c) | (d) |

1990

Mar 20  139  Memorandum of Law in Support of Motion to Strike Testimony

140  EP: MOTIONS FOR JUDGMENT OF ACQUITTAL PURSUANT TO RULE 29 - Arguments held. Motions taken under advisement. Ordered that written Motion for Judgment of Acquittal be filed by March 27, 1990, and government's response by March 29, 1990. Motion to Strike Testimony of Robert Descharnes is set for April 3, 1990 at 9:00 am.

EO: Government's exhibit Art 1490 inadvertently entered as having been admitted on 3-8-90 is striken. (SP)  EZRA

141  Government's Proposed Jury Instructions

142  Defendants' Proposed Jury Instructions and Certificate of Service

27  143  Memorandum in Support of Motions for Judgments of Acquittal and Dismissal and Striking Allegations of Indictment and Certificate of Service

144  Memorandum of Law in Support of Motion for Judgments of Acquittal on Counts 36-40 and Certificate of Service

28  145  Opposition of the United States to Defendants' Motion to Strike Opinion Testimony of Robert Descharnes Regarding the Authenticity of Dali's Handwriting; Attachment "A" (Transcript Portions)

146  Objections of the United States to Defendants' Proposed Jury Instructions

147  Defendants' Objections to Government's Proposed Jury Instructions and Certificate of Service

29  148  Opposition of the United States to Defendants' Memorandum in Support of Motions for Judgments of Acquittal

30  149  Response of the United States to Defendants' Objections to Government's Proposed Jury Instructions

Apr 2  150  Notice of Motion; Motion for Reconsideration of Certain Evidentiary Rulings Admitting and Excluding Certain Documentary Evidence Exhibits 701, 219, 227, 229, 200, 201, 202, 203, 215, 323, 330, 339, 594, 839 and 852; and Certificate of Service

151  Government's Opposition to Defendants' Motion for Judgments of Acquittal on Counts 36 to 40; Attachment "A"

152  Defendants' Reply to Government's Response to Certain of Defendants' Objections to the Government's Proposed Jury Instructions and Certificate of Service

3  153  EP: DECISION ON RULE 29 MOTIONS; DEFENDANT'S MOTION TO STRIKE OPINION TESTIMONY OF ROBERT DESCHARNES REGARDING THE AUTHENTICITY OF DALI'S HANDWRITING; SETTLING OF JURY INSTRUCTIONS - 1) M/Strike Opinion Testimony of Robert Descharnes Regarding the Opinion Testimony of Robert Descharnes Regarding the Authenticity of Dali's Handwriting - DENIED IN PART AND GRANTED IN PART.  2) Defendants' M/Judgment of Acquittal - DENIED.  3) M/Strike Allegations of Indictment - DENIED.  4) M/Exclude the Indictment from being sent into the Juryroom - GRANTED, but if requested by the jury, it will be sent.  5) Defendants' M/Reconsideration of Certain Evidentiary Rulings Admitting and Excluding Certain Documentary Evidence Exhibits - a. D-701 admitted.  b. D-1211 thru D-1215 admitted.

UNITED STATES DISTRICT COURT                    **HG**
CRIMINAL DOCKET
AO 256A                          METT, WILLIAM D.    CR 89-00125 HMF 02   page 17

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 1990<br>Apr 3 | | **CONTINUED FROM PAGE 15:**<br>  c. P-219 excluded in part.  Government will eliminate<br>one sentence.  d. D-850 admitted.  Instructions settled. | | | | |
| 4 | 154 | EP: FURTHER JURY TRIAL - 46TH DAY -<br>Hearing held without the jury on Defendants' Motion<br>to Admit Certain Exhibits.  The following exhibits have<br>been admitted in evidence:  D-129, D-131, D-1009, D-1010,<br>D-1012, D-675, D-675A, D-678, D-678A, D-1214A.  The<br>following exhibit have been refused: D-803.  Opening<br>Statement of Center Art Gallery.  Video Tape deposition<br>of Anthony Quinn played.  Exhibits admitted: D-1221,<br>D-1221A, D-1052, D-1053, D-1054 & D-1222.  Video Deposition<br>of Kathryn Benvin played.  Defense rested.  Further<br>trial contd to 4-11-90 at 9:00 am for the Government's<br>rebuttal or final arguments.          (TC) FONG | | | | |
| 11 | 155 | EP: FURTHER JURY TRIAL - 47TH DAY -<br>Defendants' Motion for Judgment of Acquittal - DENIED.<br>Jury Preliminarily instructed.  Government's opening<br>argument.  Defendant Mett's closing argument. Defendant<br>Center Art Gallery-Hawaii, Inc.'s closing argument (in<br>part).  Further jury trial contd to 4-12-90 at 9:30<br>am.                               (TC) FONG | | | | |
| 12 | 156 | EP: FURTHER JURY TRIAL - 47TH DAY -<br>Defendant Center Art Gallery-Hawaii, Inc. resumed its<br>closing argument.  Defendant Marvin L. Wiseman's closing<br>argument.  Government's rebuttal.  Portion of the Indictment<br>read to the jury by Mr. Godbey.  Jury instructed.  Bailiff<br>sworn.  Alternate jurors James Ingebrethsen and Tracy<br>Edwards excused (not discharged) and instructed to remain<br>sanitized.  Case continued until 4-17-90 at 9:00 am<br>for jury deliberation.  Defense allowed to file an additional<br>instruction.  Government allowed to file a response.<br>                               (TC) FONG | | | | |
| 16 | 157 | Defendants' Proposed Supplemental Instruction No. 1 and Certificate<br>of Service | | | | |
| | 158 | Memorandum of Law in Support of Motion for Surrebuttal Closing<br>Argument, or, in the Alternative, for Supplemental Instructions<br>Concerning Prosecution's False Representations of Evidence<br>in Final Summation; Exhibit A and Defendants' Proposed<br>Supplemental Instructions 2-8 and Certificate of Service | | | | |
| | 159 | Motion for Surrebuttal Closing Argument, or, in the Alternative,<br>for Supplemental Instructions Concerning Prosecution's<br>False Representations of Evidence in Final Summation;<br>Government Trial Exhibits 888, 943 B(1), 943 (B)(10),<br>942, and 978; Defendants' Proposed Court's Exhibits<br>10 through 14 and Certificate of Service | | | | |
| 17 | 160 | Defendants' Proposed Supplemental Instruction No. 3A and<br>4A and Court's Exhibit 11 and Court's Exhibit 15 and<br>Certificate of Service | | | | |
| | 161 | EP: JURY TRIAL -<br>Jury deliberation - 1st day.  Jury deliberated.  No<br>notes received from the Jury.  Further jury deliberation<br>contd to 4-18-90 at 9:00 am.          FONG | | | | |

| | Interval<br>(per Section II) | Start Date<br>End Date | Ltr.<br>Code | Total<br>Days |
|---|---|---|---|---|

HG

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*    METT, WILLIAM

Cr. 89-00125HMF-02
Pg. 18

AO 256A

| | Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|
| | (Document No.) | (a) \| (b) \| (c) \| (d) |

**1990**

**Apr 18 162**  Opposition to Defendant's Motion for Surrebuttal Closing
Argument or in the Alternative for Supplemental Instructions;
Memorandum of Law in Opposition to the Defendant's Motion
for Surrebuttal Closing Argument or in the Alternative
for Supplemental Instructions; Exhibits 1 through 4

**163**  Opposition to Defendants' Motion for Supplemental Jury Instruction;
Memorandum of Law in Opposition to Defendants' Supplemental
Jury Instruction; Exhibit 1; Certificate of Service

**164**  EP:  FURTHER JURY TRIAL -
Jury deliberation - 2nd day.  Jury deliberated.  2 notes
from the jury received. "Notes from the Jury" filed.
A hearing was not necessary to respond to the above
notes.  Further jury deliberation contd to 4-19-90 at
9:00 am.                                    FONG

**165**  Note from the Jury - #1; with attached response

**166**  Reply to Government's Opposition to Defendants' Motion for
Surrebuttal Closing Argument, or, in the Alternative,
for Supplemental Instructions and Certificate of Service

**167**  Note from the Jury - #2

**19 168**  EP:  FURTHER JURY TRIAL - Jury deliberation - 3rd day - Jury
deliberated.  Note from the Jury received.  Jury requested
to recess at 11:30 am for the remainder of the day because

**169**  of illness to one of its members.  "Note from the Jury"
filed.  Further trial contd to 4-20-90 at 9:00 am.
                                            FONG

**170**  ORDER Denying Defendants' Motion for Surrebuttal Closing
Argument or, in the Alternative, for Supplemental Jury
Instructions Concerning False Representations in Government's
Rebuttal  Argument and also Denying Defendants' Motion
for Supplemental Jury Instruction Regarding Cost and
Profit                                       FONG

**20 171**  EP:  FURTHER JURY TRIAL -
Jury deliberation - 4th day.  Jury returned to resume
deliberation. "Note from the Jury" received and filed.
No hearing held.  Further deliberation contd to 4-24-90
at 9:00 am.                                  FONG

**172**  Note from the Jury - w/attached response

**24 173**  EP:  FURTHER JURY TRIAL -
Jury deliberation - 5th day - Jury returned to resume
deliberation.  Two (2) notes from the jury received.
No hearing held to respond to the notes. "Notes from
the Jury" filed.  Further deliberation contd to 4-25-90
at 9:00 am.                                  FONG

**174**  Note from the Jury - #1; w/attached response

**175**  Note from the Jury - #2; w/attached response

**25 176**  EP:  FURTHER JURY TRIAL -
Jury deliberation - 6th day - Jury returned to resume
deliberation. "Note from the Jury" received and filed.
Court responded to the note by letter.  No hearing held.
Further jury deliberation contd to 4-26-90 at 9:00 am.
                                            FONG

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

METT, WILLIAM D.        CR 89-00125 HMF 02      page 19

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |

1990
Apr 25  177   Note from the Jury - w/attached response

26   178   EP:   FURTHER JURY TRIAL -
                  Jury Deliberation - 7th Day - Jury returned to resume
                  deliberation. "Note from the Jury" received & filed.
                  Court responded to the note by letter. No hrng held.
                  Further jury deliberation contd to 04-26-90 at 9:00 a.m.
                                                         FONG

      179   Note from the Jury - w/attached response

27   180   EP:   FURTHER JURY TRIAL -
                  Jury Deliberation - 8th Day - Jury returned to resume
                  deliberation. "Note from the Jury" received & filed.
                  Court responded to the note by letter. No hearing held.
                  Further jury deliberation contd to 05-01-90 at
                  9:00 a.m.      FONG

      181   Note from the Jury - w/attached response

May 1  182   EP:   FURTHER JURY TRIAL -
                   Jury deliberation  - 9th Day - Jury returned to resume
                   deliberation. No notes form the jury recd. No hrngs held.
                   Further deliberation contd to 05-02-90 at 9:00 a.m. FONG

   2   183   EP:   FURTHER JURY TRIAL -
                   Further deliberation - 10th Day - "Note from the Jury"
                   recd & filed. Court responded to the note by letter.
                   No hrngs  held. Further deliberation contd to 05-03-90
                   at 9:00 a.m.      FONG

      184   Note from the Jury - w/attached response

   3   185   EP:   FURTHER JURY TRIAL -
                   Further deliberation - 11th Day - Jury returned to resume
                   deliberation. "Note from the Jury" recd & filed. Court
                   responded to the note by letter. No hrngs held. Further
                   deliberation contd to 05-04-90 at 9:00 a.m.   FONG

      186   Note from the Jury - w/attached response

   4   187   EP:   FURTHER JURY TRIAL -
                   Further deliberation - 12th Day - Jury returned to resume
                   deliberation. U.S. Marshal informed that the jury have
                   completed the verdicts but would like to return the
                   verdicts in open court after lunch (11:00 a.m.). Verdicts
                   returned. Jury found the defts as follows:

                   CENTER ART GALLERIES-HAWAII, INC.: GUILTY to Counts 1,
                   2, 4 thru 8, 11, 13 thru 17, 19 thru 40, 43 thru 45,
                   55, 59 thru 64, 67 thru 74, 76, 78 thru 84, 86, 90, 91,
                   92, 94, 95, 98, 99, 100, 102 & 104; NOT GUILTY to Counts 3, 12,
                   18, 75, 77, 93 & 97. ADJUDGED NOT GUILTY to Counts 3, 12,
                   18, 75, 77, 93 & 97.

                   WILLIAM D. METT:  GUILTY to Counts 1, 2, 4 thru 8, 11,
                   13 thru 17, 19 thru 40, 43, 44, 45, 55, 59 thru 64,
                   67 thru 76, 78 thru 84, 86, 90 thru 92, 94, 95, 98 thru 100,

contd on page 20

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

METT, WILLIAM D.

AO 256A ⊕

**HG**

CR 89-00125 HMF 0?
page 20

Docket No.   Def.

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|-------------------------|---------------------|
| | (Document No.) | (a) | (b) | (c) | (d) |

1990

May 4

(Jury Deliberation, 12th Day, contd from page 19)

102 & 104; NOT GUILTY to Counts 3, 12, 18, 77, 93 & 97.
ADJUDGED NOT GUILTY to Counts 3, 12, 18, 77, 93 & 97.

MARVIN L. WISEMAN:  GUILTY to Counts 1, 2, 4, 5, 11, 13,
14, 16, 17, 19 thru 26, 28, 30 thru 40, 43 thru 45, 55,
59, 60 thru 64, 67 thru 73, 76, 78 thru 83, 90, 91, 92,
94, 95, 98 thru 100, 102 & 104; NOT GUILTY to Counts 3,
6, 7, 8, 12, 15, 18, 27, 29, 74, 75, 77, 84, 86, 93 &
97; ADJUDGED NOT GUILTY to Counts 3, 6, 7, 8, 12, 15,
18, 27, 29, 74, 75, 77, 84, 86, 93 & 97.

Jury polled. Verdicts as to each of the 3 defts unanimous.
Referred for presentence investigation and report, and
SENTENCING set for 08-20-90 at 1:30 p.m.

Bail as to Deft W. Mett is modified by adding the following
additional conditions:

(1) Center Art Galleries-Hawaii, Inc. is prohibited from
    selling any Dali artwork until further order of the Court.

(2) The equity for the stocks that evidences the ownership
    of Center Art Galleries-Hawaii, Inc. shall further
    be encumbered so that he (Mr. Mett) cannot sell the
    stocks during the pendency of any sentence or appeal
    in this case.

Bail as to Deft M. Wiseman:
    $500,000.00 signature bond secured by 10% cash
    ($50,000.00) or corporate surety, payable by the
    close of business on 05-11-90.  (Platt)  FONG

188   VERDICT (see above minutes)

189   JUDGMENT on Acquittal - Cts 3, 12, 18, 77, 93, 97   FONG

190   ORDER Setting Conditions of Release      FONG
      $1,000,000.00 signature & equity of $230,000;
      travel between HI & continental USA & above further
      conditions

191   Appearance Bond   FONG
      11 Kailuana Pl.
      Kailua, HI  96734
      PH: 263-6400

7    192   Given Jury Instructions   FONG

     193   Refused or Withdrawn Jury Instructions   FONG

Jun 14 194   Stipulation To Continue Defendants Center Art Galleries-Hawaii,
             Inc., William D. Mett And Marvin L. Wiseman's Date For
             SENTENCING ; Affidavit of Brook Hart And ORDER   FONG
             SENTENCING contd to 09-10-90 @ 1:30 p.m. (F)

   20 195   EO:  The Clerk's Minutes of March 14, 1990 (45th Day Of Trial)
             is amended to reflect that the government did not move
             to dismiss Count 86   FONG

Jul 11 196   Stipulation To Continue Defendants Center Art Galleries-Hawaii,
             Inc., William D. Mett And Marvin L. Wiseman's Date For
             SENTENCING; Declaration of Leslie E. Osborne, Jr., And
             ORDER   contd to 10-15-90 @ 1:30 p.m.  GRANTED   FONG

| Interval | Start Date | Ltr. | Total |
|----------|-----------|------|-------|
| (per Section II) | End Date | Code | Days |

UNITED STATES DISTRICT COURT                                           HG
CRIMINAL DOCKET              METT, WILLIAM D.    CR89-00125 HMF 02   page 21
AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|:--:|:--:|:--:|:--:|
| | (Document No.) | (a) | (b) | (c) | (d) |
| **1990** | | | | | |
| Aug 27  197 | Stipulation To Continue Defendants Center Art Galleries-Hawaii Inc., William D. Mett And Marvin L. Wiseman's Date For SENTENCING; Affidavits of Brook Hart, John R. Wing And Robert A. Weiner and ORDER  **GRANTED**  FONG  contd to 11-05-90 @ 1:30 p.m. (F) | | | | |
| 28  198 | Ex Parte Motion for Order Shortening Time for Service and for Hearing of Defendant Marvin L. Wiseman's Motion to Produce Materials Supporting Claims and Conclusions contained in Proposed Pre-Sentence Report; ORDER FONG | | | | |
| 199 | Defendants' Motion to Produce Materials Supporting Claims and Conclusions Contained in Proposed Presentence Report; Affidavit of Brook Hart; Notice of Hearing and Certificate of Service [08-30-90 @ 10:00 a.m. (F)] | | | | |
| 30  200 | EO:  Defendant Wiseman's Motion to Produce material Supporting Claims & Conclusions Contained is Proposed. Pre Sentencing Report is contd to 08-31-90 @ 10:30 a.m.    FONG | | | | |
| 31  201 | EP:  Defendant Wiseman's Motion to Produce materials, etc. - GRANTED. Govt. to turn over to Mr. Hart all reports (from Probation Office) additional reports, computer report and questionaires by defendants within two weeks of this date. Mr. Hart to prepare order. (SP) EZRA | | | | |
| Sept 10 202 | ORDER GRANTING Defendants' Motion To Produce Materials Supporting Claims And Conclusions Contained In The Proposed Pre-Sentence Reports    FONG  -- Said materials shall be produced & delivered to counsel for defts no later than 4:00 p.m., 09-14-90. At the sentencing hrng, Govt is prohibited from making use of or referring to any doc & materials in support of the concl in pre-sentence report, other than exh in evidence, that have not been delvd to the defts on or before 09-14-90 | | | | |
| Oct 1  203 | Government SENTENCING Statement; Certificate of Service | | | | |
| 204 | Defendants' SENTENCING Memorandum And Response To Presentence Report; Exhibits A-H and Certificate of Service  **SEALED BY ORDER OF THE COURT** | | | | |
| Nov 1  205 | Sentencing Memorandum - Govt. | | | | |
| 206 | Notice of Motion; [11-05-90 @ 1:30 p.m. (F)]; Motion to be Continued on Bail Pending Appeal; Exhibits A-F and Certificate of Service | | | | |
| 2  207 | Opposition to Defendants' Motion to be Continued on Bail Pending Appeal; Certificate of Service | | | | |
| 208 | Notice of Motion; [11-05-90 @ 1:30 p.m. (F)]; Motion to Strike Government's Sentencing Memorandum and Exhibits; affidavit of Brook Hart and Certificate of Service  **- see next page -** | | | | |

- see next page -

Interval                Start Date        Ltr.  Total
(per Section II)        End Date          Code  Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

METT, WILLIAM D.

AO 256A ⊕

page 22
CR 89-00125 HMF 02

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|----|----|----|----|
| | (Document No.) | (a) | (b) | (c) | (d) |

1990
Nov 5 209

Defendants' Supplemental Memorandum of Law Regarding Limitations
on Restitution and Certificate of Service  **SEALED**

210   EP:   SENTENCING - Wing & Osborne
Impr 36 mos as to CTS 6,8,27,64,81,82,91 and 92, Sup
Release 3 yrs w/ the following conds:
1. Deft not commitany crimes, Federal, State or local
2. Deft abide by the standard conds of sup release
3. Deft make restitution to all currently known victims
in the amt of $314,979 jointly & severally w/ co-defts
Wiseman and Center Art Gallery in such amounts and manner
as directed by USProb
4. Deft shall provide or instruct his employees to
provide all records of sale to the US Postal Inspection
Service in the DOH in order to complete an accurate list
of all victims cuurently known to th govt at this time
& the amts of each victims purchases from Center Art
Gallery.
5. Deft notify or instruct his employees to notify the
Prob Office immed upon learning of any material changes
in Center Art Gallery's business or financial cond or
of the commencement of any bankrupty proceeding, major
civil litigation, and criminal prosecution
Deft fined $250,000.00 - As to CTS 6,8,27,64,81,82,91 & 92
concurrently with each other and with all other counts
As to CTS  1,2,4,5,7,11,13-17,19-26,28-40,43-45,55,59,
60-63,67-76,78-80,83,84,86,90,94,95,98-100,102,104 -
Impr 3 yrs purs 18:4205(b). Said sentence on each count
to run concurrently w/ one another and with all other
counts.
As to CTS 1,2,11,13-17,19,20,22,23,25,26,30,31,33-37,43,
44,68,69,71,72,94,95,98-100,102 - fined $1,000.00 to
run consecutively
As to CTS 4,5,7,21,24,28,29,32,38-40,45,55,59-63,67,70,
73-76,78-80,83,84,86,90 and 104 - fined $500,000.00
to run concurrently w/ each other and all other counts
Spec Monetary Assess - $2,300.00 imposed
Adv of rights to appeal.
M/Release pending appeal - GRANTED      (ESR)   FONG

211   JUDGMENT In A Criminal Case                              FONG

EO:   Spec Assess imposed as to the following counts:
4-8,21,22,24,26-29,32,38-40,45,55,59-64,67,69,70-76,
78-84,86,90-92,95 and 101 = Judgment reflects CT 104
(not 101) - amended from transcript)
CTS 4,5,21,24,28,32,38-40,45,55,59-63,67,70,73,76,78-80,
90 and 104 - Judgment reflects Sup Rel term of 3 yrs
Total special assess $2,300.00. Total fine of $783,000.00

Spec Conds of Sup Rel -
1. That the deft make restitution in the amt of $314,979
jointly & severally w/ co-defts & confined to victims
named in the counts of conviction of the Superseding
Indictment in such amts & in such a manner as det by
prob       *See Next Page*

Interval
(per Section II)

Start Date
End Date

Ltr. Total
Code Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET                    METT, WILLIAM D.            CR89-00125 HMF 02   page 23

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | [Document No.] | (a) | (b) | (c) | (d) |
| **1990**<br>Nov 5 | | **EO: - Cont of Judgment:**<br>2.  That the deft shall provide or instruct his employees<br>to provide all records of sale to the US Postal Inspection<br>Service in order to ascertain other persons similarly<br>situated who have purchased any of the 26 images | | | | |
| 15 | 212 | Notice Of Motion - 01-14-91 @ 10:15 a.m. (HMF) - Motion For<br>Stay Of Fines And Other Monetary Penalties Pending Appeal;<br>Memorandum In Support Of Motion; Certificate of Service | | | | |
| | 213 | **NOTICE OF APPEAL; Certificate of Service    - by deft pro se,**<br>**WILLIAM D. METT                    (CA 90-10617)** | | | | |
| 19 | | Transcript of Proceedings - 11-05-90 - Orig - pp 147 -<br>(V/ARS - Robin Sines, transc)       cc: USPO Deft 01,02,03 | | | | |
| 27 | 214 | **ORDER FOR TIME SCHEDULE - RT to be ordered by 12/6/90; RT to**<br>**be filed by 1/7/91; Aplt's opening brief to be filed by**<br>**2/18/91; Aple's brief to be filed by 3/20/91; Reply brief**<br>**(if any) to be filed by 4/3/91 -- cc:  Clerk, 9th CCA,**<br>**Osborne, Mett, TC, YI, SP, K. Okahashi**<br><br>Notice of Appeal sent to Clerk, 9th CCA & to all counsel | | | | |
| Dec  3 | 215 | Presentence Report<br>    filed and returned to USPO | | | | |
| | 216 | SENTENCING Recommendation<br>    filed and returned and USPO | | | | |
| 14 | 217 | Transcript Designation and Ordering Form - 11-28-89 SP;<br>    12-05-89 YI; 04-03-90, 04-11-90, 04-12-90 TC; 06-27-89,<br>    06-28-89 YI; 07-19-89, 07-20-89 TC; 07-21-89, 08-09-89,<br>    08-10-89, 08-11-89 SP; 08-11-89 ESR; 08-15-89 SP;<br>    10-10-89 TC; 11-22-89 SP; 01-25-88 Priscilla Gonzaga;<br>    09-06-88 TC; 11-05-90 ESR | | | | |
| **1991**<br>Jan 4 | | Transcript of Proceedings - Index for Vol I to IV<br>        pp i to xvii - (YI) - Orig      Defts 1,2,3<br>Transcript of Proceedings - 06-27-89 - Orig - (YI) - pp 238<br>        Defts 1,2,3<br>Transcript of Proceedings - 06-28-89 - Orig - (YI) - pp 147<br>        Defts 1,2,3<br>Transcript of Proceedings - 12-05-89 - Orig - (YI) - pp 208 ⎤ Vol I<br>        Defts 1,2,3<br>Transcript of Proceedings - 12-06-89 - Orig - (YI) - pp 229 ⎤ Vol II<br>        Defts 1,2,3<br>Transcript of Proceedings - 12-07-89 - Orig - (YI) - pp 215 ⎤ Vol III<br>        Defts 1,2,3<br>Transcript of Proceedings - 12-08-89 - Orig - (YI) - pp 231 ⎤ Vol IV<br>        Defts 1,2,3 | | | | |
| 9 | 218 | Stipulation To Permit Defendnat William D. Mett To Temporarily<br>    Travel Outside The District of Hawaii  and ORDER <u>FONG</u><br>    -- travel to Toronto, 01-07-91<br>    *See Next Page* | | | | |

**UNITED STATES DISTRICT COURT**
**CRIMINAL DOCKET**   *U. S. vs*      METT, WILLIAM D.

Page 24    **HG**
CR89-00125 HMF 02

AO 256A ⊕

| | Yr. | Docket No. | Def. |
|---|---|---|---|

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| **1991**<br>Jan 9  219 | Stipulation To Permit Defendant William D. Mett To Temporarily<br>Travel Outside The District of Hawaii and ORDER <u>FONG</u><br>-- travel to Toronto, 01-08-91 and retrun 01-11-91 | | | | |
| | <u>EO:</u> Per Dayna, Hart & Wolff, Doc #219 is the current travel order | | | | |
| 10    220 | Government's Opposition To The Defendants' Motion To Stay Fines<br>And Other Monetary Penalties Pending Appeal; Memorandum<br>In Opposition To The Defendants' Motion For The Stay Of<br>Fines And Other Monetary Penalties | | | | |
| 14  221 | <u>EP:</u> Deft's Motion to Stay the Payment of the fine pending the<br>appeal is GRANTED.              (TC) <u>FONG</u> | | | | |
| Feb 26  222 | Stipulation to Permit Defendant William D. Mett to Temporarily<br>Travel Outside the District of Hawaii and ORDER -<br>Travel to Toronto, Canado from 02-23-91 to 03-04-91.<br>FONG | | | | |
| Mar 15 | Transcript of Proceedings - Orig. - pp. 267 - July 19 & 20,<br>1989 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - 09-06-88 - Civ. 88-00076 - Terrence Chun<br>Transcript of Proceedings - Orig. - pp. 108 - 10-10-89 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 300 - Vol. 12 - 01-03-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 232 - Vol. 13 - 01-04-90 - Terrence Chun<br>Transcript of Proceedings - Orig. - pp. 227 - Vol. 14 - 01-05-90 - Terrence Chun<br>Transcript of Proceedings - Orig. - pp. 190 - Vol. 17 - 01-11-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 197 - Vol. 18 - 01-12-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 217 - Vol. 19 - 01-17-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 151 - Vol. 20 - 01-18-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 13 - Vol. 22 - 01-30-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 135 - vol. 23 - 01-31-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 231 - Vol. 47 - 04-03-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 92 - Vol 48 - 04-04-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 170 - Vol. 49 - 04-11-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 217 - Vol. 50 - 04-12-90 - Terrence Chun | | | | |
| Apr 8 | Transcript of Proceedings - Orig. - pp. 223 - 07-21-89 - Stephen Platt<br>Transcript of Proceedings - Orig. - pp. 116 - 08-09-89 - Stephen Platt<br>Transcript of Proceedings - Orig. - pp. 205 - 08-10-89 - Stephen Platt<br>Transcript of Proceedings - Orig. - pp. 246 - 08-11-89 - Stephen Platt | | | | |

**– see next page –**

| | Interval<br>(per Section II) | Start Date<br>End Date | Ltr.<br>Code | Total<br>Days |
|---|---|---|---|---|

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

METT, WILLIAM D.

page 25   HG
CR 89-00125 HMF 02

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|:----:|:----:|:----:|:----:|
| | (Document No.) | (a) | (b) | (c) | (d) |
| **1991**<br>Apr 8 | Transcript of Proceedings - Orig. - pp. 272 - 08-15-89 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 111 - 11-22-89 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 350 - 11-28-89 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 231 - 12-12-89 - Vol. 5 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 225 - 12-13-89 - vol. 6 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 271 - 12-14-89 - Vol. 7 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 278 - 12-15-89 - Vol. 8 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 240 - 12-19-89 - Vol. 9 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 239 - 12-20-89 - Vol. 10 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 12 - 12-21-89 - Vol. 11 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 251 - 01-09-90 - Vol. 15 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 246 - 01-10-90 - Vol. 16 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 116 - 01-19-90 - Vol. 21 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 152 - 02-01-90 - Vol. 24 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 198 - 02-02-90 - Vol. 25 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 257 - 02-06-90 - Vol. 26 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 236 - 02-07-90 - Vol. 27 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 185 - 02-08-90 - Vol. 28 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 243 - 02-09-90 - Vol. 29 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 236 - 02-13-90 - Vol. 30 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 237 - 02-14-90 - Vol. 31 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 238 - 02-15-90 - Vol. 32 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 107 - 02-16-90 - Vol. 33 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 224 - 02-21-90 - Vol. 34 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 210 - 02-22-90 - Vol. 35 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 228 - 02-23-90 - Vol. 36 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 247 - 02-27-90 - Vol. 37 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 237 - 02-28-90 - Vol. 38 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 218 - 03-01-90 - Vol. 39 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 272 - 03-02-90 - Vol. 40 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 260 - 03-06-90 - Vol. 41 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 238 - 03-07-90 - Vol. 42 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 250 - 03-08-90 - Vol. 43 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 242 - 03-13-90 - Vol. 44 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 176 - 03-14-90 - Vol. 45 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 68 - 03-20-90 - Vol. 46 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 39 - 05-04-90 - Vol. 51 - Stephen Platt | | | | |
| 16 223 | ORDER Granting Motion to Stay Fines and Other Monetary Penalties<br>Pending Appeal - Nunc Pro Tunc: 11-15-90 - <u>FONG</u> | | | | |
| **June 24** | **Certificate of Record mailed to Clerk, 9th CCA - cc: all counsel** | | | | |
| 27 | Transcript of Proceedings - Orig. - pp. 58 - 06-28-91 - Yukie Ichikawa | | | | |
| Sept 24 224 | Partial Release of Lien; Exhibit "A" | | | | |
| **1992**<br>Jun 2 225 | <u>EO:</u>  Hearing on Motion for Partial Release of Lien Pending Appeal<br>is continued from June 1, 1992 to June 15, 1992 @ 9:00<br>a.m. cc: Leslie E. Osborne, Esq., Brook Hart, Esq., Judge<br>Fong's chambers, U.S. Marshal.      <u>FONG</u> | | | | |
| 3 | **Original Record mailed Federal Express to 9th CCA - (CA 90-10617)**<br>**- see next page -** | | | | |
| | | Interval<br>(per Section II) | Start Date<br>End Date | Ltr.<br>Code | Total<br>Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

HG

page 26
CR 89-00125 HMF 02

METT, WILLIAM D.

AO 256A ⊕

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|-------------------------|:---:|:---:|:---:|:---:|
| | | | (a) | (b) | (c) | (d) |
| | | (Document No.) | | | | |
| **1992** | | | | | | |
| Jun 9 | 226 | Opposition to Defendants' Motion for a Partial Release of Lien; Memorandum in Support; Declaration of Counsel; Certificate of Service | | | | |
| 15 | 227 | <u>EP:</u> Defts' M/For Partial Release of Lien Pending Appeal Oral Argument held. The Motion is hereby Granted. Mr. Hart & Mr. Wing to Prepare the Order. Osborne, Hart & Wing present. (Lisa Groulx) <u>FONG</u> | | | | |
| | 228 | Reply Memorandum in Support of Motion For a Partial Release of Lien Pending Appeal; Certificate of Service | | | | |
| 19 | 229 | Affidavit of William D. Mett | | | | |
| Oct 13 | 230 | ORDER Granting Motion for a Partial Release of the Government's Lien Pending Appeal -           <u>FONG</u> | | | | |
| **1993** | | | | | | |
| Jan 14 | | Transcript of Proceedings - 06/15/92 - Orig - pp 28 - (Lisa Groulx) Defts 01,02,03 | | | | |
| Feb 25 | 231 | Notice of Motion; [04-19-93 @ 11:15 a.m. (Fong)]; Motion for Permission to Sell Specified Dali Artwork Authenticated By Albert Field; Memorandum in Support of Motion; Exhibit 1 | | | | |
| Mar 29 | 231a | Certificate of Service | | | | |
| Apr 1 | 232 | Opposition to Defendants' Motion For Permission to Sell Specified Dali Artwork Authenticated by Albert Field; Declaration of Counsel; Certificate of Service | | | | |
| 13 | 233 | Notice of Motion; [04-19-93 @ 11:15 a.m. (Fong)]; Motion to Require Posting of a Surety Bond Pending Appeal or, in the Alternative, To Lift the Stay or, In the Alternative, To Deposit Monies in the Registry of the Court or, In the Alternative, to Require an Examination of the Defendants' Assets; Memorandum in Support of Motion to Require Posting of a Surety Bond Pending Appeal or, In the Alternative To Lift the Stay of, In the Alternative, to Deposit Monies in the Registry of the Court or, In the Alternative, To Require an Examination of the Defendants' Assets; Certificate of Service | | | | |
| 15 | 234 | Stipulation For Order Shortening Time and ORDER - Set for 04-19-93 @ 11:15 a.m. before Judge Fong - <u>FONG</u> | | | | |
| | | **see next page -** | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

METT, WILLIAM D.

page 27
CR 89-00125 HMF 02

**HG**

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--------------------------|----|----|----|----|
| | (Document No.) | (a) | (b) | (c) | (d) |
| **1993**<br>Apr 16  235 | Defendant's Memorandum in Opposition to the Government's Motion to Require the Posting of a Surety Bond Pending Appeal or, In the Alternative,  to Lift the Stay or, In the Alternative, to Deposit Monies in the Registry of the Court or, In the Alternative, to Require an Examination of the Defendants' Assets; Exhibits A-C; Certificate of Service | | | | |
| 236 | Reply Memorandum in Support of Center Art's Motion to Sell Specified Dali Art Authenticated By Albert Field; Exhibits A-I; Certificate of Service | | | | |
| 19  237 | <u>EP:</u>  Defendants' Motion for Permission to Sell Specified Dali Artwork Authenticated by Albert Field; Government's Motion to Require posting of a surety bond pending appeal or, in the alternative, to lift the stay or, in the alternative, to deposit monies in the registry of the court or, in the alternative, to require an examination of the defendants' assets-  Arguments held.  Defendants' Motion for Permission to Sell Specified Dali Artwork Authenticated by Albert Field- granted.  Mr. Wing ordered to work with the government's attorney and submit a proposed certificate. Government's Motion to Lift stay - denied.  Government's Motion to require an Examination of the Defendants' Assets - denied. Government's Motion to Deposit Monies in the Registry of the Court - granted. Government's Motion to Require Posting of a Surety Bond Pending Appeal - denied. Michael Chun; Brook Hart & John R. Wing present. (TC) <u>FONG</u> | | | | |
| Aug 12  237 | Center Art Galleries-Hawaii, Inc.'s Memorandum Regarding Certificate of Authenticity; Exhibit A; Certificate of Service | | | | |
| 238 | Submission of Center Art Galleries-Hawaii, Inc. Proposed Order Granting Motion Permitting Sale of Dali Artwork Authenticated By Albert Field; Exhibit A; Affidavit of Albert Field; Certificate of Service | | | | |
| 16  239 | Center Art Galleries-Hawaii, Inc.'s Memorandum Regarding Certificate of Authenticity; Exhibit A; Certificate of Service | | | | |
| 240 | United States Memorandum Regarding Certificate of Authenticity, Exhibit "A"; Declaration of Jack Ellis, Exhibit "B"; Certificate of Service | | | | |
| 241 | Submission of Center Art Galleries-Hawaii, Inc. Proposed order Granting Motion Permitting Sale of Dali Artwork Authenticated by Albert Field; Exhibit A; Affidavit of Albert Field; Certificate of Service | | | | |
| 24  242 | ORDER Granting Motion Permitting Sale of Dali Artwork Authenticated by Albert Field; Exhibit A  <u>FONG</u> | | | | |
| | **************** * <u>see next page</u> * | | | | |

Interval
(per Section II)

Start Date
End Date

Ltr.
Code

Total
Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*    METT, WILLIAM D.

Page 28
89 00125 HMF 02

AO 256A ⊕

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|-------------|----|

(Document No.) — (a) (b) (c) (d)

**1994**

May 9   243   JUDGMENT 9CCA - CA90-10612, CA90-10616, CA90-10617 -
Judgment of the District Court - AFFIRMED
filed & entered 04-15-93. Attest May 9, 1994
ccd: Osborne, Wing, Hart, USPO, PTS, USM, CRD, Judge HMF

10 244   ORDER Setting Mittimus - 05/31/94 @ 10:00 a.m. USM - FONG

17 245   Withdrawal and Substitution of Counsel - ORDER - FONG
Dennis P. Riordan enters & John R. Wing withdraws

23 246   Motion To Stay Execution of Sentence
referred to Judge FONG

24 247   EO:  Hearing on Motion to Stay Execution of Sentence is set
for June 6, 1994 @ 11;15 a.m.  Mittimus is stayed until
June 6, 1994 @ 2:00 p.m.       FONG

25 248   ORDER Setting Mittimus - 06/006/94 @ 2:00 p.m. to USM - FONG

26 249   Government's Opposition to Defendant's Motion to Stay Execution
of Sentence; Certificate of Service

Jun 3 250   Reply to Opposition to Motion to Stay Execution of Sentence -
referred to Judge Fong

6   251   Application for Pro Hac Vice;  Written Consent of Associate
Counsel in Support of Application for Pro Hac Vice -
Dennis Riordan appearing for deft William Mett

252   EP: Motion to Stay Execution of Sentence:
Application for Pro Hac Vice oh behalf of Dennis P. Riordan
and William D. Mett GRANTED. Arguments held. M/Stay
Execution of Sentence GRANTED. Mitt stayed to 10/4/94 @
10:00 a.m. Voluntary surrender allowed.
(Lisa Groulx-Thompson)  FONG

Jul 1 253   Amended Order Setting Mittimus - 10/4/94 @ 10:00 a.m.
Facility designated by BOP.     FONG

Sep 1 254   Notice of Motion and Motion for New Trial; for a Franks
Hearing; and for Modification of Sentences Pursuant
to Fed.R.Crim.P. 33 and 18 U.S.C. Section 2255 -
referred to Judge Fong

12 255   Motion for Enlargement by USA

19 256   ORDER DENYING Defendants' Motion For Enlargement FONG
ccd: all parties

26 257   Notice - Motion for New Trial; for a Franks Hearing; and for
Modification of Sentences set for 10/11/94 @ 1:30 p.m.
before Judge Fong

**- See Next Page -**

Interval (per Section II) | Start Date/End Date | Ltr. Code | Total Days

page 29

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

METT, WILLIAM D.

CR 89-00125 HMF 02
**HG**

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 1994 Sep 28 | 258 | Opposition to Defendants' Motion for New Trial, Frank's Hearing Modification of Sentence and Habeas Petition 28 U.S.C. 2255; Exhibits 1 and 2 | | | | |
| Oct 3 | 259 | Application For Pro Haec Vice; Written Consent of Associate Counsel In Support of Application For Pro Haec Vice David A. Katz requesting limited appearance as to William D. Mett | | | | |
| | 260 | Written Consent of Associate Counsel In Support Of Application For Pro Haec Vice Elton John Bain, local counsel | | | | |
| | 261 | Ex Parte Application To Shorten Time; Declaration (by deft Mett) | | | | |
| | 262 | Notice of Motion & Motion For Brief Stay Of Mittimus Pending Upcoming Hearing On § 2255 Claims; Exhibit | | | | |
| | 263 | EP: M/Pro Hac Vice Admission; M/Extention of Mittimus - Katz appearing. M/Pro Hac Vice Admission - **GRANTED** M/Extension of Mittimus - **GRANTED. MITTIMUS** extended until 10-14-94 at 10:00 am Bain to prepare order. ccd: USM, USPO, PTS (TC) FONG | | | | |
| | 264 | Amended ORDER Setting MITTIMUS          FONG MITTIMUS extended for Mett & Wiseman, 10-14-94 at 10 | | | | |
| 5 | 265 | Notice - Motion for New Trial; for a Franks Hearing; and for Modification of Sentence - Contd. from 10/11/94 @ 1:30 to 10/11/94 @ 2:15 p.m. | | | | |
| 6 | 266 | ORDER of Recusal - Mag. Judge Yamashita  - YAMASHITA (cc: all counsel) | | | | |
| 7 | 267 | Memorandum of Points and Authorities in Reply to Government's Opposition to Motion for New Trial; For a Franks Hearing; and for Modification of Sentences Pursuant to Red.R.Crim.P. 33 and 28 U.S.C. §2255 | | | | |
| | 268 | Motion for Leave to Permit Cross-Examination of Professor Geoffrey C. Hazard by Telephone Conference Call; Memorandum; Declaration of David A. Katz | | | | |
| | 269 | ORDER Denying Defendant's Motion for Leave to Permit Cross-Examination of Professor Geoffrey C. Hazard by Telephone Conference Call          KURREN | | | | |
| | 270 | ORDER - 9CCA - [Petition for a writ of mandamus is ordered and is denied. Attest & filed 9CCA: 10/04/94] | | | | |
| | | **- See Next Page -** | | | | |

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

METT, WILLIAM D.

**HG**
page 30
CR 89-00125 HMF 02

AO 256A ⊕

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|-------------------------|:---:|:---:|:---:|:---:|
| | | | Yr. | Docket No. | | Def. |
| | | | (a) | (b) | (c) | (d) |
| | | (Document No.) | | | | |

1994
Oct 11  271   EP:  Defendants' Motion for New Trial; For a Franks Hearing
                   and for Modification of Sentence - Jeffrey Hazard CST
                   on behalf of the defendants. Defendants Oral Motion to
                   Exclude Government's Witnesses - denied. Benjamin B. Cassiday,
                   III, Esq. CST. Brook Hart CST. Further hearing continued
                   to October 12, 1994 @ 1:30 p.m. Leslie Osborne, Dennis
                   Riordan, Marc Zilversmit, David Katz, Elton John Bail
                   present.                          (TC) FONG

       272   Memorandum of Points and Authorities Re: Enforcement of Local
             and Federal Rules and Avoidance of Unfair Surprise and
             Disruption of Schedule of Court, Counsel, and Witnesses;
             Exhibits "A" and "B"

    12  273   EP:  Further Hearing on Defendants' Motion for New Trial; for
                   a Franks Hearing; and for Modification of Sentence -
                   Examination of Brook Hart resumed. William D. Mett CST
                   Marvin L. Wiseman CST. Government rested on the issue
                   of conflict of interest. Defense rested. Arguments held.
                   John S. Ellis CST. Government rested on the issue of the
                   signatures purported to be Dali's. Defense rested. Arguments
                   held. Motions taken under advisement. Leslie Osborne Jr.,
                   Dennis Riordan (02) Marc Zilversmit (03), Davit Katz (02
                   & 03) Elton John Bain (01). (TC) FONG

    14  274   Amended ORDER Setting Mittimus - Contd. to 10/19/94 @ 10:00
                   a.m. to the Facility designated by BOP.   FONG

       275   ORDER Denying Defendants' Motion for a New Trial, Franks Hearing
                   and Modification of Sentence        FONG

    17  276   Ex Parte Application to Shorten Time; Declaration -
                   Certificate of Service -

       277   Motion to Reconsider Denial of Motion for New Trial and Vacation
                   of Convictions Pursuant to Red. R. Crim. P. 33 and 28
                   U.S.C. 2255

       278   Motion for Bail on Appeal; Memorandum of Points and Authorities;
                   Exhibits

       279   ORDER Denying Defendants' Motion for Reconsideration and Denying
                   Motion for Bail on Appeal        FONG

       280   NOTICE OF APPEAL - [Deft. appeal to 9CCA - Order Denying Defendants'
                   M/New Trial & Vacation of Convictions & Order Denying
                   M/Reconsider Denial of M/New Trial & Denying M/for Bail
                   on Appeal.                         FONG

             - See Next Page -

Interval
(per Section II)

Start Date
End Date

Ltr.
Code

Total
Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

METT, WILLIAM D.

CR 89-00125 HMF 02

**HG**

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| **1994** | | | | | | |
| Oct 18 | 281 | **ORDER FOR TIME SCHEDULE - RT to be ordered by 11/07/94; RT to be filed by 12/07/94; Aplt's opening brief to be filed by 01/16/95; Aple's brief to be filed by 02/15/95; Reply brief (if any) to be filed by 03/01/95 - cc: Clerk, 9CCA; all counsel** | | | | |
| | 282 | ORDER Modifying Order Dated October 14, 1994   FONG | | | | |
| | 24 | Transcript of Proceedings - pgs. 198 - 10/11-12/94 - Terrence Chun | | | | |
| Nov 8 | 283 | Application For Writ Of Continuing Garnishment; Instructions To Garnishee; Writ of Continuing Garnishment   Center Art Galleries | | | | |
| | 284 | Instructions To Debtor Clerk's Notice Of Post-Judgment Garnishment NoticeTo Defendant Debtor On How To Claim Exemptions; Claim For Exemption Form | | | | |
| | 285 | Notice of Garnishment And Instructions | | | | |
| | 286 | Application For Writ Of Continuing Garnishment; Writ of Continuing Garnishment; Instructions To Garnishee  - UH FCU | | | | |
| | 287 | Instructions To Debtor Clerk's Notice of Post-Judgment Garnishment; Notice To Defendant debtor On How To Claim Exemptions; Claim For Exemption Form | | | | |
| | 288 | Notice OF Garnishment And Instructions | | | | |
| | 289 | Application For Writ Of Continuing Garnishment; Writ of Continuing Garnishment; Instructions To Garnishee  - Hawaii Central CU | | | | |
| | 290 | Instructions To Debtor Clerk's Notice of Post-Judgment Garnishment; Notice To Defendant Debtor On How To Claim Exemptions; Claim For Exemption Form | | | | |
| | 291 | Notice of Garnishment And Instructions | | | | |
| | 292 | Application For Writ Of Continuing Garnishment; Writ of Continuing Garnishment; Instructions to Garnishee  - Hawaii National Bank | | | | |
| | 293 | Instructions To Debtor Clerk's Notice of Post-Judgment Garnishment; Notice To Defendant Debtor On How To Claim Exemptions; Claim For Exemption Form | | | | |
| 10 | 294 | Notice of Garnishment And Instructions | | | | |
| | 295 | Certification of Service On Judgment Debtor - UH FCU | | | | |
| | 296 | Certification of Service of Documents On Judgment Debtor - CAG | | | | |
| | 297 | Certification of Service of Documents On Judgment Debtor - HNB | | | | |
| | 298 | Certification of Service of Documents on Judgment Debtor - Hawaii Central CU | | | | |
| 15 | 299 | Answer of the Garnishee - Hawaii Central Credit Union | | | | |
| | 300 | Answer & Disclosure of Hawaii National Bank | | | | |
| 17 | 301 | Answer & Disclosure of Hawaii National Bank | | | | |
| | 302 | Answer Of the Garnishee, Hawaii Central Credit Union | | | | |
| 18 | 303 | Return and Acknowledgment of Service by USA | | | | |
| | 304 | Return and Acknowledgment of Service by USA | | | | |
| | 305 | Return and Acknowledgment of Service by USA | | | | |

**- See Next Page -**

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

METT, WILLIAM D.

*HG*
· page 32
CR 89-00125 HMF 02

AO 256A ⊕

| Yr. | Docket No. | Def. |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|-------------------------|---------------------|--|--|--|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| **1994** | | | | | | |
| Nov 18 | 306 | Answer of the Garnishee, University of Hawaii FCU | | | | |
| 21 | 307 | Transcript Designation and Ordering Form <br> Terrence Chun: 10/11/94; 10/12/94 | | | | |
| 22 | 308 | Answer of the Garnishee | | | | |
| 28 | 309 | **Certificate of Record mailed to Clerk, 9CCA - cc: all counsel** | | | | |
| **1996** | | | | | | |
| Feb 29 | 310 | Release of Mortgage of Liber 22884 on page 327 <br> Kaanapali Shores 846 by <u>WALTER A.Y.H. CHINN</u> | | | | |
| | 311 | Return on Judgment - 10/19/94 FPC Dublin | | | | |
| Mar 13 | 312 | Partial Release of Lien; Exhibit "A" by USA <br> Doc. NO. 90-180285 & 93-118293 | | | | |
| May 13 | | ORIGINAL RECORD RECEIVED FROM 9CCA - | | | | |
| Jun 21 | 313 | **JUDGMENT 9CCA** [Affirmed - CA 94-10503; Attest: 6/19/96] <br> cc: all parties | | | | |
| **1997** | | | | | | |
| Aug 5 | 314 | Garnishee Order - re: Hawaii Central Credit Union <br> <u>S.KING</u> | | | | |
| | 315 | Garnishee Order - re: Hawaii National Bank <br> <u>S. KING</u> | | | | |
| | 316 | Garnishee Order - Re: University of Hawaii Fed. Credit Union <br> <u>S. KING</u> | | | | |
| **1998** | | | | | | |
| Jun 01 | 0317 | REASSIGNMENT: Case reassigned to Judge Helen Gillmor; <br> Request by U.S. Probation Office | | | | |
| Nov 9 | | Transcript of Proceedings - pgs. 29 - 10/10/89 Terrence Chun | | | | |
| | | Transcript of Proceedings - pgs. 67 - 04/11/90 Terrence Chun | | | | |
| | | Transcript of Proceedings - pgs. 47 - 04/19/93 Terrence Chun | | | | |
| Dec 22 | | Transcript of Proceedings - pgs. 58 - 06/28/89 Yukie Ichikawa <br> (AS TO ALL DEFENDANTS -01 thru -03) | | | | |
| **1999** | | | | | | |
| JAN 19 | | Transcript of Proceedings - (Vol(s). 28 pgs.) 06-09-89 <br> Original - Yukie Ichikawa - (AS TO ALL DEFENDANT -01 thru -03) | | | | |
| APR 18 2001 | | Transcript of Proceedings - (Vol(s). 67 pgs 3/13/00 <br> Original - Julie A. Peterson | | | | |
| NOV 19 2002 | 318 | Expired US Passport # H030144 <br> returned to Honolulu Passport Agency | | | | |
| | 319 | Expired US Passport # J1780359 <br> returned to Honolulu Passport Agency | | | | |

| Interval <br> (per Section II) | Start Date <br> End Date | Ltr. <br> Code | Total <br> Days |

UNITED STATES DISTRICT COURT                                                      page 33
CRIMINAL DOCKET
    AO 256A                              METT, WILLIAM D.                    CR 89-00125 HG 02

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--------------------------|(a)|(b)|(c)|(d)|
| | (Document No.) | | | | |
| 2004 | | | | | |
| Sept 8    320 | Stipulated Order Permitting Distribution of Monies Accumulated Pursuant to "Order Granting Motion Permitting Sale of Dali Artwork Authenticated by Albert Field," filed August 24, 1993                GILLMOR | | | | |
| Sep 24  321 | Release of Mortgage | | | | |