CRIMINAL DOCKET   U.S. District Court

| | | | | Mo. | Day | Yr. | Docket No | Def. |
|---|---|---|---|---|---|---|---|---|
| | | | VS. (LAST, FIRST, MIDDLE) | | | | | HG |
| PO | 0975 | 1 | 7511-7509 | WISEMAN, MARVIN L. | 01 | 25 | 89 | 89 00125-BAB-03 |
| Misd. | | | | | | | | HMF |
| Felony ☒ | District | Off. | Judge/Magistr. | OFFENSE ON INDEX CARD | | | 3 | Def's U.S. MAG. CASE NO |

### I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. N.G | GUILTY NOLO |
|---|---|---|---|---|
| 18:1341 & 18:2 | Mail fraud; aid/abet      CTS 1-77 | 77 | | |
| 18:1343 & 18:2 | Wire fraud; aid/abet      CTS 78-84 | 7 | | |
| 15:77(q)(a) & 77(x) & 18:2 | Securities fraud scheme to defraud; aid/abet CTS 85-93 [1984 - 1988] | 9 | | |
| 18:1341 & 18:2 | Mail Fraud      CTS 1 - 92 | 92 | | |
| 18:1341 & 18:2 | Mail Fraud      CTS 93 - 97 | 5 | | |
| 18:1343 & 18:2 | Wire Fraud      CTS 98-104 | 7 | | |

NOT GUILTY - CTS 3,6-8,12,15,18,27,29,74,75,77,88,86,93 & 97

GUILTY - CTS 1,2,4,5,11,13,14,16,17,19-26,28,30-40,43-45,55,59,60-64,67-73,76,78-83,90-92,94,95,98-100,102,104

DISMISSED - 9,10,41,42,46-54,56-58,65,66,85,87-89,96,101,103    SUPERSEDING COUNTS

### II. KEY DATE

| KEY DATE | KEY DATE | KEY DATE | | KEY DATE | |
|---|---|---|---|---|---|
| ☐ arrest | | ☒ Indictment filed/unsealed | a) ☒ 1st appears on pending charge /R40 | | ☐ Dismissal |
| ☐ sum'ns | | ☐ consent to Magr. trial on complaint | b) ☐ Receive file R20/21 | | ☐ Pled guilty ☐ After N.G. |
| ☐ custody | | ☐ Information | c) ☐ Supsdg ☐ ☐ind'd ☐ Inf | | ☐ Nolo ☐ After nolo |
| ☐ appears -on complaint | | ☐ Felony W/waiver | d) ☐ Order New trial | | ☒ Trial (voir dire) began |
| EARLIEST OF | | | e) ☐ Remand  f) ☐ G/P Withdrawn | | ☒ Jury ☐ N.J. |
| | 01-26-89 | 02-10-89 | | 11-28-89 | |
| | APPLICABLE | | | APPLICABLE | |

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | | FINAL CHARGES DISMISSED | |
|---|---|---|---|---|---|---|---|---|
| 02-10-89 | 02-10-89 | RE-TRIAL | | 05-04-90 | 11-05-90 | ☐ PTD ☐ Nolle ☐ Pros. | ☐ DISMISSED on def motion on gov't motion ☐ on S.T. ☐ grounds ☐ W.P. ☐ WOP | |

### III. MAGISTRATE

| | DATE | INITIAL/NO. | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|
| Search Warrant | Issued / Return | | INITIAL APPEARANCE DATE ▶ | | ☐ DISMISSED |
| Summons | Issued / Served | | PRELIMINARY EXAMINATION OR | Date Scheduled ▶ | ☐ HELD FOR GJ OR OTHER PRO-CEEDING IN THIS DISTRICT |
| Arrest Warrant Issued | | | REMOVAL HEARING | Date Held ▶ | ☐ HELD FOR GJ OR OTHER PRO-CEEDING IN DISTRICT BELOW |
| COMPLAINT ▶ | | | ☐ WAIVED ☐ NOT WAIVED | Tape Number | |
| Date of Arrest | OFFENSE (In Complaint) | | ☐ INTERVENING INDICTMENT | | |

### IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

Show last names and suffix numbers of other defendants on same indictment/information:

◆ (01) Center Art Galleris-Hawaii, Inc., (02) Mett, (03) Wiseman

| RULE | | | | |
|---|---|---|---|---|
| 20 | 21 | 40 | In | Out |

ATTORNEYS
U. S. Attorney or Asst.

DANIEL A. BENT
by Leslie E. Osborne, Ass't U.S. Atty

Defense: 1 ☐ CJA.   2 ☒ Ret   3 ☐ Waived.   4 ☐ Self.   5 ☐ Non / Other   6 ☐ PD.   7 ☐ CD

BROOK HART
333 Queen St., Suite 610
Honolulu, Hawaii  96813
PH: 526-0811

MARC J. ZILVERSMIT
4104 24th St. #168
San Francisco, CA 94114
(415) 206-1661

**9CCA - Appeal**
**Deft pro se**
**MARVIN L. WISEMAN**
**2301 Kalakaua Ave.**
**Honolulu, Hawaii 96815**
**ph:  926-2727**

5 1990

BAIL ● RELEASE
PRE INDICTMENT

| Release Date | | |
|---|---|---|
| Bail ☐ Denied | | ☐ Fugitive |
| | | ☐ Pers. Rec. |
| AMOUNT SET | | ☐ PSA |
| $ | | Conditions |
| Date Set | | ☐ 10% Dep. |
| | | ☐ Surety Bnd |
| ☐ Bail Not Made | | ☐ Collateral |
| Date Bond Made | | ☐ 3rd Prty |
| | | ☐ Other |

POST INDICTMENT

| Release Date | | |
|---|---|---|
| Bail ☐ Denied | | ☐ Fugitive |
| | | ☐ Pers. Rec. |
| AMOUNT SET | | ☐ PSA |
| $ | | Conditions |
| Date Set | | ☐ 10% Dep. |
| | | ☐ Surety Bnd |
| ☐ Bail Not Made | | ☐ Collateral |
| Date Bond Made | | ☐ 3rd Prty |
| | | ☐ Other |

### FINE AND RESTITUTION PAYMENTS

Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| 11-15-90 | 130434 Marvin Wiseman NA:$5.00;DP:$100.00 | | | | |

APPEALS FEE PAYMENTS

HG

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

WISEMAN, MARVIN L.

CR 89-00125 HMF 0
page 2

AO 256A

Yr. | Docket No. | Def.

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|------|-------------------------|---------------------|
| | (Document No.) | | (a) | (b) | (c) | (d) |

<u>1989</u>

May 5 — 11 — Table of Contents and Table of Authorities for Memorandum of Law
in Support of Motions to Dismiss Indictment, to Suppress
Government's Trial Evidence, to Suppress and Return Artwork,
to Grant All Defense Discovery Requests, for Bill of
Particulars, for Disclosure of Grand Juror Selection
Records, to Produce Grand Jury Transcript, and for
Specification of Tangible Evidence Government Intends
to Use at Trial Filed on May 3, 1989 and Certificate
of Service

8 — 12 — Exhibit List for Memorandum of Law in Support of Motions to
Dismiss Indictment, to Suppress Government's Trial Evidence,
to Suppress and Return Artwork, to Grant All Defense Discovery
Requests, for Bill of Particulars, for Disclosure of
Grand Juror Selection Records, to Produce Grand Jury
Transcript, and for Specification of Tangible Evidence
Government Intends to Use at Trial Filed on May 3, 1989
and Certificate of Service

12 — 13 — Stipulation To Permit Defendants William D. Mett and Marvin
L. Wiseman To Temporarily Travel Outside The District
of Hawaii and ORDER        **GRANTED**  <u>CONKLIN</u>
- Clerk to return passport  and passports to be returned
to the Clerk of Court w/in 24 hours of Defts' retn from Japan
of 07-04-89

15 — 14 — Notice of Filing Of Corrected Version of Center Art Galleries-
Hawaii, Inc., William D. Mett and Marvin L. Wiseman's
Pretrial Motion Pleading Filed May 3, 1989; Corrected Version
of Center Art Galleries-Hawaii, Inc., William D. Mett and
Marvin L. Wiseman's Pretrial Motion Pleading Filed May 3, 1989
and Certificate of Service

15 — Notice of Significant Errata and Certificate of Service

16 — Corrected Notice of Motions - 06-27-89 @ 9:00 a.m. (F) - and
Corrected Motions To Dismiss Indictment, To Suppress
Government's Trial Evidence, To Suppress And Return Artwork,
To Grant AL1 Defense Discovery Requests, For Bill of Particulars,
For Disclosure of Grand Juror Selection Records, To Produce
Grand Jury Transcript, And For Specification of Tangible
Evidence Government Intends To Use At Trial; Corrected
Memorandum of Law; Corrected Affidavit of Brook Hart and
Certificate of Service

18 — <u>EO:</u>  Passport released to Anthony K. Bartholomew, Esq. pursuant
to travel stipulation filed on 05-12-89

22 — 17 — Ex Parte Petition for Limited Disclosure of Grand Jury
Material; Memorandum of Points and Authorities   **<u>SEALED</u>**

23 — 18 — ORDER   <u>FONG</u>   **<u>SEALED</u>**

19 — Opposition and Reply to Defendant's Various Motions Filed
on May 3, 1989

20 — Exhibit List for Opposition and Reply to Defendant's Various
Motions Filed on May 3, 1989

SEE PAGE 3

SEE PAGE 3

Interval
(per Section II)    Start Date
End Date    Ltr. Total
Code Days

HG

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET                WISEMAN, MARVIN L.              CR 89-00125 HMF 03   page 3
    AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 1989 | | | | | | |
| Jun 9 | 21 | Ex Parte Motion for Order Shortening Time for Service and for Hearing on Defendants' Motion to Continue Trial; Affidavit of Anthony K. Bartholomew; ORDER Shortening Time for Service and for Hearing on Defendants' Motion to Continue Trial   FONG   [06-09-89 at 9:00 (F)] | | | | |
| | 22 | Notice of Motion [06-09-89 at 9:00 (F)]; Motion to Continue Trial; Affidavit of Anthony K. Bartholomew and Certificate of Service | | | | |
| | | EP:  Motion to Continue Trial - [Osborne, Hart, Cassiday present] Motion to Continue Trial - GRANTED. JS: Monday, 10-30-89 at 9:30 (C) JT: Tuesday, 10-31-89 at 9:00 (F) Mr. Osborne to prepare order for excludable time. (YI)   FONG | | | | |
| 20 | 23 | Defendants' Response To Government's Opposition And Reply To Defendants' Various Motions Filed On May 3, 1989; Affidavit Of Arnold J. Ross; Affidavit of Brook Hart and Certificate of Service | | | | |
| | 24 | Exhibit List For Defendants' Response To Government's Opposition And Reply To Defendants' Various Motions Filed On May 3, 1989 And Certificate of Service | | | | |
| 23 | 25 | Government's Further Opposition to Defendants' Motions | | | | |
| 26 | 26 | Defendants' Reply to Government's Further Opposition to Defendants' Motions and Certificate of Service | | | | |
| 27 | 27 | Notice of Correction of the Record in Regard to the Motion for Continuance Hearing of June 9, 1989 | | | | |
| | | EP:  Various Motions - [Osborne, Godbey, Fox, Wing & Hart present]. Arguments heard. M/Dismiss for Prejudicial Pre-Indictment Delay - DENIED. M/Dismiss for Prejudicial Pre-Indictment Publicity - DENIED. M/Dismiss for Failure to State Claims of Fed. Fraud - DENIED. M/Dismiss for Failure to State Claims of Securities Fraud - GRANTED. Counts 85 - 93 DISMISSED. M/Dismiss for Insufficient and Defective Indictment - DENIED. M/Dismiss for Disclosure of Grand Jury Material to Private Party - DENIED M/Dismiss for Violations of Due Process - DENIED. M/Dismiss for Previously Suppressed Evidence Considered by Grand Jury - DENIED. Production of Records Concerening Grand Jury Selection - GRANTED. Production of Grand Jury Transcript - DENIED. Further hearing on various motions contd to Wed., 06-28-89 at 9:00 a.m.   (YI)   FONG | | | | |
| 28 | | EP:  Further Hearing on Various Motions - [Osborne, Godbey, Fox, Wing & Hart present]. Production of Electronic Recordings - GRANTED. Production of All Statements - GRANTED IN PART & DENIED IN PART Production of Govt Exhibit List - GRANTED. Govt to prepare Exhibit List in 42 days and amended list in 21 days. | | | | |

[contd on page 4]

Interval
(per Section II)  | Start Date
End Date | Ltr. | Total
Code | Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

**HG**

CR 89-00125 HMF 0
page 4

WISEMAN, MARVIN L.

AO 256A

| Yr. | Docket No. | Def |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------|------|------|------|------|
| | (Document No.) | (a) | (b) | (c) | (d) |
| **1989**<br>Jun 28 | [Further Hrng on Various Motions, contd from page 3]<br>M/Bill of Particulars - DENIED.<br>Production of "Bad Acts" Evidence - DENIED.<br>CST: Thomas Maxwell (further direct examination contd<br>to 07-19-89); John Ellis (this witness taken out of order to<br>accommodate schedule). Exhibits admitted: Govt's 6, 7, 1,<br>2, 5, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19, 20, 21,<br>22, 23, 25. Further hearing on various motions contd<br>to 07-19-89 at 1:30 p.m.    (YI)  FONG | | | | |
| Jul 19 | EP: Various Motions - Hart, Wing, Osborne & Godbey present.<br>Defts' M/Produce Statement of Witnesses GRANTED. The Court<br>will review the documents in camera before they are released<br>to defense counsel. Govt's Witness: Robert Demuro, CST.<br>Govt's Exhib 60-65 Admitted. Deft's Exhib A,B & C Admitted.<br>Further hrng contd to 07-20-89 @ 10:30 a.m. (F)  (TC) FONG | | | | |
| 20 | EP: Further Evidentiary Hrng - Hart, Wing, Osborne present.<br>Cross Exam of Robert Demura. Defts' Exhib: D Admitted.<br>Further hrng contd to 07-21-89 @ 9:00 a.m. (F)  (TC) FONG | | | | |
| 21 | EP: Further Evidentiary Hrng - Hart, Wing, Osborne present.<br>Further cross exam of Robert Demuro contd. Govt's Witness<br>Richard Portman, CST. Defts' Exhib: E & F Admitted.<br>Govt's Exhib: 3, 7a, 26-56, 57-1, 57-2,57-3, 58 & 59 Admitted.<br>Govt's Exib 66 is <u>returned</u> to defense counsel. Further<br>Hrng contd to 08-08-89 @ 9:00 a.m. (F)  (Steve Platt) FONG | | | | |
| Aug 4    28 | Notice of Motion [08-25-89 at 1:30 pm (F)]; Defendants' Motion<br>to Strike Alleged Omissions from Indictment; Affidavit<br>of Brook Hart; Exhibit A and Certificate of Service | | | | |
| 9 | EP: FURTHER EVIDENTIARY HEARING - Monsignor Eugene V. Clark,<br>CST.  Deft's Ex. J - ADMITTED.  Further Trial contd to<br>08-10-89 at 9:00 am.         (Steve Platt)  FONG | | | | |
| 29 | Supplemental Affidavit of Brook Hart and Certificate of<br>Service | | | | |
| 30 | Supplemental Memorandum Re: Production of Materials pursuant<br>to Rules 26.2 and 12(i), F.R. Cr. P. and Certificate<br>of Service | | | | |
| 10 | EP: FURTHER EVIDENTIARY HEARING - Monsignor Eugene V. Clark<br>recalled.  Richard A. Portmann recalled.  Exhibits admitted:<br>G,H,I,K,L.  Further hrng contd to 10-11-89 at 9:00 am.<br>(Steven Platt) FONG | | | | |
| 11 | EP: FURTHER EVIDENTIARY HEARING - Examination of Richard A.<br>Portmann resumed.  Exhibits admitted: P-6a & P-7b; M<br>thru MMMM.  Ordered that the government is confined to<br>call only the 36 victim witnesses already identified<br>and known to the defendants in its case in chief.<br>Further hearing contd to 08-15-89 at 9:00 am.<br>(Steven Platt) 9:00 am to 6:00 pm<br>(ESR/GB) 7:00 pm to 10:00 pm  FONG | | | | |
| 15 | EP: FURTHER EVIDENTIARY HEARING - Further Examination of<br>Thomas Maxwell resumed.  Exhibits admitted: NNNN, OOOO,<br>PPPP, QQQQ, RRRR, SSSS, TTTT, & UUUU.  Ordered that<br>further memoranda be filed no later than 09-11-89. | | | | |

**CONTINUED ON PAGE 5**

| | Interval<br>(per Section II) | Start Date<br>End Date | Ltr.<br>Code | Total<br>Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET                    WISEMAN, MARVIN 1.                    Cr. 89-0012
AO 256A                                                                 Pg 5

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 1989 Aug 15 | | CONTINUED FROM PAGE 4: | | | | |
| | | Motions will be taken under advisement thereafter. Further ordered that the government return the crates to the defendant corporation no later than the end of next week.        (Steven Platt)        FONG | | | | |
| | | EO: Hearing on Motion to Strike Alleged Omissions from the Indictment contd from 08-25-89 and 09-25-89 to 10-10-89 at 3:45 pm.  If further motions are filed, they will be noticed for the same date.        FONG | | | | |
| 23 | 31 | Notice of Filing of Original Affidavit of Arthur J. Viviani and Certificate of Service | | | | |
| 25 | 32 | ORDER Granting Defendant's Motion to Review the Records of the Grand Jury Selection Process        FONG | | | | |
| | 33 | ORDER Continuing Trial and Delineating Excludable Time (Time from 06-08-89 to 10-31-89 shall be excludable time) (Title 18 U.S.C. 3161(h)(8)(B)(ii) and (iv))        FONG | | 06-09-89 10-30-89 | T | 144 |
| 30 | | Partial Transcript of Proceedings - 08-11-89 at 7:05 pm - V/ARS, Inc. (Patricia A. Petrilla) - Orig. - 104 pgs. | | | | |
| 31 | 34 | EP: SUPERSEDING INDICTMENT - PS ordered & issued; retn 09-05-89 @ 9:00 a.m. (C)        (Judy Powers) CONKLIN | | | | |
| | 35 | ORDER GRANTING In Part And DENYING In Part Defendants' Various Motions To Dismiss, For The Production of Items, And For A Bill of Particulars        FONG cc: Hart, Cassiday, Weiner thru Hart | | | | |
| Sep 5 | | EP: A&P TO SUPERSEDING INDICTMENT - Defts Mett and Wiseman present with counsel Hart.  Cassiday present for Deft Center Art Galleries.  Copy of Superseding Indictment received by defts.  ARRN WAIVED.  Plea of NOT GUILTY entered. JS w/JT to follow: 10-31-89 at 9:30 (F) FPT conf.: 10-25-89 at 2:00 (C) Deft's Mtns Due: 09-19-89 Govt's Resp Due: 10-03-89        (ESR/GB) CONKLIN | | | | |
| 7 | 36 | Return on PS - executed by USM via certified mail - 9-1-89 - RRR - 09-02-89 | | | | |
| 8 | 37 | ORDER Modifying Order of August 31, 1989        FONG cc: Hart, Weiner, Cassiday, Osborne | | | | |
| 11 | 38 | Opposition to Defendant's Motion to Strike "Surplusage"; Memorandum of Law in Support of Motion; Certificate of Service | | | | |
| | 39 | Governments Supplementary Pleading in regard to the Defendants Request for the Return on Certain Pieces of Artwork in Accordance with Rule 41(e) Federal Rules of Criminal Procedure; Declaration of Leslie E. Osborne, Jr.; Certificate of Service | | | | |
| 13 | 40 | Defendants' Supplemental Memorandum in Support of Motion to Suppress Government's Trial Evidence as Tainted Fruit of the Illegal Search and Seizure and Certificate of Service | | | | |
| | 41 | Supplementary Pleading in Regard to the Taint Question; Attachments; Certificate of Service | | | | |

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|---|

CONTINUED ON PAGE 6

HG

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U. S. vs    WISEMAN, MARVIN L.

Cr. 89-00125HMF-03
Pg. 6

AO 256A

| | Yr. | Docket No. | Def. |

| DATE | | PROCEEDINGS (continued) | V EXCLUDABLE DELAY | | | |
|------|------|-------------------------|-----|-----|-----|-----|
| | (Document No.) | | (a) | (b) | (c) | (d) |

1989

Sep 19  42  Notice of Motions [10-10-89 at 3:45 pm (F)] and Motions to
Dismiss Superseding Indictment, to Suppress Government's
Trial Evidence, to Suppress and Return Artwork, to Grant
all Defense Discovery Requests, for Bill of Particulars,
to Produce Grand Jury Transcript, to Strike Surplusage,
for Leave to Take Foreign Depositions, to Dismiss the
Original Indictment; Memorandum of Law; Affidavit of Brook Hart;
Exhibits A-Y and Certificate of Service

20  43  Ex Parte Application by the United States for the Issuance of
an International Letter Rogatory

44  Memorandum in Support of Ex Parte Application by the United
States for the Issuance of an International Letter
Rogatory

22  45  ORDER                                    FONG
Application of the US for Issuance of An International
Letter Rogatory GRANTED; Letter Rogatory having been
submitted to the court in duplicate, one original retained
in court's files and the other original returned to the
US for translation & transmittal to the appropriate judicial
authorities in France

46  International Letter Rogatory To The Republic Of France

27  47  ORDER DENYING Defendants' Various Motions To Dismiss The
Superseding Indictment, DENYING Defendants' Motion For
A Bill of Particulars, GRANTING in Part and DENYING in
Part Defendants' Various Motions For the Production of
Items, And DEFERRING Ruling On Defendants' Various Motions
To Suppress And Return Evidence              FONG
cc: all counsel

Oct 3  48  Opposition of the United States to Defendants' Omnibus Motions
of September 19, 1989; Affidavit of John S. Ellis; Declaration
of Leslie E. Osborne, Jr.,; Certificate of Service

6  49  Supplementary Pleading In Regard To The Taint Question And
The Relation Of The Search Of April 15, 1987 To The
Prosecution Of Center Art For Fraudulent Practices
Relating To The Sale of So-Called "Celebrity" Art;
Exhibits 1-3; Certificate of Service        - by govt

10  EP:  Deft's M/Dismiss Or To Suppress due to Stout's Ethical
Violations DENIED
Deft's M/Dismiss Counts based on prosecutorial vindictiveness
and ABuse Of Grand Jury Proceedings DENIED
Deft's M/Strike Surplusage in Superseding Indictment DENIED
Deft's M/Permission to take depositions at the close of
Govt's case in chief DENIED
Deft's M/Dismiss Original Indictment DENIED  (TC) FONG

50  Affidavit of Brook Hart; Exhibits A-C

51  Affidavit of Christopher D. Ferrara

12  EO:  U.S. Passport returned to Clerk's Office & placed in **VAULT**
purs to 05-12-89 order.  In addition expired U.S. Passport
surrendered & placed in **VAULT**

13  52  ORDER GRANTING In Part And DENYING In Part Defendants' Motions
To Suppress Evidence And To Return Dali Artworks FONG
cc: all counsel

| | Interval | Start Date | Ltr. | Total |
| | (per Section II) | End Date | Code | Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

WISEMAN, MARVIN L.   CR89-00125 HMF 03   page 7

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|------|------|------|------|
| | (Document No.) | (a) | (b) | (c) | (d) |
| **1989** | | | | | |
| Oct 20 | EO:  Stipulation between Osborne & Center Art, case will be contd to 11-28-89 per Judge Fong | | | | |
| 25  53 | Notice of Proposed Order | | | | |
| 27  54 | ORDER DENYING Defendants' Motions To Dismiss Superseding Indictment; Suppress Evidence, Strike Surplusange, And Take Foreign Depositions And GRANTING Defendants' Motion To Dismiss Original Indictment                    FONG | | | | |
| | cc: all counsel | | | | |
| Nov 2  55 | ORDER Granting Disclosure of Master Jury Wheel      FONG | | | | |
| 14  56 | JURY Panel Review | | | | |
| 15  57 | Supplementary Statement Re: Jury Panel Review | | | | |
| 58 | Supplemental Memorandum In Re: Government's Opposition And Reply To Defendant's Various Motions Filed On May 3, 1989 | | | | |
| 17  59 | Supplementary Statement Re: Jury Panel Review and Certificate of Service | | | | |
| 60 | Statement Of Facts Regarding Michael Ward Stout | | | | |
| | **SEALED BY ORDER OF THE COURT** | | | | |
| 61 | Government's Proposed Voir Dire Questions | | | | |
| 62 | Trial Memorandum; Certificate of Service   -  [USA] | | | | |
| 63 | Notice of Motion - 11-22-89 @ 9:00 a.m. (F) - Motion To Dismiss Superseding Indictment And To Produce Grand Jury Transcript; Memorandum Of Law; Affidavit of Brook Hart And Exhibit A and Certificate of Service | | | | |
| 20  64 | Opposition of the United States to Defendant's Motion to Dismiss Superseding Indictment and to Produce Grand Jury Transcript; Declaration of Leslie E. Osborne | | | | |
| 21  65 | Government's Statement Concerning Jurors Designated "C.R." In Jury Panel Review No. 2 | | | | |
| 66 | Jury Panel Review No. 2 | | | | |
| 67 | Notice of Motion - n/a - Motion For Change of Venue; Memorandum of Law ; Affidavit of Brook Hart and Certificate of Service | | | | |
| 22  68 | EP:  M/Dismiss Superseding Indictment & To Produce Grand Jury Transcript - Hart, Wing, Osborne present. Oral Arguments. Motion is DENIED. M/Change of Venue - DENIED. PT Conf - Court discussion re- Procedures at Trial and atty Hart's Oral M/Cont Trial - GRANTED. JS:  11-28-89 @ 9:30 a.m. (F) JT:  12-05-89 @  9:00 a.m. (F) Osborne to prepare order       (Stephen B. Platt)      FONG | | | | |
| 69 | Opposition Of The United States To Defendants Motion For Change of Venue; Affidavit of Patricia Virgilio | | | | |
| 24  70 | Notice of Motion - [to be heard at trial] - Motion to Compel Discovery; Affidavit of Leslie E. Osborne, Jr.; Attachments A&B | | | | |
| 27  71 | Defendants' Proposed Instructions And Questions To Be Addressed To Prospective Jurors By The Court | | | | |
| 28  72 | EP:  JURY SELECTION - Osborne, Godbey, Hart, Wing, Cassiday, Fox & Weiner present. 57 jurors present for Jury Selection; individual voir dire for 27 jurors who read or heard about case; 12 jurors and 4 alts selects; Parties stipulate to addit peremptory challengs: USA 9 & 2 alt; Defts 15 & 2 alts; Challenge sheet attached. Jurors instr to retn for tiral on 12-05-89 @ 9:00 a.m. Parties adv of fine sched for late attys - $100.00 for each 10 min pd up to $500.00 after 50 min the offending party will spend the night in the custody of the USM (Stephen Platt)  FONG | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*    WISEMAN, MARVIN L.

Page 8
89 00125 HMF 03

HG

AO 256A ⊕

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |

Nov 30 73 — ORDER Setting Hearing Date And Setting Deadlines For Submissions
Regarding Defendants' Motion Re Publicity   FONG
cc: all parties

Dec 1 74 — Notice of Motion - 12-05-89 @ noon - Motion In Limine To Exclude
From Evidence Hearsay Affidavits; Memorandum of Law; Exhibits 1 - 25;
and Certificate of Service

4 75 — Opposition of the United States to Defendants' Oral Motion
for a Restraining Order Prohibiting Communication with
the Media; Attachment "A"

76 — Gannett Pacific Corp., dba The Honolulu Star-Bulletin's,
Memorandum in Opposition to Order Re: Publicity;
Affidavit of Gwenda Iyechad

77 — Defendants' Memorandum of Law in Support of Oral Motion
Restricting Communications with the Media; Exhibits
A-D

78 — Government's Witness List

5 79 — Order Denying Defendants' Motion to Dismiss Superseding
Indictment, For Production of Grand Jury
Transcripts, and for Change of Venue   FONG

80 — EP: 2nd Day of Trial
The Court convenes without the jury to voir dire Juror
Sapp. Later the jury is present and sworn. Defendant's
Motion in Limine to preclude the parties or the Court
personnel from making statements or comments to the
media is DENIED.
Opeing statements. The corporate defendant reserve
it's opening. Govt's Witness: Dolores Bechtel CST.
Govt's Exhibits: 190, 192-195, 195a, 196, 204-209, 209a,
210-214, 214a, 217, 218, 445, 445a and 446 ADMITTED.
Defts' exhibit: 6 ADMITTED. Further trial cont'd.
to Dec. 6, 1989 at 9:00 a.m.   FONG

6 81 — EP: 3rd Day of Trial - Govt's witnesses: Raymond Bechtel and
Michael Allison CST. Govt's Exhibits 7a,7a-1,8,8a,
8b,8c,8c-1, 198,199,199a, 199a-2,200, 201,202,203,215,
216,1,1a,3,3a,135,136,136a,136b,136c,137,138,139,140,
142,142a,143,144,145,146,147,148,149,448,449,450,451,
452,453,454 & 1389 admitted. Defendants' Exhibits 8
& 9 admitted. Further trial continued to 12/7/89 @ 9:00
a.m.                    (YI)          FONG

7 82 — EP: 4th Day of Trial - Further cross examination of Michael
Allison continued. Govt's witnesses: William West,
Sherman Nelson and Allen Wise CST. Defendants' Exhibits
12-15 admitted. Govt's Exhibits 2,2A,2b,71,71a,71b,
72,72a,72b,73,73a,73b,73c,74,74a,74b,494,495,845,846,
847,848,849,850,851,852,853,1402,59,60,61,61a-61c,104,
104a,486-489,637-642, 645a-645d,90,90a,91,91a,92,92a,
871-875,877,1345-1348,1385-1387 admitted. Further
trial continued to 12/8/89 @ 9:00 a.m.   (YI)   FONG

8 83 — EP: 5th day of Trial - Further cross examination of Allen
Wise continued. Govt's witnesses: Ann Armet, Christopher
Rodenhurst, Terry Rodenhurst and Nora Johnson CST.
Defendants' Exhibits 21,22 & 24 admitted.  (continued)

Interval
(per Section II)   | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT                    **HG**
CRIMINAL DOCKET

AO 256A                    WISEMAN, MARVIN L.    CR 89-00125 HMF 03   page 9

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | [Document No.] | (a) | (b) | (c) | (d) |

**1989**
**Dec 8**
Govt's Exhibits:
464,465,1379,157a,157b,158a,1382,78,78a,79,79a,80,80a,
80b,81,81a,151,1383,82,82a,150,154,155,155a,77,743,755,
756,747,757,758,759,750,751,752,753,753a,760,761,762,
763,472,470,473,471,755,1392,1393,1394 & 1395 admitted.
Further trial continued to 12/12/89 @ 9:00 a.m.
                                        (YI)   FONG

11  84  Opposition of the United States to Defendants' Motion in Limine
to Exclude From Evidence Hearsay Affidavits

12  85  EP: 6th Day of Trial - Further direct examination of Nora
Johnson continued. Govt's witnesses - James A. Brunner
and Dr. Juan Garcia San Miguil CST. Govt's Exhibits
1401,1400,1397,1398,1396,1399,268,269,279,1409,22,21,21A,
456,455,458,457 and 1285 admitted. Defendants' Exhibits
26 and 27 admitted. Interpreter Anna Maria Pruneda Smith
sworn. Further trial continued to 12/13/89 @ 9:00 a.m.
                                        (SP)   FONG

13  86  EP: 7th Day of Trial - Govt's witness - A. Reynolds Morse
CST. Govt's Exhibits 1412,1413,1301,1418,2039,1414,
and 1349 admitted. Defendants' Exhibits 101,103,104,
105, 120,121,122,126,128,133,180a,152,154 & 153 admitted.
Further trial continued to 12/14/89 @ 9:00 a.m.
                                        (SP)   FONG

    87  Opposition of the United States to Defendants' Motion to Exclude
Statements of Employee and Agents of Center Art
    88  Memorandum of Law;  Exhibit "A" - On Behalf of Defendants

14  89  EP: 8th Day of Trial - Further redirect examination of A.
Reynolds Morse continued. Govt's witnesses - Leilani
Petranek and Robert Demuro CST. Govt Exhibits 673,674,
1356,1364,1357,62,1358,1359,712,710,710A,711 admitted.
Defendants' Exhibits 166 admitted. Further trial continued
to 12/15/89 @ 9:00      (SP)   FONG

15  90  Notice of Motion;  Motion in Limine to Exclude Expert Testimony;
Memorandum of Law and Certificate of Service -
On Behalf of Defendants

    91  EP: Further Jury Trial - 9th Day of Trial - Defendants
present. Jurors are present. Govt witness - Robert
Demuro resumes the witness stand. Govt Exhibits
1148,1153,1154,1155,1156,1157,1158,1159,1161,
1162,1163a,1163,1152,1149,1150,1234,1240,1235,1164,
1165,1166,1167,1168,1169,1170;  Defendant's Exhibits
167,168,169 admitted in evidence. Denise Wheeler
CST. Govt Exhibits 857,856,858,862,75,75a,76,76a,
76B,865,870,870a, 1141,1410;  Defendants Exhibits
171,173 admitted in evidence. Request for prior
consistent statement DENIED. Jury will take friday
off. Jurors excused until 12/19/89 @ 9:00 a.m.
                                        (SP)   FONG

18  92  Memorandum of Law in Support of Motion to Exclude Prejudicial,
Irrelevant and Cumulative Evidence and Certificatge of
Service - On Behalf of Defendants

| | | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|---|---|

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

Page 10

**HG**

WISEMAN, MARVIN L.

89-00125 HMF-03
Yr. | Docket No. | Def.

AO 256A ⊕

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|--|------------------------|---------------------|
| | (Document No.) | | (a) \| (b) \| (c) \| (d) |

**1989**

**Dec 19  93**  EP:  <u>10th Day of Trial</u> - Defendants' Motion in Limine to
preclude the Affidavit of Dale DENIED.  Govt's witnesses:
John Benzenberg, Edmond William Boenisch, Martin Gordon
and Thomas Waltz CST.  Govt's Exhibits - 226,222,223,230,
455A,229,229A,229B,219,6,6A,227A,227B,474,11,11A,11B,240,241,
14,14A,14B,16,16A,16B,16C,15,15A,244,13,17,243,12,
245,250,18,18A,246,247,248,508,509,510,511,512,513,
514,1433,835,835A,836,843,69,69A,69B,1431 and 1432 admitted.
Defendants' Exhibits 252 admitted
(SP)                        FONG

**20  94**  EP:  <u>11th Day of Trial</u> - Defendants' Motion in Limine to
Preclude the Testimony of Janet Owskey DENIED.  Govt's
witnesses:  Thomas Waltz and Martin Goldberg CST.
Govt's Exhibits 227,70,70A,841,842,839,1430,1429,515,
522,523,524,390,391,392,408,401,400,399,393,414,412,
413,403,402,424,411,417,447 admitted.  Defendants'
Exhibits 253,254,255,256 admitted  (SP)        FONG

**21  95**  EP:  <u>12th Day of Trial</u> - The court declares a recess for today
since several members of the jury are ill.  Trial
continued to 1/3/90 @ 9:00 a.m.     (SP)        FONG

**26  96**  Memorandum of the United States in Opposition to Defendants'
Oral Motion to Exclude Evidence

**97**  Opposition of the United States to Defendants' Motion in Limine
to Exclude Expert Testimony;  Attachment "A"

**28  98**  Notice of Motion;  [1/3/90 @ 9:00 a.m. Fong]  Motion of the
United States to Quash Subpoena Duces Tecum;  Memorandum of
Points and Authorities;  Exhibit A

**1990**

**Jan 2  99**  Reply Memorandum of Law in Further Support of Motion to
Exclude Prejudicial, Irrelevant and Cumulative Evidence

**100**  Memorandum in Support of Subpoena Seeking Production of
Documents from Peter Morse; Exhibit "A"

**3  101**  EP:  12th DAY OF TRIAL -
Deft's Motion to Exclude the other Reproductions other
that the 26 images contained in the Indictment GRANTED.
Defts' Motion to Exclude the testimony of George Albert
Field and Peter Morse DENIED.  Govt's Motion to Quash
the Subpoena Duces Tecum as to Peter Morse is GRANTED
except as to the documents relating to the 26 images.
Govt's Witnesses:  George Albert Field and Peter Morse
CST for the limited purpose as to their expertise in
authenticity and evaluation.  Deft's exhibits:  150,
394, 300, 304, 306, 307, 308, & 309 ADMITTED for the
same limited purpose.  Govt's Witnesses:  Tony Curtis
and Robert Wacloff CST.  Defts' Exhibit: 400 ADMITTED.
Govt's Exhibits:  1447, 796, 797, 798, 444, 799, 800,
801, 436, 438, 439, 802, 803, 437, 804, 805, 806, 807,
807a, 808, 809, 810, 433, 434, 435, 421, 423, 424, 420,
422, & 427 ADMITTED.  Further trial contd to Jan 4, 1990
at 9:00 am.                    (TC)        FONG

**CONTINUED ON PAGE 11**

Interval
(per Section II)    Start Date / End Date    Ltr. Code / Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

WISEMAN, MARVIN L.

Page11

AO 256A

Cr. 89-0

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |

1990

Jan 4  102  EP: 13th DAY OF TRIAL -
Further Cross Examination of Robert Wacloff contd.
Govt's Witness: Gregg Scott Filippelli CST. Deft's
Exhibit: 402 ADMITTED. Govt's Exhibits: 814, 814a,
426,428,425,814b,430,431,815,815a,816,817,818,819,67,
429,432,344,345,346,347,348,354,338,350,352,351,349,
359,360,363,362,361,342,28,28a,28b,28c,341,355,364,
365,339,29,29a,496,497,498,340,&1448 ADMITTED. Further
trial contd to 1-5-90 at 9:00 am.     (TC)   FONG

5  103  EP: 14th DAY OF TRIAL -
Govt's Witnesses: Robert Wacloff and George Albert
Field CST. Govt's Exhibits: 1436,1437,1438,1439,1440,
1441,1442,1443,1444,1445,1445a,1437a ADMITTED. Defts'
Exhibits: 403 ADMITTED. Further trial contd to
Jan 9, 1990 at 9:00 am.     (TC)   FONG

9  104  EP: FURTHER JURY TRIAL - 15th DAY OF TRIAL -
Examination of George Albert Field resumed. Exhibits
ADMITTED - P-1146; D-151 & D-410. Oral Motion for
Production of Records of Payments made by the Government
to George Albert Field - GRANTED. Further trial contd
to 1-10-90 at 9:00 am.     (SP)   FONG

10  105  EP: FURTHER JURY TRIAL - 16th DAY OF TRIAL -
Examination of George Albert Field resumed. Reto
Gaugenrieder CST. Exhibits ADMITTED: D-109, D-116A,
D-116B, D-116C, D-116G, & D-150 (for a limited purpose
only.), & D-700. Ordered that the objections to the
testimony of government's witness Stout be filed in
writing. Hearing on Cross-Motions in Limine is set for
1-11-90 at 9:00 am and further trial contd to 1-11-90
at 1:30 pm.     (SP)   FONG

11  106  EP: FURTHER JURY TRIAL - 17th DAY OF TRIAL -
Cross-Motions in Limine re: Testimony of Michael Ward
Stout argued. Court outlined the parameters in which
Mr. Stout will be allowed to testify. Hearing held
with regards to government's witness Brigette Eitingon.
Parties stipulated that she may leave the jurisdiction
and return to testify at a later date. Minute entry of
1-10-90 with regards to filing of objections to the
testimony of government's witness Ward is stricken.
Ordered that objections to the introduction of video
tape by the government be filed in writing. Michael
Stout CST. "STATEMENT OF FACTS REGARDING MICHAEL WARD
STOUT" filed 11-17-89 (Document #59) ordered unsealed.
Juror #3, Maria Vegas, discharged and substituted by
Alternate Juror #1, Owen Sumikawa. Exhibits ADMITTED:
P-1092B. Further jury trial contd to 1-12-90 at 9:00 am
     (TC)   FONG

12  107  EP: FURTHER JURY TRIAL - 18th DAY OF TRIAL -
Motion to Strike the Testimony of Michael Stout as it
related to the Moses image - GRANTED. Examination of
Michael Stout resumed. Clinton Adams, CST. Exhibits
ADMITTED: P-1451. Further trial contd to 1-17-90 at
9:00 am.     (TC)   FONG

Interval
(per Section II)

Start Date
End Date

Ltr.
Code

Total
Days

CONTINUED ON PAGE 12

HG

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET      *U. S. vs*      WISEMAN, MARVIN L.

Cr. 89-00125HMF-03
Pg. 12

| | Yr. | Docket No. | Def. |

AO 256A ⊕

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|--------------------------|-----------------------|
| | (Document No.) | (a) | (b) | (c) | (d) |

1990

**Jan 17 108**   EP:   FURTHER JURY TRIAL - 19th DAY OF TRIAL -
Patricia Bascom, CST. Jennifer Vorbach, CST. Exhibits
ADMITTED: P-1063, P-1064, P-1066 thru P-1075, P-1077
thru P-1090b, P-1452, P-1453, P-1455 & P-1456. Further
trial contd to 1-17-90 at 12:30 pm.  (TC)  FONG

**18 109**   EP:   FURTHER JURY TRIAL - 20 th DAY OF TRIAL -
Examination of Jennifer Vorbach resumed.  Further trial
contd to 1-19-90 at 9:00 am.  (TC)  FONG

**19 110**   EP:   FURTHER JURY TRIAL - 21st DAY OF TRIAL -
James L. Cox, CST. Kenneth Nahan CST.  Video tape
deposition of J.E. Wolfenberger played.  Motion to strike
the testimony of Kenneth Nahan - GRANTED. Exhibits
admitted: P-25a, P-25b, P-25c, P-26a, P-26b, P-26c,
P-326 thru P-337, P-441 thru P-443 & P-1434; D-724.
Further trial contd to 1-30-90 at 9:00 am. (SP) FONG

**30 111**   EP:   FURTHER JURY TRIAL - 22nd DAY OF TRIAL -
Video deposition of J.E. Wolfenberger resumed.  Further
trial contd to 1-31-90 at 9:00 am.  (TC)  FONG

**31 112**   EP:   FURTHER JURY TRIAL - 23rd DAY OF TRIAL -
The minutes of January 26, 1990 is amended to read,
"Video Deposition of Ruedi Wolfensberger played".
Video Deposition of Ruedi Wolfenberger resumed.  Virgilia
Pancoast CST. Robert Descharnes CST. Dr. Henry Niedzielski,
French Interpreter, Voir Dired.  Exhibits ADMITTED: P-1435,
P-1002 thru 1038, P-1040 thru P-1051, P-1056 thru P-1061,
P-1314, P-1317, P-1991, P-468 & D-1 thru D-5.  P-1032
and P-1059 withdrawn.  Further trial contd to 2-1-90 at 9:00 am.
(TC)  FONG

**Feb 1 113**   EP:   FURTHER JURY TRIAL - 24TH DAY OF TRIAL -
Dr. Henry Niedzielski, French Interpreter for the Government,
sworn.  Magda Alexander, French Interpreter for the
defense sworn.  Examination of Robert Descharnes resumed.
Exhibit admitted: P-1266.  Further trial contd to
2-2-90 at 9:00 am.  (SP)  FONG

**2 114**   EP:   FURTHER JURY TRIAL - 25TH DAY OF TRIAL -
Examination of Robert Descharnes resumed.  Exhibits
Admitted: D-802, D-802A, D-802B, D-812, D-813, D-823,
D-824, D-826 & D-827; P-199B & P-1266A.  Further trial
contd to 2-6-90 at 9:00 am.  (SP)  FONG

**6 115**   EP:   FURTHER JURY TRIAL - 26TH DAY OF TRIAL -
Carol Cavanaugh CST.  Richard "Red" Skelton CST.  Milton
Bergthold CST.  Theodore Ray Fleming CST.  Exhibits
admitted:  P-1458, P-1461, P-1462, P-1100 thru P-1121,
P-1123, P-1124, P-1124CC, P-1124DD, P-1128, P-1130,
P-1131, P-30 thru P-35, P-367, P-368, P-515 & P-516;
D-829 thru D-838.  Further trial contd to 2-7-90 at
9:00 am.  (SP)  FONG

**CONTINUED ON NEXT PAGE**

Interval
(per Section II)

Start Date
End Date

Ltr.
Code

Total
Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET                                        HG

AO 256A                    WISEMAN, MARVIN L.    CR 89-00125 HMF 03 page 13

| DATE | | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|---|
| | | | (Document No.) | (a) | (b) | (c) | (d) |

**1990**

**Feb 7** 116  EP:  FURTHER JURY TRIAL - 27TH DAY OF TRIAL -
Janet Ruth Owskey CST. Pamela Prince CST. Dennis Eugene
Reilly CST. Sylvia Gomes CST. Elizabeth Harris CST.
Exhibits admitted: P-665 thru P-672, P-1402, P-1417,
P-1422 thru P-1426, P-63, P-64, P-64A, P-714, P-714A,
P-715, P-717, P-720, P-722 thru P-725, P-728, P-730
thru P-732, P-459 thru P-463, P-1467, P-1468, P-482
thru P-484, P-734 thru P-740; D-841. Further trial
contd to 2-8-90 at 9:00 am.            (SP) FONG

**8** 117  EP:  FURTHER JURY TRIAL - 28TH DAY OF TRIAL -
Examination of Dr. Elizabeth Harris recalled. Frank
Iverson CST. Further trial contd to 2-9-90 at 9:00 am.
(SP) FONG

**9** 118  EP:  FURTHER JURY TRIAL - 29TH DAY OF TRIAL -
Examination of Frank Iverson resumed. Howard Char CST.
Charleen M. Goetz CST. Michael Aho CST. Exhibits ADMITTED:
D-170, D-821, D-844 thru D-846, D-848, D-849 & D-852;
P-36 thru P-40C, P-83E, P-84, P-105 thru P-108A, P-110
thru P-112A, P-114, P-116 thru P-119, P-122, P-126, P-129,
P-132 thru P-134A, P-298 thru P-301, P-303, P-315, P-316,
P-319, P-322, P-323, P-369 thru P-374, P-377 thru P-383,
P-542 thru P-550, P-1333 thru P-1335, P-1338 thru P-1340,
P-1344, P-1420 and P-1470 thru P-1477. Further Trial
contd to 2-13-90 at 9:00 am.            (SP) FONG

**13** 119  EP:  FURTHER JURY TRIAL - 30th DAY OF TRIAL -
Examination of Michael Aho resumed. Jay Broadway CST.
Leroy Olson CST. Jesse Koontz CST. Exhibits ADMITTED:
P-19, P-20, P-20A thru P-20D, P-85, P-86, P-86A, P-251,
P-253 thru P-258, P-260 thru P-265, P-499 thru P-503,
P-594 thru P-597A, P-1180 thru P-1184, and P-1321 thru
P-1326; D-854 & D-855. Further trial contd to 2-14-90
at 9:00 am.            (SP) FONG

**14** 120  EP:  FURTHER JURY TRIAL - 31ST DAY OF TRIAL -
Gregory Masserang CST. Dena Hall CST. Exhibits ADMITTED:
P-55 thru P-55C, P-485, P-611, P-612, P-614, P-615, P-618
thru P-622; D-668, D-862, D-890, D-892 thru D-896. Further
trial contd to 2-15-90 at 9:00 am.            (SP) FONG

**15** 121  EP:  FURTHER JURY TRIAL - 32ND DAY OF TRIAL -
Examination of Dena Hall resumed. Richard B. Inghram CST.
Walter Maibaum CST. Exhibits ADMITTED: D-141A; P-43
thru P-45C, P-102, P-532, P-534 thru P-538, P-572 thru
P-575, P-578 thru P-580B, P-1480 thru P-1489D & P-1493.
Further trial contd to 2-16-90 at 9:00 am. (SP) FONG

**16** 122  EP:  FURTHER JURY TRIAL - 33RD DAY OF TRIAL -
Examination of Walter Maibaum resumed. Further trial
contd to 2-21-90 at 9:00 am.            (SP) FONG

**21** 123  EP:  FURTHER JURY TRIAL - 34TH DAY OF TRIAL -
Brigitte Eitingon CST. Exhibits admitted: P-946 thru P-951,
P-955 thru P-958, P-960 thru P-983, P-986 thru P-991,
P-994 thru P-996, P-998 & P-999; D-1200 thru D-1206; A-4093.
Further trial contd to 2-22-90 at 9:30 am. (SP) FONG

CONTINUED ON PAGE 14                     Interval        Start Date   Ltr.  Total
                                       (per Section II)   End Date   Code  Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*          WISEMAN, MARVIN L.

HG

Cr. 89-00125HMF-03
Pg. 14

AO 256A

| Yr. | Docket No. | Def. |
|-----|-----------|------|

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|--|-------------------------|---------------------|

**1990**

**Feb 22  124**   EP: FURTHER JURY TRIAL - 35TH DAY OF TRIAL -
Eugene Hill CST, Vassilios Macheras CST, Bernard Ewell CST.
Exhibits admitted: P-563 thru P-571, P-27 thru P-27E, P-1371,
P-1372, P-1375, P-1376, P-1206, P-1207, P-1208, P-1213,
P-1214, P-1222 & P-1224 thru P-1227; D-959, D-960, D-961,
D-965 & D-1208. Further trial contd to 2-23-90 at 9:00 am
(SP) FONG

**23  125**   EP: FURTHER JURY TRIAL - 36TH DAY OF TRIAL -
Examination of Bernard Ewell resumed. Exhibits Admitted:
D-819 & D-958. Defendant Center Art Galleries-Hawaii's
Motion to Withdraw Defense Exhibits D-959, D-960 & D-961 -
GRANTED. Further trial contd to 2-27-90 at 9:00 am.
(SP) FONG

**27  126**   EP: FURTHER JURY TRIAL - 37TH DAY OF TRIAL -
Examination of Bernard Ewell resumed. Exhibits admitted:
D-951, D-952, D-963, D-970, D-980, D-988, D-989, D-1005,
& D-1006. Further trial contd to 2-28-90 at 9:00 am.
(SP) FONG

**28  127**   EP: FURTHER JURY TRIAL - 38TH DAY OF TRIAL -
Examination of Bernard Ewell resumed. Exhibits admitted:
P-1508; D-817. Further trial contd to 3-1-90 at 9:00 am.
(SP) FONG

**Mar 1  128**   EP: FURTHER JURY TRIAL - 39TH DAY OF TRIAL -
Hearing held without the jury with regards to Juror #2,
Daphne Kochi, who was observed throughout the trial
engaging in periodic naps. Juror Kochi discharged and
substituted by Alternate Juror #2, Linda Gallagher.
Examination of Bernard Ewell resumed. Monsignor Eugene
Clark CST. Arnold J. Ross CST. Exhibits admitted: P-93,
P-94, P-95, P-881, P-881A, P-878, P-883 thru P-889, P-893,
P-916, P-922B, P-925, P-930A, P-933A, P-936C, P-937B,
P-938B, P-943, P-943A, P-943B, P-944, P-945 & P-1099;
D-1004, D-1209 & D-1210. Further trial contd to 3-2-90
at 9:00 am.
(SP) FONG

**2  129**   EP: FURTHER JURY TRIAL - 40TH DAY OF TRIAL -
Michael Crivelli CST. James Hasse CST. Exhibits
admitted: P-1171, P-1172, P-1132 thru P-1138, P-1140,
P-1141, P-1142, P-1143A, P-1144, P-1146 & P-1147. P-910B
admitted on 3-1-90. Further trial contd to 3-6-90 at
9:00 am.
(SP) FONG

**6  130**   EP: FURTHER JURY TRIAL - 41ST DAY OF TRIAL -
Walter Soares, CST. Thomas F. Walker, CST. Andrea Song Gelber,
CST. Exhibits admitted: P-68,P-68A thru P-68G, P-1275 thru P-1281,
P-1283, P-1284, P-1509, P-526 thru P-528,P-820 thru P-834A,
P-1092,P-1092A,P-1092A-1 & P-1241C thru P-1241J. Further
trial contd to 3-7-90 at 9:00 am.
(SP) FONG

**7  131**   EP: FURTHER JURY TRIAL - 42ND DAY OF TRIAL -
Norman I. Newman, CST. Cary A. Smith, CST. Susanne
Sixberry, CST. Exhibits admitted: P-97,P-97A,P-97B,
P-909,P-910,P-912,P-914,P-915,P-917,P-918,P-920,P-922,
P-923,P-923A,P-924,P-926,P-926A,P-927 thru P-929C,P-93

**SEE NEXT PAGE**

| Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---------------------------|---------------------|-----------|------------|

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

WISEMAN, MARVIN L.   CR 89-00125 HMF 03 page 15

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |

CONTINTUED FROM PAGE 14:

1990
Mar 7
    thru P-933,P-936,P-936A,P-937,P-938,P-943B-1 thru P-943B-13,
P-939,P-939A,P-941,P-942,P-942A,P-1490,ART48, ART4114,
P-1510 & P-1511;D-1216.  Further trial contd to 3-8-90
at 9:00 am.                                    (SP) FONG

8   132   EP:  FURTHER JURY TRIAL - 43RD DAY OF TRIAL -
James Bousman CST. William D. Barry CST.  Exhibits
admitted: P-1301,Art 48,Art 68,Art 796,Art 870, Art 1366,
Art 1993, ART 2039,Art 1479,Art 1490,Art 4114,Art 4185,
P-164,P-164A,P-164B,P-166,P-168 thru P-171,P-175,
P-177 thru P-186, P-189, Art 1373 & Art 1374.  Further
trial contd to March 13, 1990.                 (SP) FONG

13   133   EP:  FURTHER JURY TRIAL - 44TH DAY OF TRIAL -
Robert Stein CST. Joan Greengrass CST.  Robert Casey CST.
Exhibits admitted: P-23A,P-23B,P-23C,P-24,P-271 thru P-273,
P-276 thru P-293,P-296,P-475 thru P-481,P-1512 thru P-1514,
P-1516 thru 1521,P-1523 thru P-1526,P-1528,P-1529,P-1542,P-1543,
P-1544 & P-1549 thru P-1552.  Further trial contd to
3-14-90 at 9:00 am.                            (SP) FONG

14   134   EP:  FURTHER JURY TRIAL - 45TH DAY OF TRIAL -
Fred Roster CST.  Exhibits admitted: P-893A,P-1269,P-1269A,
P-1530,P-1531,P-5554,P-1555 & P-1556.  Government's Motion
to Dismiss Counts 9, 10, 41,42,46 thru 54, 56, 57, 58, 65,
66, 85 thru 89, 96, 101, & 103 - GRANTED.  Government
rested.  Ordered that: Simultaneous filing of Proposed
Jury Instructions by 3-20-90; Filing of Objections to
Jury Instructions by 3-28-90.  Settling of Jury Instructions
set for 4-3-90 at 9:00 am.  Further jury trial contd to
4-4-90 at 9:00 am.  Hearing on Rule 29 Motions set for
3-20-90 at 9:00 am.                            (SP) FONG

19   135   EO:  The following exhibits were admitted on the dates indicated:
P-1402 on 12-7-89; D-25 on 12-12-89, D-251 on 12-15-89;
P-1557 & P-1558 on 3-14-90.  The following exhibits which
were inadvertently entered as having been admitted on
3-8-90 are stricken:  Art 48 & Art 68.  The following
exhibits were admitted on 3-8-90:  Grand Jury Art 48 &
Grand Jury Art 68.                                  FONG

20   136   Memorandum of Law in Support of Motion to Strike Testimony

    137   EP:  MOTIONS FOR JUDGMENT OF ACQUITTAL PURSUANT TO RULE 29 -
Arguments held.  Motions taken under advisement.  Ordered
that written Motion for Judgment of Acquittal be filed
by March 27, 1990, and government's response by March
29, 1990.  Motion to Strike Testimony of Robert Descharnes
is set for April 3, 1990 at 9:00 am.

    EO:  Government's exhibit Art 1490 inadvertently entered as
having been admitted on 3-8-90 is stricken. (SP)  EZRA

    138   Government's Proposed Jury Instructions

    139   Defendants' Proposed Jury Instructions and Certificate of Service

27   140   Memorandum in Support of Motions for Judgments of Acquittal
and Dismissal and Striking Allegations of Indictment and
Certificate of Service

    141   Memorandum of Law in Support of Motion for Judgments of Acquittal
on Counts 36-40 and Certificate of Service

| Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

HG

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U. S. vs    WISEMAN, MARVIN L.

AO 256A ⊕

Cr. 89-00125HMF-03
Pg.16

| Yr. | Docket No. | Def. |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |

**1990**

| | | |
|---|---|---|
| Mar 28 | 142 | Opposition of the United States to Defendants' Motion to Strike Opinion Testimony of Robert Descharnes Regarding the Authenticity of Dali's Handwriting; Attachment "A" (Transcript Portions) |
| | 143 | Objections of the United States to Defendants' Proposed Jury Instructions |
| | 144 | Defendants' Objections to Government's Proposed Jury Instructions and Certificate of Service |
| 29 | 145 | Opposition of the United States to Defendants' Memorandum in Support of Motions for Judgments of Acquittal |
| 30 | 146 | Response of the United States to Defendants' Objections to Government's Proposed Jury Instructions |
| Apr 2 | 147 | Notice of Motion; Motion for Reconsideration of Certain Evidentiary Rulings Admitting and Excluding Certain Documentary Evidence Exhibits 701, 219, 227, 229, 200, 201, 202, 203, 215, 323, 330, 339, 594, 839 and 852; and Certificate of Service |
| | 148 | Government's Opposition to Defendants' Motion for Judgments of Acquittal on Counts 36 to 40; Attachment "A" |
| | 149 | Defendants' Reply to Government's Response to Certain of Defendants' Objections to the Government's Proposed Jury Instructions and Certificate of Service |
| 3 | 150 | EP: DECISION ON RULE 29 MOTIONS; DEFENDANT'S MOTION TO STRIKE OPINION TESTIMONY OF ROBERT DESCHARNES REGARDING THE AUTHENTICITY OF DALI'S HANDWRITING; SETTLING OF JURY INSTRUCTIONS - 1) M/Strike Opinion Testimony of Robert Descharnes Regarding the Opinion Testimony of Robert Descharnes Regarding the Authenticity of Dali's Handwriting - DENIED IN PART AND GRANTED IN PART.  2) Defendants' M/Judgment of Acquittal - DENIED.  3) M/Strike Allegations of Indictment - DENIED.  4) M/Exclude the Indictment from being sent into the Juryroom - GRANTED, but if requested by the jury, it will be sent.  5) Defendants' M/Reconsideration of Certain Evidentiary Rulings Admitting and Excluding Certain Documentary  Evidence Exhibits - a. D-701 admitted.  b. D-1211 thru D-1215 admitted. c. P-219 excluded in part.  Government will eliminate one sentence.  d. D-850 admitted.  Instructions settled. |
| 4 | 151 | EP: FURTHER JURY TRIAL - 46TH DAY - Hearing held without the jury on Defendants' Motion to Admit Certain Exhibits.  The following exhibits have been admitted in evidence:  D-129, D-131, D-1009, D-1010, D-1012, D-675, D-675A, D-678, D-678A, D-1214A.  The following exhibit have been refused:  D-803.  Opening Statement of Center Art Gallery.  Video Tape deposition of Anthony Quinn played.  Exhibits admitted: D-1221, D-1221A, D-1052, D-1053, D-1054 & D-1222.  Video Deposition of Kathryn Benvin played.  Defense rested.  Further trial contd to 4-11-90 at 9:00 am for the Government's rebuttal or final arguments.                (TC) FONG |

Interval
(per Section III)    Start Date.
End Date    Ltr
Code    Total
Days

**HG**

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

WISEMAN, MARVIN L.   CR 89-00125 HMF 03   page 17

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 1990 Apr 11 | 152 | EP:  FURTHER JURY TRIAL - 47TH DAY - Defendants' Motion for Judgment of Acquittal - DENIED. Jury Preliminarily instructed.  Government's opening argument.  Defendant Mett's closing argument. Defendant Center Art Gallery-Hawaii, Inc.'s closing argument (in part).  Further jury trial contd to 4-12-90 at 9:30 am.                                    (TC) FONG | | | | |
| 12 | 153 | EP:  FURTHER JURY TRIAL - 47TH DAY - Defendant Center Art Gallery-Hawaii, Inc. resumed its closing argument.  Defendant Marvin L. Wiseman's closing argument.  Government's rebuttal.  Portion of the Indictment read to the jury by Mr. Godbey.  Jury instructed.  Bailiff sworn.  Alternate jurors James Ingebrethsen and Tracy Edwards excused (not discharged) and instructed to remain sanitized.  Case continued until 4-17-90 at 9:00 am for jury deliberation.  Defense allowed to file an additional instruction.  Government allowed to file a response.                                    (TC) FONG | | | | |
| 16 | 154 | Defendants' Proposed Supplemental Instruction No. 1 and Certificate of Service | | | | |
| | 155 | Memorandum of Law in Support of Motion for Surrebuttal Closing Argument, or, in the Alternative, for Supplemental Instructions Concerning Prosecution's False Representations of Evidence in Final Summation; Exhibit A and Defendants' Proposed Supplemental Instructions 2-8 and Certificate of Service | | | | |
| | 156 | Motion for Surrebuttal Closing Argument, or, in the Alternative, for Supplemental Instructions Concerning Prosecution's False Representations of Evidence in Final Summation; Government Trial Exhibits 888, 943 B(1), 943 (B)(10), 942, and 978; Defendants' Proposed Court's Exhibits 10 through 14 and Certificate of Service | | | | |
| 17 | 157 | Defendants' Proposed Supplemental Instruction No. 3A and 4A and Court's Exhibit 11 and Court's Exhibit 15 and Certificate of Service | | | | |
| | 158 | EP:  JURY TRIAL - Jury deliberation - 1st day.  Jury deliberated.  No notes received from the Jury.  Further jury deliberation contd to 4-18-90 at 9:00 am.                 FONG | | | | |
| 18 | 159 | Opposition to Defendant's Motion for Surrebuttal Closing Argument or in the Alternative for Supplemental Instructions; Memorandum of Law in Opposition to the Defendant's Motion for Surrebuttal Closing Argument or in the Alternative for Supplemental Instructions; Exhibits 1 through 4 | | | | |
| | 160 | Opposition to Defendants' Motion for Supplemental Jury Instruction; Memorandum of Law in Opposition to Defendants' Supplemental Jury Instruction; Exhibit 1; Certificate of Service | | | | |
| | 161 | EP:  FURTHER JURY TRIAL - Jury deliberation - 2nd day.  Jury deliberated.  2 notes from the jury received.  "Notes from the Jury" filed. A hearing was not necessary to respond to the above notes.  Further jury deliberation contd to 4-19-90 at 9:00 am.                                      FONG | | | | |

Interval (per Section II)   Start Date End Date   Ltr Code   Total Days

HG

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*   WISEMAN, MARVIN L.

Cr. 89-00125HMF-03
Pg. 18

AO 256A ®

| | Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |

**1990**

| | | |
|---|---|---|
| Apr 18 | 162 | Note from the Jury - #1; with attached response |
| | 163 | Reply to Government's Opposition to Defendants' Motion for Surrebuttal Closing Argument, or, in the Alternative, for Supplemental Instructions and Certificate of Service |
| | 164 | Note from the Jury - #2 |
| 19 | 165 | EP:  FURTHER JURY TRIAL - Jury deliberation - 3rd day - Jury deliberated.  Note from the Jury received.  Jury requested to recess at 11:30 am for the remainder of the day because |
| | 166 | of illness to one of its members.  "Note from the Jury" filed.  Further trial contd to 4-20-90 at 9:00 am.                          FONG |
| | 167 | ORDER Denying Defendants' Motion for Surrebuttal Closing Argument or, in the Alternative, for Supplemental Jury Instructions Concerning False Representations in Government's Rebuttal  Argument and also Denying Defendants' Motion for Supplemental Jury Instruction Regarding Cost and Profit                          FONG |
| 20 | 168 | EP:  FURTHER JURY TRIAL - Jury deliberation - 4th day.  Jury returned to resume deliberation.  "Note from the Jury" received and filed. No hearing held.  Further deliberation contd to 4-24-90 at 9:00 am.                          FONG |
| | 169 | Note from the Jury - w/attached response |
| 24 | 170 | EP:  FURTHER JURY TRIAL - Jury deliberation - 5th day - Jury returned to resume deliberation.  Two (2) notes from the jury received. No hearing held to respond to the notes.  "Notes from the Jury" filed.  Further deliberation contd to 4-25-90 at 9:00 am.                          FONG |
| | 171 | Note from the Jury - #1; w/attached response |
| | 172 | Note from the Jury - #2; w/attached response |
| 25 | 173 | EP:  FURTHER JURY TRIAL - Jury deliberation - 6th day - Jury returned to resume deliberation.  "Note from the Jury" received and filed. Court responded to the note by letter.  No hearing held. Further jury deliberation contd to 4-26-90 at 9:00 am.                          FONG |
| | 174 | Note from the Jury - w/attached response |
| 26 | 175 | EP:  FURTHER JURY TRIAL - Jury Deliberation - 7th Day - Jury returned to resume deliberation.  "Note from the Jury" received & filed. Court responded to the note by letter.  No hrng held. Further jury deliberation contd to 04-26-90 at 9:00 a.m.                          FONG |
| | 176 | Note from the Jury - w/attached response |
| 27 | 177 | EP:  FURTHER JURY TRIAL - Jury Deliberation - 8th Day - Jury returned to resume deliberation.  "Note from the Jury" received & filed. |

[contd on page 19]

Interval
(per Section II)   Start Date   Ltr.   Total
End Date   Code   Days

**HG**

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

WISEMAN, MARVIN L.   CR 89-00125 HMF 03   page 19

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| | | (Document No.) | | | | |
| 1990 | | [Further Jury Trial, contd from page 18] | | | | |
| Apr 27 | | Court responded to the note by letter. No hearing held. Further jury deliberation contd to 05-01-90 at 9:00 a.m.   FONG | | | | |
| | 178 | Note from the Jury - w/attached response | | | | |
| May 1 | 179 | EP:  FURTHER JURY TRIAL - Jury deliberation - 9th Day - Jury returned to resume deliberation. No notes from the jury recd. No hrngs held. Further deliberation contd to 05-02-90 at 9:00 a.m. FONG | | | | |
| 2 | 180 | EP:  FURTHER JURY TRIAL - Further deliberation - 10th Day - "Note from the Jury" recd & filed. Court responded to the note by letter. No hrngs held. Further deliberation contd to 05-03-90 at 9:00 a.m.   FONG | | | | |
| | 181 | Note from the Jury - w/attached response | | | | |
| 3 | 182 | EP:  FURTHER JURY TRIAL - Further deliberation - 11th Day - Jury returned to resume deliberation. "Note from the Jury" recd & filed. Court responded to the note by letter. No hrngs held. Further deliberation contd to 05-04-90 at 9:00 a.m.   FONG | | | | |
| | 183 | Note from the Jury - w/attached response | | | | |
| 4 | 184 | EP:  FURTHER JURY TRIAL - Further deliberation - 12th Day - Jury returned to resume deliberation. U.S. Marshal informed that the jury have completed the verdicts but would like to return the verdicts in open court after lunch (11:00 a.m.). Verdicts returned. Jury found the defts as follows: CENTER ART GALLERIES-HAWAII, INC.: GUILTY to Counts 1, 2, 4 thru 8, 11, 13 thru 17, 19 thru 40, 43 thru 45, 55, 59 thru 64, 67 thru 74, 76, 78 thru 84, 86, 90, 91, 92, 94, 95, 96, 99, 100, 102 & 104; NOT GUILTY to Counts 3, 12, 18, 75, 77, 93 & 97. ADJUDGED NOT GUILTY to Counts 3, 12, 18, 75, 77, 93 & 97. WILLIAM D. METT:  GUILTY to Counts 1, 2, 4 thru 8, 11, 13 thru 17, 19 thru 40, 43, 44, 45, 55, 59 thru 64, 67 thru 76, 78 thru 84, 86, 90 thru 92, 94, 95, 98 thru 100, 102 & 104; NOT GUILTY to Counts 3, 12, 18, 77, 93 & 97. ADJUDGED NOT GUILTY to Counts 3, 12, 18, 77, 93 & 97. MARVIN L. WISEMAN:  GUILTY to Counts 1, 2, 4, 5, 11, 13, 14, 16, 17, 19 thru 26, 28, 30 thru 40, 43 thru 45, 55, 59, 60 thru 64, 67 thru 73, 76, 78 thru 83, 90, 91, 92, 94, 95, 98 thru 100, 102 & 104; NOT GUILTY to Counts 3, 6, 7, 8, 12, 15, 18, 27, 29, 74, 75, 77, 84, 86, 93 & 97; ADJUDGED NOT GUILTY to Counts 3, 6, 7, 8, 12, 15, 18, 27, 29, 74, 75, 77, 84, 86, 93 & 97. Jury polled. Verdicts as to each of the 3 defts unanimous. Referred for presentence investigation and report, and SENTENCING set for 08-20-90 at 1:30 p.m. | | | | |

contd on page 20

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

WISEMAN, MARVIN L.

HG
CR 89-00125 HMF 03
page 20

AO 256A ®

| | Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|------|------|
| | [Document No.] | (a) | (b) | (c) | (d) |

1990
May 4

(Jury Deliberation, 12th Day , contd from page 19)

Bail as to Deft W. Mett is modified by adding the following additional conditions:

(1) Center Art Galleries-Hawaii, Inc. is prohibited from selling any Dali artwork until further order of the Court.

(2) The equity for the stocks that evidences the ownership of Center Art Galleries-Hawaii, Inc. shall further be encumbered so that he (Mr. Mett) cannot sell the stocks during the pendency of any sentence or appeal in this case.

Bail as to Deft M. Wiseman:
$500,000.00 signature bond secured by 10% cash ($50,000.00) or corporate surety, payable by the close of business on 05-11-90. (Platt)    FONG

185    VERDICT (see above minutes)

186    JUDGMENT on Acquittal - Cts 3, 6, 7, 8, 12, 15, 18, 27, 29, 74, 75, 77, 84, 86, 93 & 97    FONG

187    ORDER Setting  Conditions of Release  FONG
$500,000.00 signature [10% ($50,000) to be deposited 05-11-90]; deft may travel between HI & continental USA

188    Appearance Bond    FONG
876 Curtis St., Apt 3603
Hon., HI 96813
Ph:  536-4832 (home); 926-4615 (bus.)

7    189    Given Jury Instructions    FONG

190    Refused or Withdrawn Jury Instructions    FONG

10    191    Appearance Bond    FONG
[corporate surety in the amt of $50,000.00 posted by
James W. Lindblad -
A-1 Bail Bonds
P.O. Box 4253
Honolulu, Hawaii  96813-0353
Ph: 526-0422]

Jun 14 192    Stipulation To Continue Defendants Center Art Galleries-Hawaii, Inc., William D. Mett And Marvin L. Wiseman's Date For SENTENCING ; Affidavit of Brook Hart And ORDER    FONG
SENTENCING contd to 09-10-90 @ 1:30 p.m. (F)

20 193    EO:  The Clerk's Minutes of March 14, 1990 (45th Day Of Trial) is amended to reflect that the government did not move to dismiss Count 86    FONG

Jul 11 194    Stipulation To Continue Defendants Center Art Galleries-Hawaii, Inc., William D. Mett And Marvin L. Wiseman's Date For SENTENCING; Declaration of Leslie E. Osborne, Jr., And ORDER    **GRANTED**    FONG
contd to 10-15-90 @ 1:30 p.m. (F)

Interval
(per Section II)

Start Date
End Date

Ltr.
Code

Total
Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET                    WISEMAN, MARVIN L.   CR89-00125 HMF 03  Page   21

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|------|------|------|------|
|      | (Document No.) | (a) | (b) | (c) | (d) |

**1990**

Aug 27 195  Stipulation To Continue Defendants Center Art Galleries-Hawaii
Inc., William D. Mett And Marvin L. Wiseman's Date For
SENTENCING; Affidavits of Brook Hart, John R. Wing And
Robert A. Weiner and ORDER      **GRANTED**    FONG
contd to 11-05-90 @ 1:30 p.m. (F)

28 196  Ex Parte Motion for Order Shortening Time for Service
and for Hearing of Defendant Marvin L. Wiseman's Motion
to Produce Materials Supporting Claims and Conclusions
contained in Proposed Pre-Sentence Report; ORDER FONG

197  Defendants' Motion to Produce Materials Supporting Claims
and Conclusions Contained in Proposed Presentence Report;
Affidavit of Brook Hart; Notice of Hearing and
Certificate of Service [08-30-90 @ 10:00 a.m. (F)]

30 198  EO:  Defendant Wiseman's Motion to Produce material Supporting
Claims & Conclusions Contained is Proposed. Pre Sentencing
Report is contd to 08-31-90 @ 10:30 a.m.      FONG

31 199  EP:  Defendant Wiseman's Motion to Produce materials, etc. - GRANTED.
Govt. to turn over to Mr. Hart all reports (from Probation Office)
additional reports, computer report and questionaires by defendants
within two weeks of this date. Mr. Hart to prepare order. (SP) EZRA

Sept10 200  ORDER GRANTING Defendants' Motion To Produce Materials Supporting
Claims And Conclusions Contained In The Proposed Pre-Sentence
Reports                                  FONG
-- Said materials shall be produced & delivered to counsel
for defts no later than 4:00 p.m., 09-14-90. At the sentencing
hrng, Govt is prohibited from making use of or referring
to any doc & materials in support of the concl in pre-
sentence report, other than exh in evidence, that have not
been delvd to the defts on or before 09-14-90

Oct 1 201  Government SENTENCING Statement; Certificate of Service
202  Defendants' SENTENCING Memorandum And Response To Presentence
Report; Exhibits A-H and Certificate of Service
**SEALED BY ORDER OF THE COURT**

Nov 1  203  Sentencing Memorandum - Govt.

204  Notice of Motion; [11-05-90 @ 1:30 p.m. (F)]; Motion to be
Continued on Bail Pending Appeal; Exhibits A-F and Certificate
of Service

2  205  Opposition to Defendants' Motion to be Continued on Bail Pending
Appeal; Certificate of Service

206  Notice of Motion; [11-05-90 @ 1:30 p.m. (F)]; Motion to Strike
Government's Sentencing Memorandum and Exhibits; affidavit
of Brook Hart and Certificate of Service

- see next page -

Interval
(per Section II)

Start Date
End Date

Ltr.
Code

Total
Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

WISEMAN, MARVIN L.

page 22 **HG**
CR 89-00125 HMF 03

| Yr. | Docket No. | Def. |

AO 256A ✪

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|-------------------------|---------------------|
|      | (Document No.) | (a) | (b) | (c) | (d) |

**1990**
Nov 5  207

Defendants' Supplemental Memorandum of Law Regarding Limitations
on Restitution and Certificate of Service   **SEALED**

208  EP:  SENTENCING - Hart & Osborne present
As to CTS 64,81,82,91 & 92 - Impr 30 months or 2½ yrs
As to CTS 1,2,4,5,11,13,14,16,17,19-26,28,30-40,43-45,
55,59-63,67-73,76,78-80,83,90,94,95,98-100,102,104 -
Impr 3 yrs purs 18:4205(b)(2). Said sentence on each count
to run concurrently w/ each other and to all other counts
As to CTS 64,81,82,91 & 92 - Sup Rel 3 yrs to run concurrently
w/ each other & with all other counts & w/ the following
conds:
1. Deft not commit any law violations
2. Deft abide by the standard conds of sup rel
3. Deft make restitution in the amount of $306,744 jointly
& severally with co-defendants & confined to victims
named in the Indictment in such amounts & manner as determined
by the USPO
4. Deft provide or instruct Center Art Gallery employees
to provide all necessary records of sale to the US Postal
Inspection Service in the DOH in order to develop a complete
and accurate list of all victims currently known to the
government at this time & the amts of each victim's
purchases from Center Art Gallery
5. Deft notify or instruct Center Art Gallery employees
to notify the prob office immed upon learning of any
material change in Center Art Gallery's business or
proceeding, major civil litigation & criminal proosecution
Deft fined $250,000.00 (As to CTS 64,81,82,91 & 92)
Concurrently w/ each other & with all other counts
As to CTS 4,5,21,24,28,32,38-40,45,55,59-63,67,70,73,
76,78-80,83,90,104 fined $250,000.00 to run concurrently
w/ each toher & with all other counts.
Spec Monetary  Assess - $1,850.00 imposed
Adv of rights. M/Release Pending Appeal - GRANTED
(ESR)   FONG

209  JUDGMNET In A Criminal Case   FONG   *refer to Doc#295  7/26/2006
Order Correcting Judgment
SEALED   GILLMOR

EO:  Spec Assess imposed as to the following counts:
4,5,21,22,24,26,28,32,38-40,45,55,59-64,67,69,70-73,
76,78-83,90-92,95,104. Total Spec Assess - $1,850.00
CTS 4,5,21,24,28,32,38-40,45,55,59-63,67,70,73,76,78-80,
83,90,104 - Sup Rel of 3yrs.
Total fine of $282,000.00
Spec Conds of Sup Rel -
1. That the deft make restitution in the amt of $306,744
jointly & severally w/ co-deft & confined to victims
named in the counts of conviction of the Superseding
Indictment in such amts & in such a manner as det by
the prob office
2. That the deft shall provide or instruct his employees
to provide all records of sale to the US Postal Inspection
Svc in order to ascertain other persons similarly situated
who have purchased any of the 26 images

| Interval | Start Date | Ltr. | Total |
| (per Section II) | End Date | Code | Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET         WISEMAN, MARVIN L.     **HG**    CR89-00125 HMF 03  page 23

AO 256A

| DATE 1990 | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| Nov 15 | 210 | Notice Of Motion - 01-14-91 @ 10:15 a.m. (HMF) - Motion For Stay Of Fines And Other Monetary Penalties Pending Appeal; Memorandum In Support Of Motion; Certificate of Service | | | | |
| | 211 | **NOTICE OF APPEAL; Certificate of Service** - by deft pro se, **MARVIN L. WISEMAN**    **(CA 90-10612)** | | | | |
| 19 | | Transcript of Proceedings - 11-05-90 - Orig - pp 147 - (V/ARS - Robin Sines, transc)    cc: USPO Deft 01,02,03 | | | | |
| 27 | 212 | **ORDER FOR TIME SCHEDULE – RT to be ordered by 12/6/90; RT to be filed by 1/7/91; Aplt's opening brief to be filed by 2/18/91; Aple's brief to be filed by 3/20/91; Reply brief (if any) to be filed by 4/3/91 - cc: Clerk, 9th CCA, Osborne, Wiseman, TC YI, SP, K. Okahashi** | | | | |
| | | Notice of Appeal sent to Clerk, 9th CCA & to all counsel | | | | |
| Dec 3 | 213 | Presentence Report filed and returned to USPO | | | | |
| | 214 | SENTENCING Recommendation filed and returned and USPO | | | | |
| 14 | 215 | Transcript Designation and Ordering Form - 11-28-89 SP; 12-05-89 YI; 04-03-90, 04-11-90, 04-12-90 TC; 06-27-89, 06-28-89 YI; 07-19-89, 07-20-89 TC; 07-21-89, 08-09-89, 08-10-89, 08-11-89 SP; 08-11-89 ESR; 08-15-89 SP; 10-10-89 TC; 11-22-89 SP; 01-25-88 Priscilla Gonzaga; 09-06-88 TC; 11-05-90 ESR | | | | |
| 1991 Jan 4 | | Transcript of Proceedings - Index for Vol I to IV pp i to xvii - (YI) - Orig    Defts 1,2,3 | | | | |
| | | Transcript of Proceedings - 06-27-89 - Orig - (YI) - pp 238 Defts 1,2,3 | | | | |
| | | Transcript of Proceedings - 06-28-89 - Orig - (YI) - pp 147 Defts 1,2,3 | | | | |
| | | Transcript of Proceedings - 12-05-89 - Orig - (YI) - pp 208 - Vol I Defts 1,2,3 | | | | |
| | | Transcript of Proceedings - 12-06-89 - Orig - (YI) - pp 229 - Vol II Defts 1,2,3 | | | | |
| | | Transcript of Proceedings - 12-07-89 - Orig - (YI) - pp 215 - Vol III Defts 1,2,3 | | | | |
| | | Transcript of Proceedings - 12-08-89 - Orig - (YI) - pp 231 - Vol IV Defts 1,2,3 | | | | |
| 10 | 216 | Government's Opposition To The Defendants' Motion To Stay Fines And Other Monetary Penalties Pending Appeal; Memorandum In Opposition To The Defendants' Motion For The Stay Of Fines And Other Monetary Penalties | | | | |
| 14 | 217 | EP: Deft's Motion to Stay the Payment of the fine pending the appeal is GRANTED.    (TC) FONG | | | | |
| Feb 26 | 218 | Stipulation to Permit Defendant Marvin L. Wiseman to Temporarily Travel Outside the District of hawaii and ORDER – Travel to Toronto, Canada on 02-26-91 and return by 03-04-91. | | | | |

FONG

| | Interval (per Section II) | Start Date End Date | Ltr Code | Total Days |
|---|---|---|---|---|

- see next page -

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  *U. S. vs*

WISEMAN, MARVIN L.

page 24
CR. 89-00125 HMF 03

HG

AO 256A ⊕

Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|------------------------|----------------------|
| | —(Document No.)— | (a) | (b) | (c) | (d) |
| 1991 | Transcript of Proceedings - Orig. - 09-06-88 - Civ. 88-00076 - TC | | | | |
| Mar 15 | Transcript of Proceedings - Orig. - pp. 267 - July 19 & 20, 1989 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 108 - 10-10-89 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 300 - Vol. 12 - 01-03-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 232 - Vol. 13 - 01-04-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 227 - Vol. 14 - 01-05-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 190 - Vol. 17 - 01-11-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 197 - Vol. 18 - 01-12-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 217 - Vol. 19 - 01-17-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 151 - Vol. 20 - 01-18-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 13 - Vol. 22 - 01-30-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 135 - vol. 23 - 01-31-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 231 - Vol. 47 - 04-03-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 92 - Vol 48 - 04-04-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 170 - Vol. 49 - 04-11-90 - Terrence Chun | | | | |
| | Transcript of Proceedings - Orig. - pp. 217 - Vol. 50 - 04-12-90 - Terrence Chun | | | | |
| Apr 8 | Transcript of Proceedings - Orig. - pp. 223 - 07-21-89 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 116 - 08-09-89 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 205 - 08-10-89 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 246 - 08-11-89 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 272 - 08-15-89 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 111 - 11-22-89 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 350 - 11-28-89 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 231 - 12-12-89 - Vol. 5 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 225 - 12-13-89 - vol. 6 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 271 - 12-14-89 - Vol. 7 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 278 - 12-15-89 - Vol. 8 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 240 - 12-19-89 - Vol. 9 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 239 - 12-20-89 - Vol. 10 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 12 - 12-21-89 - Vol. 11 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 251 - 01-09-90 - Vol. 15 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 246 - 01-10-90 - Vol. 16 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 116 - 01-19-90 - Vol. 21 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 152 - 02-01-90 - Vol. 24 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 198 - 02-02-90 - Vol. 25 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 257 - 02-06-90 - Vol. 26 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 236 - 02-07-90 - Vol. 27 - Stephen Platt | | | | |
| | Transcript of Proceedings - Orig. - pp. 185 - 02-08-90 - Vol. 28 - Stephen Platt | | | | |

— see next page —

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

WISEMAN, MARVIN L.

page 25  HG
CR 89-00125 HMF 03

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| **1991**<br>Apr 8 | | Transcript of Proceedings - Orig. - pp. 243 - 02-09-90 - Vol. | 29 | - Stephen | Platt | |
| | | Transcript of Proceedings - Orig. - pp. 236 - 02-13-90 - Vol. | 30 | - Stephen | Platt | |
| | | Transcript of Proceedings - Orig. - pp. 237 - 02-14-90 - Vol. | 31 | - Stephen | Platt | |
| | | Transcript of Proceedings - Orig. - pp. 238 - 02-15-90 - Vol. | 32 | - Stephen | Platt | |
| | | Transcript of Proceedings - Orig. - pp. 107 - 02-16-90 - Vol. | 33 | - Stephen | Platt | |
| | | Transcript of Proceedings - Orig. - pp. 224 - 02-21-90 - Vol. | 34 | - Stephen | Platt | |
| | | Transcript of Proceedings - Orig. - pp. 210 - 02-22-90 - Vol. | 35 | - Stephen | Platt | |
| | | Transcript of Proceedings - Orig. - pp. 228 - 02-23-90 - Vol. | 36 | - Stephen | Platt | |
| | | Transcript of Proceedings - Orig. - pp. 247 - 02-27-90 - Vol. | 37 | - Stephen | Platt | |
| | | Transcript of Proceedings - Orig. - pp. 237 - 02-28-90 - Vol. | 38 | - Stephen | Platt | |
| | | Transcript of Proceedings - Orig. - pp. 218 - 03-01-90 - Vol. | 39 | - Stephen | Platt | |
| | | Transcript of Proceedings - Orig. - pp. 272 - 03-02-90 - Vol. | 40 | - Stephen | Platt | |
| | | Transcript of Proceedings - Orig. - pp. 260 - 03-06-90 - Vol. | 41 | - Stephen | Platt | |
| | | Transcript of Proceedings - Orig. - pp. 238 - 03-07-90 - Vol. | 42 | - Stephen | Platt | |
| | | Transcript of Proceedings - Orig. - pp. 250 - 03-08-90 - Vol. | 43 | - Stephen | Platt | |
| | | Transcript of Proceedings - Orig. - pp. 242 - 03-13-90 - Vol. | 44 | - Stephen | Platt | |
| | | Transcript of Proceedings - Orig. - pp. 176 - 03-14-90 - Vol. | 45 | - Stephen | Platt | |
| | | Transcript of Proceedings - Orig. - pp. 68 - 03-20-90 - Vol. | 46 | - Stephen | Platt | |
| | | Transcript of Proceedings - Orig. - pp. 39 - 05-04-90 - Vol. | 51 | - Stephen | Platt | |
| 16 | 219 | ORDER Granting Motion to Stay Fines and Other Monetary Penalties<br>Pending Appeal - Nunc Pro Tunc: 11-15-90 - <u>FONG</u> | | | | |
| **June 24** | | **Certificate of Record mailed to Clerk, 9th CCA - cc: all counsel** | | | | |
| 27 | | Transcript of Proceedings - Orig. - pp. 58 - 06-28-91 - Yukie Ichikawa | | | | |
| Sept 24 | 220 | Partial Release of Lien; Exhibit "A" | | | | |
| **1992**<br>Jun 2 | 221 | <u>EO:</u> Hearing on Motion for Partial Release of Lien Pending Appeal<br>is continued from June 1, 1992 to June 15, 1992 @ 9:00<br>a.m. cc: Leslie E. Osborne, Esq., Brook Hart, Esq., Judge<br>Fong's chambers, U.S. Marshal.       <u>FONG</u> | | | | |
| **3** | | **Original Record mailed Federal Express to 9th CCA - (CA 90-10612)** | | | | |
| 9 | 222 | Opposition to Defendants' Motion for a Partial Release of Lien;<br>Memorandum in Support; Declaration of Counsel; Certificate<br>of Service | | | | |
| 15 | 223 | <u>EP:</u> Defts' M/For Partial Release of Lien Pending Appeal Oral<br>Argument held. The Motion is hereby Granted. Mr. Hart &<br>Mr. Wing to Prepare the Order. Osborne, Hart & Wing present.<br>              (Lisa Groulx) <u>FONG</u> | | | | |
| | 224 | Reply Memorandum in Support of Motion For a Partial Release<br>of Lien Pending Appeal; Certificate of Service | | | | |
| 19 | 225 | Affidavit of William D. Mett | | | | |
| Oct 13 | 226 | ORDER Granting Motion for a Partial Release of the Government's<br>Lien Pending Appeal -              <u>FONG</u> | | | | |

**- see next page -**

Interval
(per Section II)

Start Date
End Date

Ltr   Total
Code  Days

**HG**

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  *U. S. vs*   WISEMAN, MARVIN L.

AO 256A ⊕

| | | 89  00125  HMF  03 |
|---|---|---|
| | Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|
| | —(Document No.) — | (a) | (b) | (c) | (d) |

1993
Jan 14      Transcript of Proceedings - 06/15/92 - Orig - pp 28 - (Lisa Groulx)
                Defts 01,02,03

Feb 25  227   Notice of Motion; [04-19-93 @ 11:15 a.m. (Fong)]; Motion for
                Permission to Sell Specified Dali Artwork Authenticated
                By Albert Field; Memorandum in Support of Motion; Exhibit
                1

Mar 29 227a  Certificate of Service

Apr 1   228   Opposition to Defendants' Motion For Permission to Sell Specified
                Dali Artwork Authenticated by Albert Field; Declaration
                of Counsel; Certificate of Service

    13   229   Notice of Motion; [04-19-93 @ 11:15 a.m. (Fong)]; Motion to
                Require Posting of a Surety Bond Pending Appeal or, in
                the Alternative, To Lift the Stay or, In the Alternative,
                To Deposit Monies in the Registry of the Court or, In
                the Alternative, to Require an Examination of the Defendants'
                Assets; Memorandum in Support of Motion to Require Posting
                of a Surety Bond Pending Appeal or, In the Alternative,
                To Lift the Stay of, In the Alternative, to Deposit Monies
                in the Registry of the Court or, In the Alternative,
                To Require an Examination of the Defendants' Assets;
                Certificate of Service

    15   230   Stipulation For Order Shortening Time and ORDER -
                Set for 04-19-93 @ 11:15 a.m. before Judge Fong - FONG

    16   231   Defendant's Memorandum in Opposition to the Government's Motion
                to Require the Posting of a Surety Bond Pending Appeal
                or, In the Alternative,  to Lift the Stay or, In the
                Alternative, to Deposit Monies in the Registry of the
                Court or, In the Alternative, to Require an Examination
                of the Defendants' Assets; Exhibits A-C; Certificate
                of Service

         232   Reply Memorandum in Support of Center Art's Motion to Sell
                Specified Dali Art Authenticated By Albert Field; Exhibits
                A-I; Certificate of Service

    19   233   EP:  Defendants' Motion for Permission to Sell Specified Dali
                Artwork Authenticated by Albert Field; Government's Motion
                to Require posting of a surety bond pending appeal or,
                in the alternative, to lift the stay or, in the alternative,
                to deposit monies in the registry of the court or, in
                the alternative, to require an examination of the defendants'
                assets-  Arguments held.  Defendants' Motion for Permission
                to Sell Specified Dali Artwork Authenticated by Albert
                Field- granted.  Mr. Wing ordered to work with the government's
                attorney and submit a proposed certificate. Government's
                Motion to Lift stay - denied.  Government's Motion to
                require an Examination of the Defendants' Assets - denied.
                Government's Motion to Deposit Monies in the Registry
                of the Court - granted. Government's Motion to Require

| Interval | Start Date | Ltr. | Total |
|---|---|---|---|
| (per Section II) | End Date | Code | Days |

UNITED STATES DISTRICT COURT                                      page 27
CRIMINAL DOCKET                    WISEMAN, MARVIN L.              CR 89-00125 HMF 03

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|-------------------------|:---:|:---:|:---:|:---:|
| | | (Document No.) | (a) | (b) | (c) | (d) |

1993
Apr 19      **CONTINUED EP:**

            Chun; Brook Hart & John R. Wing present. (TC) <u>FONG</u>

Aug 12 234  Center Art Galleries-Hawaii, Inc.'s Memorandum Regarding Certificate
                of Authenticity; Exhibit A; Certificate of Service

       235  Submission of Center Art Galleries-Hawaii, Inc. Proposed Order
                Granting Motion Permitting Sale of Dali Artwork Authenticated
                By Albert Field; Exhibit A; Affidavit of Albert Field;
                Certificate of Service

  16   236  Center Art Galleries-Hawaii, Inc.'s Memorandum Regarding Certificate
                of Authenticity; Exhibit A; Certificate of Service

       237  United States Memorandum Regarding Certificate of Authenticity,
                Exhibit "A"; Declaration of Jack Ellis, Exhibit "B";
                Certificate of Service

       238  Submission Of Center Art Galleries-Hawaii, Inc. Proposed
                Order Granting Motion Permitting Sale Of Dali Artwork
                Authenticated By Albert Field; Exhibit A; Affidavit
                Of Albert Field

  24   239  ORDER  GRANTING Motion Permitting Sale Of Dali Artwork
                Authenticated By Albert Field; Exhibit A

1994
May 9   240  JUDGMENT 9CCA - CA90-10612, CA90-10616, CA90-10617 -
                 Judgment of the District Court - AFFIRMED
                 filed & entered 04-15-93. Attest May 9, 1994
                 ccd: Osborne, Wing, Hart, USPO, PTS, USM, CRD, Judge HMF

  10    241  ORDER Setting Mittimus - (05/31/94 @ 10:00 a.m. USM - <u>FONG</u>

  11    242  Substitution of Counsel                          <u>FONG</u>
                 Marc J. Zilversmit appears
  23    243  Motion To Stay Execution of Sentence
                 referred to Judge Fong

  24    244  <u>EO:</u>  Hearing on Motion to Stay Execution of Sentence is set
                 for June 6, 1994 @ 11:15 a.m.  Mittimus is stayed until
                 June 6, 1994 @ 2:00 p.m.         <u>FONG</u>

  25    245  ORDER Setting Mittimus - 06/06/94 @ 2:00 p.m. USM - <u>FONG</u>

  26    246  Government's Opposition to Defendant's Motion to Stay Execution
                 of Sentence; Certificate of Service

Jun 3   247  Reply to Opposition to Motion to Stay Execution of Sentence -
                 referred to Judge Fong
                             - see page 28 -

Interval          Start Date      Ltr  Total
(per Section II)   End Date        Code Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*   WISEMAN, MARVIN L.

CR 89-00125 HMF 03

| Yr. | Docket No. | Def. |

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|--------------------------|----------------------|
| | | (a) | (b) | (c) | (d) |

(Document No.)

**1994**

Jun 6  248  Application for Pro Hac Vice;  Written Consent of Associate
            Counsel in Support of Application for Pro Hac Vice -
            Marc Zilversmit appearing for deft Marvin Wiseman

       249  EP: Motion to Stay Execution of Sentence:
            Application for Pro Hac Vice oh behalf of Dennis P. Riordan
            and William D. Mett GRANTED. Arguments held. M/Stay
            Execution of Sentence GRANTED. Mitt stayed to 10/4/94 @
            10:00 a.m. Voluntary surrender allowed.
                        (Lisa Groulx-Thompson)   FONG

Jul 1  250  Amended Order Setting Mittimus - 10/4/94 @ 10:00 a.m.
            Facility designated by BOP.      FONG

Sep 1  251  Notice of Motion and Motion for New Trial; for a <u>Franks</u>
            Hearing; and for Modification of Sentences Pursuant
            to Fed.R.Crim.P. 33 and 18 U.S.C. Section 2255 -
            referred to Judge Fong

   12  252  Motion for Enlargement by USA

   19  253  ORDER DENYING Defendants' Motion For Enlargement FONG
            ccd: all parties

   26  254  Notice - Motion for New Trial; for a Franks Hearing; and for
            Modification of Sentences set for 10/11/94 @ 1:30 p.m.
            before Judge Fong

   28  255  Opposition to Defendants' Motion for New Trial, Frank's Hearing
            Modification of Sentence and Habeas Petition 28 U.S.C.
            2255; Exhibits 1 and 2

Oct 3  256  Ex Parte Application To Shorten Time; Declaration

       257  Notice of Motion & Motion For Brief Stay Of Mittimus Pending
            Upcoming Heraing on § 2255 Claims

       258  EP:  M/Pro Hac Vice Admission; M/Extension of Mittimus -
            Katz appearing.
            M/Pro Hac Vice Admission - **GRANTED**
            M/Extension of MITTIMUS - **GRANTED** MITTIMUS extended until
            10/14/94 at 10:00 am
            Bain to prepare order   ccd: USM, USPO, PTS (TC) FONG

       259  Amended ORDER Setting MITTIMUS            <u>FONG</u>
            MITTIMUS extended fro Mett & Wiseman, 10-14-94 at 10

    5  260  Notice - Motion for New Trial; for a Franks Hearing; and for
            for Modification of Sentences - Contd. from 10/11/94 @
            1:30 to 10/11/94 @ 2:15 p.m.

            **- See Next Page -**

Interval
(per Section II)

Start Date
End Date

Ltr.
Code

Total
Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
              AO 256A

WISEMAN, MARVIN L.

CR 89-00125 HMF 03

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| **1994** | | | | | | |
| Oct 6 | 261 | ORDER of Recusal - Mag. Judge Yamashita  - YAMASHITA (cc: all counsel) | | | | |
| 7 | 262 | Memorandum of Points and Authorities in Reply to Government's Opposition to Motion for New Trial; For a Franks Hearing; and for Modification of Sentences Pursuant to Red.R.Crim.P. 33 and 28 U.S.C. §2255 | | | | |
| | 263 | ORDER Denying Defendant's Motion for Leave to Permit Cross-Examination of Professor Geoffrey C. Hazard by Telephone Conference Call          KURREN | | | | |
| | 264 | ORDER - 9CCA - [Petition for a writ of mandamus is ordered and is denied. Attest & filed 9CCA: 10/04/94] | | | | |
| 11 | 265 | EP: Defendants' Motion for New Trial; For a Franks Hearing; and for Modification of Sentence - Jeffrey Hazard CST on behalf of the defendants. Defendants Oral Motion to Exclude Government's Witnesses - denied. Benjamin B. Cassiday, III, Esq. CST. Brook Hart CST. Further hearing continued to October 12, 1994 @ 1:30 p.m. Leslie Osborne, Dennis Riordan, Marc Zilversmit, David Katz, Elton John Bail present.         (TC) FONG | | | | |
| | 266 | Memorandum of Points and Authorities Re: Enforcement of Local and Federal Rules and Avoidance of Unfair Surprise and Disruption of Schedule of Court, Counsel, and Witnesses; Exhibits "A" and "B" | | | | |
| 12 | 267 | EP: Further Hearing on Defendants' Motion for New Trial; for a Franks Hearing; and for Modification of Sentence - Examination of Brook Hart resumed. William D. Mett CST. Marvin L. Wiseman CST. Government rested on the issue of conflict of interest. Defense rested. Arguments held. John S. Ellis CST. Government rested on the issue of the signatures purported to be Dali's. Defense rested. Arguments held. Motions taken under advisement. Leslie Osborne Jr., Dennis Riordan (02) Marc Zilversmit (03), Davit Katz (02 & 03) Elton John Bain (01). (TC) FONG | | | | |
| 14 | 268 | Amended ORDER Setting Mittimus - Contd. to 10/19/94 @ 10:00 a.m. to the Facility designated by BOP.  FONG | | | | |
| | 269 | ORDER Denying Defendants' Motion for a New Trial, Franks Hearing, and Modification of Sentence     FONG | | | | |
| 17 | 270 | Ex Parte Application to Shorten Time; Declaration - Certificate of Service - | | | | |
| | 271 | Motion to Reconsider Denial of Motion for New Trial and Vacation of Convictions Pursuant to Red. R. Crim. P. 33 and 28 U.S.C. 2255 | | | | |

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|---|

**- See Next Page -**

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET     U. S. vs

WISEMAN, MARVIN L.

CR 89-00125 HMF 03

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| **1994** | | | | | | |
| Oct 17 | 272 | Motion for Bail on Appeal; Memorandum of Points and Authorities; Exhibits | | | | |
| | 273 | ORDER Denying Defendants' Motion for Reconsideration and Denying Motion for Bail on Appeal      FONG | | | | |
| | 274 | NOTICE OF APPEAL - [Deft. appeal to 9CCA - Order Denying Defendants' M/New Trial & Vacation of Convictions & Order Denying M/Reconsider Denial of M/New Trial & Denying M/for Bail on Appeal.      FONG | | | | |
| 18 | 275 | **ORDER FOR TIME SCHEDULE - RT to be ordered by 11/07/94; RT to be filed by 12/07/94; Aplt's opening brief to be filed by 01/16/95; Aple's brief to be filed by 02/15/95; Reply brief (if any) to be filed by 03/01/95 - cc: Clerk, 9CCA; all counsel** | | | | |
| | 276 | ORDER Modifying Order Dated October 14, 1994   FONG | | | | |
| 24 | | Transcript of Proceedings - pgs. 198 - 10/11-12/94 - Terrence Chun | | | | |
| Nov 8 | 277 | Application For Writ of Continuing Garnishment; Writ of Continuing Garnishment; Instructions To Garnishee  - CAG | | | | |
| | 278 | Instructions To Debtor Clerk's Notice of Post-Judgment Garnishment; Notice To Defendant Debtor On How To Claim Exemptions; Claim For Exemption Form | | | | |
| | 279 | Notice Of Garnishment And Instructions  - CAG | | | | |
| 10 | 280 | Certification of Service Of Documents On Judgment Debtor - CAG | | | | |
| 15 | 281 | Process Receipt and Return - Writ of Continuing Garnishment | 11/09/94 | | | |
| 21 | 282 | Transcript Designation and Ordering Form - Terrence Chun: 10/11/94; 10/12/94 | | | | |
| | 283 | Answer of the Garnishee Center Art Galleries Hawaii, Inc. | | | | |
| 28 | 284 | **Certificate of Record mailed to Clerk, 9CCA - cc: all counsel** | | | | |
| **1996** | | | | | | |
| Jun 21 | 285 | **JUDGMENT 9CCA** [Affirmed - CA 94-10503 - Attest: 06/19/96] cc: all parties | | | | |
| **1998** | | | | | | |
| Jun 01 | 286 | REASSIGNMENT: Case reassigned to Judge Helen Gillmor; Request by U.S. Probation Office | | | | |
| Nov 9 | | Transcript of PRoceedings - pgs. 29 - 10/10/89 Terrence Chun | | | | |
| | | Transcript of Proceedings - pgs. 67 - 04/11/90 Terrence Chun | | | | |
| | | Transcript of Proceedings - pgs. 47 - 04/19/93 Terrence Chun | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET                                                    page 31
                              WISEMAN, MARVIN L.         CR 89-00125 HG 03
AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|:---:|:---:|:---:|:---:|
| | (Document No.) | (a) | (b) | (c) | (d) |

**1998**
Dec 22    Transcript of Proceedings - pgs. 58 - 06/28/89 Yukie Ichikawa
          (AS TO ALL DEFENDANTS -01 thru -03)

**1999**
JAN 19    Transcript of Proceedings - (Vol(s). 23 pgs ) 06-09-89
          Original - Yukie Ichikawa - (AS TO ALL DEFENDANTS -01 thru -03)

**2000**
Jan 13 287  Report and Order Terminating Probation/Supervised Release
                                                        GILLMOR

APR 18 2000  Transcript of Proceedings - (Vol(s).        ) 67 pgs  3/13/00
             Original - Julie A. Peterson

NOV 19 2002 288  Expired US Passport # B267748
                 returned to Honolulu Passport Agency
        289
                 Expired US Passport # F965688
                 returned to Honolulu Passport Agency

**2004**
Sept 8 290  Stipulated Order Permitting Distribution of Monies Accumulated
            Pursuant to "Order Granting Motion Permitting Sale of
            Dali Artwork Authenticated by Albert Field," filed
            August 24, 1993                    GILLMOR

**2006**

Jul 26 291  LETTER REQUEST: as to Marvin Wiseman **(SEALED)**    cc: HG

       292  LETTER: from AUSA Leslie E Osborne, Jr. re: Marvin Wiseman
       293  LETTER: from Brook Hart, Esq. re: Marvin Wiseman
       294  LETTER: from Chambers to Counsel re: Marvin Wiseman
       295  ORDER Correcting Judgment  -  HELEN GILLMOR    **SEALED**  - as to Marvin Wiseman
            *this ORDER be appended to deft Marvin Wiseman's Judgment
            filed Nov 5, 1990 - [Doc # 209]

Interval
(per Section II)   Start Date   Ltr   Total
                   End Date     (Code) Days